~30~JANURY~2006.

<u>CASE NUMBER</u>  1:06CV00239

### IN THE UNITED STATES DISTRICT COURT /UNITY-STATES- IN THE TERRITORY OF *DISTRICT COLUMB.*

JUDGE: Rosemary M. Collyer

**FOR THIS CLAIM OF THIS WRIT OF THE <u>HABEAS-CORPUS</u>: TITLE~42** THIS KNOWLEDGE OF THIS OATH WITH THE TRUTH.

DECK TYPE: Habeas Corpus/22

**FOR THIS BILL OF THE LADING IS WITH THIS TITLE~46: CHAPTER~8. SECTION ~190, ~191, ~193,~194 AND C.C.~38~a WITH THE TRIAL BY THE JURY.**

DATE STAMP: 02/08/2006

# FILED

:<u>CLAIMANT</u>: Chief-Kevin-Gregory-Hand: El.
      *533 South 60 TH  STREET*
:<u>VERSUS</u>:   *PHILADELPHIA, PA. 19143*

FEB - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

:<u>ESQUIRE</u>: Andrew-L.: Markowitz, :*MCCABE, WEISBERG AND CONWAY, P.C.*
:*VASSALEE IN THE FIDUCIARY.*

:*CHIEF EXECUTIVE OFFICE*: <u>Timothy-R.: Eller</u>, :*CENTEX HOME EQUITY.*
:*VASSALEE IN THE FIDUCIARY.*

:<u>ESQUIRE</u>: Margaret: Gairo, :*MCCABE, WIESBERG AND CONWAY,P.C.*
:*VASSALEE IN THE FIDUCIARY.*

:<u>CHAIRMAN</u>: Laurence: Hirsch, :*CENTEX HOME EQUITY.*
:*VASSALEE IN THE FIDUCIARY.*

~**A.** FOR THIS CORPORATION OF THE <u>TREATY-CASE-NUMBERS</u>: R.R.~763~502~484: U.S. ON THIS DATE ~14-JUNE~2005.
~**B.** FOR THIS CORRECTION OF THIS **KNOWN-IDENTIFICATION: Kevin-Gregory: Hand IS** WITH THIS CHANGE OF THE KNOWN-IDENTIFICATION WITH THIS **TRIBAL-KNOWN-IDENTIFICATION: Kevin-Gregory-Hand: El** BY THE **NATIONALITY-CHARTER-VESSEL-CONTRACT, K.G.H.- SECURITY-TRUST.**
~**C.** FOR THIS KNOWLEDGE OF THIS <u>CHARTER-VESSEL-CONTRACT-FILING</u> **IS** WITH THE *UNITED STATES DISTRICT COURT*[sic] AS THE ENTITY FOR THE LOGING OF THIS CONTRACT WITH THIS **TITLE~28: U.S.C.S.~1601-1611, C.C.~44.1 AND :TITLE~46: CHAPTER~121: SECTION~122** BY THE CLERK OF THE COURT/MARKET.
~**D.** FOR THESE SUMMARY-CLOSURES OF THESE COMMUNICATIONS AND LANGUAGE-METHODS **ARE** WITH THESE CHARTER-VESSEL-CONTRACTS WITH THIS OPEN-MARKET [COURT] :**TRIAL BY THE JURY AND C.C.:RULE~26(E) (1) (2)** :[RE]PORTING/PUBLICATION OF THE [DIS]COVER/FINDING WITH THIS VACATE OF THESE <u>FICTION-COMMUNICATIONS</u>, ACTORS AND TERRITORY.

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: JANUARY~30~2006 WITH THESE <u>David-Wynn: Miller</u>, :<u>LANGUAGE AND COMMUNICATIONS-CLAIMS</u> OF THESE <u>UNITY-STATES</u> OF OUR <u>WORLD-CORPORATION.</u>

:**TERM**:
:**[SIC]** = FOR THIS COPY OF THIS <u>ORIGINAL-TEXT</u> **IS** FOR THIS CLAIM OF THE
COMMUNICATION WITH THIS *OPINION/PRESUMPTION/ASSUMPTION/APARTHEID/ILLUSION*/MYSTIC
/PHANTOM/SPEC/FICTION/MODIFICATION.
:**ARTICLE** = **AILING**. FOR THE VOWEL WITH THE <u>TWO-CONSONANTS-FOLLOWING</u>
= <u>NO-CONTRACT</u>. FOR THE CORRECTION OF THE <u>ARTICLE-POSITION-METHOD-LOCATION</u> **IS** WITH
THE CLAIM OF THE WORD: "LODIO".
:**LODIO** :SPECIFIC = **A, AN, THE, THIS, THESE, OUR**.
:**AILING** = :**CORRUPTION** OF THE <u>ORIGINAL-TITLE</u>, <u>VOID-OWNER</u>.
:**KNOWN** = FACT (LINE OVER THE OW = <u>COMPOND-VOWEL</u> = <u>ORIGINAL-LODIO-JURISDICTION</u>),
<u>LODIO-ORIGIN-OWNER</u>.
:**NOUN** = **NO-NO**, **ARTICLE** = VOWEL WITH 2 CONSONANTS = NO-CONTRACT = AILING.
:**PREPOSITION** = PRE = <u>NO-KNOWN-TIME-JURISDICTION</u> OF THE <u>POSITION</u>.
:**POSITION** = FOR THESE TERMS OF THE FACTS **ARE** WITH THESE CLAIMS OF THESE <u>VOTING-</u>
<u>COMPLIANCES-LOCATION-METHOD</u> OF THIS RULE OF THE COMMUNICATIONS (A"B,C,D,E,-ETC,
OF THE SPELLING).
:**POSITION-LODIO-FACT** = FOR THIS <u>METHOD-CREATION</u> OF THE <u>EACH-KNOWN-WORD</u> **IS** WITH
THIS CLAIM OF THE <u>ONE-VERB-THINKING</u> WITH THE <u>EACH-SENTENCE</u> BY THIS AUTHOR.
:**SENTENCE** = FOR THE CAUSE OF THE KNOWLEDGE **IS/ARE** = <u>THINKING-VERB</u> WITH THE
POSSESSION BY THE AUTHORTIY.
:**C.C.** = FOR THIS **CIVIL CLAIM**.
:**U.S.C.S.** = FOR THIS <u>UNITY-STATES-CLAIMS-SECTION</u> = :CORRECTION OF
THE TITLES OF THE UNITED-STATES-CODES OF THE <u>FICTION-FORMAT</u>.
:**COURT** = WITH THE VOID, <u>CLOSED-AREA</u>.
:**C.U.S.W.C.** = CONSTITUTION OF THE **U**NITY-**S**TATES WITH THE **W**ORLD-**C**ORPORATION.
:**C.U.S.C.** = WITH THIS **C**ONSTITUTION OF THESE <u>**U**NITY-**S**TATES-**C**LAIM</u>.
:**C.L.M.** = WITH THIS COMMUNICATION AND <u>LANGUAGE-METHOD</u>.
:**CHARTER-VESSEL** = WITH THIS THINKING BY THIS VOLITION WITH THIS KNOWLEDGE **IS** WITH
THIS CLAIM OF THIS CONTRACT WITH THESE <u>PARTY'S-LIFEBIRTH</u>/ <u>CITIZEN'S-LIFEBIRTH</u>/
<u>PERSON/CHARTER-VESSEL-CORPORATION</u> WITHIN THIS <u>CORPORATION-CASE-CLAIM</u>.
:**DI-STRICT-MARKET-[COURT]** OF THESE UNITY-STATES OF OUR <u>WORLD-CORPORATION</u> =
:<u>ORIGINAL-AUTHORITY</u> :<u>AUTHORITY-JURISDICTIONAL-MARKET</u>-[COURT] IN THE **T.L.C.M.** FOR
THIS <u>TREATY-CLAIM</u> **IS** WITH THE CONTRACT WITH THE UNITED-NATIONS-SECURITY-COUNCIL
OF THE NEW-YORK (AUG-1999) AND <u>WORLD-CORPORATION-MARKET</u>-[COURT] @ HAGUE.
:**FICTION** = FOR THIS COMMUNICATION WITH THIS
SPECT/MODIFICATION/OPINION/PRESUMPTION/ASSUMPTION/ILLUSION/MISTIC/GUESS/ LIE/
PERJURY/AND PHANTUM.
:**F.C.L.F.** = FOR THIS <u>FICTION-COMMUNICATION</u> AND <u>LANGUAGE-FORMAT</u>.
:**F.R.C.P.** = FEDERAL RULE OF CIVIL PROCEDURES. = <u>FICTION-FORMAT</u>.
:**T.L.C.M.** = :TRUTH-LANGUAGE AND <u>COMMUNICATIONS-METHOD</u>.
:**MARKET** = FOR AN **OPEN-AREA** OF THE COMMERCE, CONTRACT AND COMMUNICATIONS BY THE
PUBLIC.
:**U.S.** = FOR THESE <u>UNITY-STATES</u>.
:**UNITY-STATES** = WITH THIS CORPORATION OF THESE PARTIES WITH THIS <u>CONTRACT-DUTY</u>.
:**STATE** = FOR THIS PARTY OF THIS CONTRACT **IS** WITHIN THE TERRITORY OF THE MARKET-
[COURT]. :PARTY OF THIS THINKING, :PARTY OF THIS LIFE, :CITIZEN OF THIS CONTRACT,
:FOR THESE PEOPLE OF THIS CONSTITUTION WITH THESE **<u>UNITY-STATES</u> OF OUR <u>WORLD-</u>**
**<u>CORPORATION</u>**.

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: JANUARY~30~2006 WITH THESE** <u>David-Wynn: Miller</u>,
:<u>LANGUAGE AND COMMUNICATIONS-CLAIMS</u> OF THESE <u>UNITY-STATES</u> OF OUR <u>WORLD-CORPORATION</u>.

:**VASSALEE** = WITH THIS **SERVANT-EMPLOYEE** **IS** WITH THIS FIDUCIARY-CLAIM BY THIS CONTRACT.
:**VESSEL** = WITH THIS MARITIME-CONTRACT-DUTY OF THE PERSON, PAPER, BUILDING IN THE DRY-DOCK, PARTY.
:**VOLITION** = :THINKING + :KNOWLEDGE = WILLFUL :CLAIM WITH THIS LIFE.
:**USERY** = FOR THIS UNITY-JOIN OF AN ACT **IS** WITH THIS COMPLIANCE OF AN ACTION OR CORPORATION BETWEEN THESE TWO-OR-MORE-PARTIES.
:**INK** = IN = NO, K = KNOWLEDGE, FOR THE FICTIONAL-MODIFICATION-COMMUNICATIONS-INK ON THE PAPER **IS** WITH THE CLAIM OF THE COMMUNICATIONS-VOID.
:**DISTRICT** = **DIS**=DEMON-GOD OF THE *UNDER*-WORLD/**TRIC** = FOR THE TRICKS IN THE COURT.
:**R.R.**= FOR THIS CLAIM OF THIS [RE]GISTRATION/LOG **IS** WITH THIS CLOSURE OF THIS [RE]GISTER/JOURNAL.
:**Chief-Consul** = FOR THIS AMBASSADOR OF THE SOVEREIGN-WASHITA-MUUR/PARTY/VESSEL **IS** WITH THIS PRIVATE-DIPLOMATIC-RIGHTS BY THE Unity-Washitaw-de-Dugdahmoundyah.
:**SOVEREIGN-WASHITA-MUUR**: FOR THIS DIGENOUS-ABORIGINAL-[DES]CENDANT OF THIS LAND :ANCIENT-MOUND-BUIDERS, **Unity-Washitaw-de-Dugdahmoundyah**: **U.N.~215-93**.
:**PREPOSITIONAL-PHRASE WITH THE MATH-CLAIMS**
~1 = **ADVERB** = modification = no-contract
~2 = **VERB** = action-thinking
~3 = **ADJECTIVE** = no-contract = color of the fact
~4 = **PRONOUN** = pro = no, no = no, un = no
~5 = **PREPOSITION** = pre = no, position = contract-correction: rules, vote, methods
~6 = **ARTICLE** = no-contract = ailing-corruption from the beginning
CORRECTION = LODIEO = OWNERSHIP FROM THE BEGINNING, ORIGINAL-JURISDICTION.
~7 = **NOUN** = no-no, correction" "FACT" = KNOWN (WITH A LINE OVER THE "OW"). = LODIEO
~8 = **PAST-TENSE**
~9 = **FUTURE-TENSE**
~0 = **CONJUNCTION**
 5 6 7 5 6 7 2 5 6 7 5 6 7 = :BOTH-WAYS: = 5 6 7 5 6 7 2 5 6 7 5 6 7
VERB-PRESENT-TENSE = **IS, ARE.**


**FOR THESE CONSTITUTIONAL-CONTRACT-DUTIES** ARE WITH THIS **KNOWLEDGE OF THIS CHARTER-VESSEL-CORRECTION WITH THIS JUDGE OF THESE UNITY-STATES OF OUR WORLD-CORPORATION:**
FOR THESE FACTS OF THIS TREATY **ARE** WITH THESE CLAIMS OF THESE CONSTITUTIONAL-CONTRACT-DUTIES WITH THESE AUTHORIZATIONS OF THIS SEA-PASS/SEE-TREATY/HEAR-TREATY/POSTMASTER-GENERAL-TREATY/HARBOR/STATION/LOCATION/PORT/PORT-HOLE-CLEARANCE AND PORT-HOLE-SEA-PASS/ HAVEN OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.
:**CONTRACT-DUTY~1**: FOR THESE TRUTH-CLAIMS OF THIS PARTY'S-KNOWLEDGE **ARE** WITH THESE LANGUAGE AND COMMUNICATION-CLAIMS OF THESE POSITION-LODIO-FACT [prepositional-phrase]-CONTRACT-DUTIES AND VERB-THINKING WITH THIS CONVEYANCE OF THIS **T.L.C.M.-TREATY**.
:**CONTRACT-DUTY~2**: FOR THE POSTAGE-DUE ON THESE VESSEL-PAPERS **ARE** WITH THESE CLAIMS OF THESE TRUTH-COMMUNICATIONS-METHODS WITH THESE KNOWN-FACTS AS THESE KNOWN/FACTS WITH THIS CONTINUANCE OF THESE FACT/EVIDENCES WITH THIS CONVEYANCE OF THIS **T.L.C.M.-TREATY**.


FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: JANUARY~30~2006 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

**:CONTRACT-DUTY~3:** FOR THESE COMMUNICATION-METHODS **ARE** WITH THESE CLAIMS OF THE SPEECH, WRITINGS, FAITHS, PRESS, AND GRIEVANCES WITH THIS <u>TRUTH-LANGUAGE-CLAIM OF THIS CONSTITUTION-TREATY</u>.

**:CONTRACT-DUTY~4:** FOR THESE **T.L.C.M.-CLAIMANTS** OF THIS CONTRACT **ARE** WITH THIS CLAIM OF THIS <u>PORT-HOLE-CLEARANCE</u> AND <u>PORT-HOLE-SEA-PASS</u> OF THIS <u>QUANTUM-MATH-COMMUNICATION AND LANGUAGE-TRUTH</u> WITH THIS VOLITION OF THIS WRITING WITH THIS <u>FORWARD</u> AND <u>BACKWARD-UNITY-VALUE</u>, TERMS, CLOSURE, COVERY, CONVEYANCE AND SENTENCE-CONTENT OF THIS <u>SINGLE-THOUGHT</u> WITH THIS <u>VOLITION-NOW</u> TIME OF THIS **T.L.C.M.-TREATY**.

**:CONTRACT-DUTY~5:** FOR THE <u>PARTY'S-FREEDOM</u> OF THIS **T.L.C.M. ARE** WITH THIS CLOSUREE AND COVEYANCE OF THIS **T.L.C.M.**-TREATY.

**:CONTRACT-DUTY~6:** FOR THE **T.L.C.M.-CAPTURE-WARRANT** OR **T.L.C.M.SEARCH-WARRANT** ARE WITH THESE CLAIMS OF A JUDGE WITH AN AUTOGRAPH BY THIS **T.L.C.M.-OATH** WITH THIS CONTRACT OF THIS **T.L.C.M.-TREATY**.

**:CONTRACT-DUTY~7:** FOR THE WITNESSING AND TESTIMONY OF THE <u>ONE-SELF-SAFEGUARD</u> **IS** WITH THESE CLAIMS OF THIS **T.L.C.M.-TREATY**.

**:CONTRACT-DUTY~8:** FOR THE <u>WITNESS'S-TESTEMONIAL-KNOWLEDGE</u> OF THESE WITNESSES, COUNSELS, JUDGEMENTS, EVIDENCE AND FACTS **ARE** WITH THESE CLAIMS BY THIS **T.L.C.M.-TREATY**.

**:CONTRACT-DUTY~9:** FOR THESE DUTIES OF THIS <u>PORT-MARKET-[COURT]</u> TRIAL **ARE** WITH THESE CLAIMS OF THIS LOCATION WITH THIS <u>12-PARTY</u> JURY OR <u>MARITIME-COMMISSION</u> WITH THIS COMPLIANCE OF THIS **T.L.C.M.-TREATY**.

**:CONTRACT-DUTY~10:** FOR THESE TERMS OF THIS <u>CHARTER-VESSEL-PUNISHMENT</u> **ARE** WITH THESE CLAIMS OF THESE TERMS AND CONDITIONS WITH THE PARTIES/PERSONS, CORPORATIONS OR TRUSTS OF THE BAIL AND LIBERTY WITH THIS <u>CHARTER-VESSEL-CONTRACT</u> OF THE **T.L.C.M.-TREATY**.

**:CONTRACT-DUTY~11:** FOR THESE <u>FIDUCIARY-JOB-POSITIONS</u> OF THIS <u>CHARTER-VESSEL-CONTRACT</u> **ARE** WITH THESE CLAIMS OF THESE DUTIES WITH A **T.L.C.M.-OATH** WITH THIS CORPORATION BETWEEN <u>TWO-OR-MORE VESSELS</u>.

**:CONTRACT-DUTY~12:** FOR THESE PARTIES OF THIS <u>VESSEL-CONTRACT</u> **ARE** WITH THESE CLAIMS OF THESE <u>CHARTER-VESSEL-STATES-HEREIN</u> WITH THESE CLOSURES OF THE VOLITIONS WITH THESE CONVEYANCES OF THESE WITNESSES, LIFES, CLAIMANTS, CONTRACTS, CONSTITUTIONS, TREATIES, AND SAFEGUARD, WITH OUR **CORPORATION-T.L.C.M.**-TREATY.

**:CONTRACT-DUTY~13:** FOR THIS **T.L.C.M.** OF THIS CHARTER **IS** WITH THESE CLAIMS OF THIS LIFE WITH THIS KNOWLEDGE OF THESE CLAIMANTS WITH THIS <u>GLOBAL-POSTAL-UNION-TREATY</u> OF THIS <u>CORPORATION-TREATY</u>.

**:CONTRACT-DUTY~14:** FOR THE <u>WORDS-STARTING</u>-**VOWELS: A,E,I,O,U**, WITH THIS FOLLOWING BY THE <u>TWO-CONSONANTS</u> = "NO-CONTRACT" **ARE** WITH THE VOID IN THIS <u>CHARTER-VESSEL-CONTRACT</u>; AND FOR THE PREFIXES OR SUFIXES **ARE** WITH THE VOID BY THE <u>FUTURE-TIME-TENSE</u> OR <u>PAST-TIME-TENSE</u> WITH THIS <u>CHARTER-VESSEL-CONTRACT-TERMS</u> AND TIME; FOR THE FACTS ARE IN THE <u>NOW-TIME</u>.

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: JANUARY~30~2006 WITH THESE <u>David-Wynn: Miller</u>, :<u>LANGUAGE AND COMMUNICATIONS-CLAIMS</u> OF THESE <u>UNITY-STATES</u> OF OUR <u>WORLD-CORPORATION</u>.

**FOR THIS CONTRACT OF THIS OATH IS IN THIS TRUTH BY THIS JUDGE.**
:CORPORATION OF THE <u>TREATY-CASE-CLAIM-NUMBER~R.R.~763~502~484</u>: U.S. FOR THE
STOPPAGE AND CORRECTING OF THESE WRONGS IN THE <u>TRUTHFUL-LANGUAGE-communication-</u>
<u>METHOD</u>.
~1. FOR THIS OATH OF THIS JUDGE: <u>Kevin-Gregory-Hand: El</u> OF THE <u>UNITY-STATES</u> OF
OUR <u>WORLD-CORPORATION</u> **IS** WITH THE CLAIM OF THIS KNOWLEDGE WITH THESE <u>TRUTH-</u>
<u>communications</u> AND <u>LANGUAGE-CLAIMS</u> IN THIS TRUTH WITH THIS VOLITION FOR THIS
SECURITY OF THIS TRUTH IN THIS <u>TERRITORIAL-VESSEL</u> OF THIS *UNITED STATES DISTRICT
COURT*[SIC] IN THIS <u>DRY-DOCK</u> WITH THIS <u>PAPER-CHARTER-VESSEL</u> OF THIS CONTRACT.
~2. FOR THIS JUDGE: <u>Kevin-Gregory-Hand: El</u> OF THE <u>UNITY-STATES</u> OF OUR <u>WORLD-</u>
<u>CORPORATION</u> OF THIS KNOWLEDGE **IS** WITH THIS CLAIM OF THIS CONTRACT FOR THIS
WITNESSING, <u>POST-MASTER</u>, <u>BANK-BANKER</u>, CHIEF, CLAIMANT AND <u>DI-STRICT-</u>
<u>MARKET[COURT]-JUDGE</u> WITH THESE <u>UNITY-STATES</u> OF OUR <u>WORLD-CORPORATION</u> WITH THIS
SECURITY BY THIS CONTRACT WITH THIS **<u>TITLE-28: UNITY-STATES-CLAIM-SECTION~636</u>** WITH
THIS CONTRACT FOR THE CORRECTION OF THESE <u>TRUTH-communications</u> AND <u>LANGUAGE-</u>
<u>METHOD-CLAIMS</u> WITH THESE KNOWNS [NOUNS] AS THESE KNOWNS [NOUNS] AND WITH THESE
FACTS AS THESE FACTS BY THIS <u>CLAIMANT</u>: Kevin-Gregory-Hand: El.
~3. FOR THIS CLAIM OF THIS <u>JUDGE</u>: Kevin-Gregory-Hand: El-OATH IN THE <u>TRUTH-</u>
<u>communications</u> AND <u>LANGUAGE-METHOD</u> **IS** WITH THIS CLAIM OF THIS OATH WITH THESE
KNOWNS (NOUNS) AS THESE KNOWNS (NOUNS) AND WITH THESE FACTS AS THESE FACTS BY
THIS <u>TRUTH-communications</u> AND <u>LANGUAGE-METHOD</u> WITH THIS CORRECTION OF THESE
<u>FICTIONAL-LANGUAGES</u> AND FOR THESE PORTINGS OF THESE CLAIMS AND <u>LANGUAGE-</u>
<u>CORRECTIONS</u> WITH THESE courts/MARKET IN THIS TRUTH WITH THIS AUTHORIZATION BY
THIS WITNESS, <u>POST-MASTER</u>, CLAIMANT AND <u>DI-STRICT-MARKET-JUDGE</u>: Kevin-Gregory-
Hand: El OF THESE <u>UNITY-STATES</u> OF OUR <u>WORLD-CORPORATION</u>.
~4. FOR THIS DUTY OF THIS <u>WITNESS-JUDGE</u>: Kevin-Gregory-Hand: El WITH THIS
KNOWLEDGE OF THE LAW **IS** WITH THE CORRECTION OF THESE communications AND <u>LANGUAGE-</u>
<u>CLAIMS</u> AND WITH THE PORTING OF THESE communications AND <u>LANGUAGE-CLAIMS-</u>
<u>VIOLATIONS</u> WITH THE *INTERNATIONAL CRIMINAL COURT*[sic] OF THE <u>POSITIONAL-PHRASE-</u>
<u>FACT-communication</u> AND <u>LANGUAGE-CLAIMS-[PRE]POSITIONAL-PHRASES</u>.
~5. FOR THE <u>NOW-TIME-LANGUAGE-CLAIMS</u> OF THESE CORRECTIONS **ARE** WITH THE CLAIM OF
THESE MODIFICATIONS WITH THESE VASSALEES: <u>Attorney</u>-Margaret: Gairo, :*Chief
Executive Office*: Timothy-R.: Eller, :Chairman-Laurence: Hirsch AND :<u>Attorney</u>-
Andrew-L.: Markowitz OF THESE <u>FICTIONAL-CONTRACT-PLEAS</u> IN THE <u>FOREIGN-VESSEL</u> IN
THE TERRITORY OF *PENNSYLVANIA*(KNOWN) OF THESE <u>PORT-COURTS</u> IN THE COUNTRY (KNOWN)
OF THE AMERICA (KNOWN) BY THE *UNITED STATES DISTRICT COURT* WITH THE DUTY FOR THE
SECURITY OF THE VASSALEES WITH THE <u>TRUTH-communications</u> AND <u>LANGUAGE-CLAIMS</u>.
**FOR THESE <u>COMMUNICATION-VIOLATIONS</u> BY THESE <u>SUMMARY-CORRECTIONS</u> ARE WITH THESE**
**CLAIMS BY THIS <u>WITNESSING-JUDGE</u>.**
~1. FOR THIS <u>WITNESSING-JUDGE</u> OF THIS <u>DI-STRICT-MARKET</u> OF THESE <u>UNITY</u>-STATES OF
OUR <u>WORLD-CORPORATION</u> **IS** WITH THIS CLAIM OF THIS LIFEBIRTH AND WITH AN OATH IN
THIS **<u>T.L.C.M.</u>** WITH THESE **<u>T.L.C.M.</u>**-CORRECTIONS OF THESE <u>FICTIONAL-MODIFICATION-</u>
<u>COMMUNICATION-METHOD-LAWS</u> **ARE** WITH THIS WITNESSING OF THIS CORRECTION WITH THESE
SECURITIES OF THIS UNITED STATES DISTRICT COURT[SIC] WITH THIS **<u>T.L.C.M.</u>**-DUTY WITH
THESE CORRECTIONS OF THESE <u>MODIFYING</u>-**<u>T.L.C.M.</u>**-WRONGS WITH THESE <u>FACTS-EVIDENCE-</u>
<u>CORRECTION-USE</u>: WORDS WITH <u>THE NUMBER-CORRECTION-TERMS</u> OF THE <u>USE-METHODS</u> IN THIS
<u>CORPORATION-CASE</u> WITH THIS <u>FIRSTHAND-KNOWLEDGE</u> OF THESE FACTS.

:AUTOGRAPH :WITNESSING-JUDGE: *Kevin ~Gregory- Hand:*

<u>FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: JANUARY~30~2006 WITH THESE David-Wynn: Miller,</u>
<u>:LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.</u>

~2. FOR THIS CLAIM OF THIS LIFEBIRTH AND **T.L.C.M.**-OATH OF THESE UNITY-STATES OF OUR WORLD-CORPORATION-JUDGE **IS** WITH THIS **:TITLE~28: U.S.C.S.~1331** WITH THIS **:TITLE~28: U.S.C.S.~1343** WITH THIS FILING OF THIS CLAIMANT-WITNESS WITH THESE **T.L.C.M.**-CLAIMS AND FOR THIS VENUE OF THIS CLAIM **IS** WITH THIS **TITLE~28: U.S.C.S.~1391** BY THIS WITNESSING-JUDGE'S-AUTOGRAPH: *Kevin-Gregory-Hand: El*
~3. FOR THIS WITNESSING-JUDGE'S KNOWLEDGE OF THESE TRUTH-communications **ARE** THESE CLAIMS OF THIS **T.L.C.M.** WITH THIS PEACEFUL-VOLITION OF THESE SUMMARY-CORRECTIONS WITH THIS **:TITLE~42: U.S.C.S.-1986:** FOR THESE CORRECTIONS OF THESE **T.L.C.M.**-CERTIFICATION-WRONGS WITH THESE AUTOGRAPHS ON THESE PAPER-VESSELS BY THESE VASSALEES.
~4. FOR THIS DUTY OF THESE **T.L.C.M.-CORRECTIONS IS** WITH THIS CERTIFICATION OF THESE COPYRIGHT/COPYCLAIM-MATHEMATICAL-TRANSLATIONS BY THIS WITNESSING-JUDGE.
~5. FOR THIS WITNESSING-JUDGE'S-KNOWLEDGE AND :PEACEFUL-VOLITION **ARE** WITH THIS CLAIM OF THIS CONTRACT-DUTY WITH THIS **TITLE~28: U.S.C.S.~636:** WITH THESE CORRECTIONS BY THIS CLAIMANT-WITNESSING-JUDGE WITH THESE EVIDENCE-FACTS AND WRONGS BY THESE CORRECTIONS IN THE **T.L.C.M.** BY THIS **TITLE~42: U.S.C.S. ~1986** WITHIN THIS CORPORATION-CASE-NUMBER BY THIS GLOBAL-POSTAL-UNION-DRY-DOCK-TREATY WITH THIS **TREATY-CLAIM-NUMBER: R.R.~763~502~484: U.S.** WITH THESE UNITY-STATES OF OUR WORLD-CORPORATION BY THIS WITNESSING-JUDGE AND POSTMASTER.
~6. FOR THIS WITNESSING-JUDGE OF THIS DI-STRICT-MARKET OF OUR WORLD-CORPORATION IN THIS EARTH-TERRITORY **IS** WITH THIS ORIGINAL-AUTHORITY-JURISDICTION WITH THIS SALVAGE: **TITLE~46: U.S.C.S.~781** OF THIS EARTH-TERRITORY-JURISDICTION WITH THESE **T.L.C.M.**-CORRECTIONS OF THESE VESSEL-PAPER-**F.C.L.F.**
~7. FOR THESE **WRITING-PLEADING-FACTS** OF THIS WORD-METHOD-USE-EVIDENCE **ARE** WITH THIS CONTRACT OF THIS OPEN-MARKET-CLOSURE, COVERY AND LIVERY OF THIS **:TITLE~28: U.S.C.S.~636** FOR THESE CORRECTIONS WITH THESE **T.L.C.M.**-PLEADINGS BY THIS WITNESSING-JUDGE.
~8. FOR THIS WITNESS WITH THIS KNOWLEDGE OF THE VOLITION **IS** WITH THIS CLAIM OF THE DAMAGES BY THE FICTITIOUS-CONVEYANCE AND CONTINUOUS OF THE FICTION-EVIDENCE WITH THE ENGLISH-LANGUAGE BY THESE VASSALEES.
~9. FOR THESE VASSALEE'S-KNOWLEDGE OF THESE SERVICING-WRONGS **ARE** WITH THESE CLAIMS OF THIS CLAIMANT'S-CLAIM WITH THESE ACTIONS BY THIS CLAIMANT.
~10~a. FOR THIS CLAIMANT BY THIS OATH **IS** WITH THIS CLAIM FOR THE LACK OF AN ANSWER BY THESE VASSALEES: Andrew-L.: Markowitz, Laurence: Hirsch, :Margaret: Gairo AND :Timothy-R.: Eller WITH THE CORRECT-communications-METHODS BY THE CORRECT-SENTENCE-STRUCTURES WITHIN THE GRACE-PERIOD.
~10~b. FOR THESE FACTS OF THIS CLAIM-CORRECTIONS **ARE** WITH THESE CONNECTIONS [ATTACHMENTS]~A-1-THROUGH ~L-1, ON THIS DATE~30/JANUARY~2006 BY THIS WITNESS-CLAIMANT: Kevin-Gregory-Hand: El.
~11. FOR ALL **F.C.L.F.**-OATHS OF THESE VASSALEES **ARE** WITH THIS LACK OF ANY OATHS WITH THIS **T.L.C.M.** WITH THIS SECURITY OF THIS CLAIMANT BY THESE VASSALEES.
~12. FOR THIS SEEING: **TITLE~18: U.S.C.S.~641-~665:** WITH THE TAKING OR STEALING OF THE GOVERNMENT-PROPERTY/SECURITY-EQUITY AND MONEY WITHOUT THE OATH IN THE **T.L.C.M.** AND WITH THE VOID-OATH BY THE **BOXING** AND WITH THE VOID-WORDS BY THE **ITALIC-SPELLING** WITH THE VACANT OF THE WORD-MEANINGS BY THESE VASSALEES.
~13. FOR THESE ACTS OF THE **COLLUSIONS: TITLE~28: U.S.C.S.~1359** AGAINST THIS **T.L.C.M. IS** WITH THIS CLAIM OF THIS **TITLE~42: U.S.C.S.~1986:** COMPLAINT/CLAIM WITH THIS CORRECTION OF THESE **F.C.L.F.**WRONGS BY THESE VASSALEES.

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: JANUARY~30~2006 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

~14. FOR THESE VIOLATIONS OF THE CORRESPONDING=PAPER-VESSELS BETWEEN THESE PARTIES **ARE** WITH THESE **[PRE]SUMPTIONS, [AS]SUMPTIONS, OPINIONS, APARTHEID AND MODIFICATIONS OF THESE WORD-USAGES** BY EACH VASSALEE WITH THEIR AUDIENCE OF EACH VASSALEE'S-COUNCIL WITH THIS OUTLAW-THEFT OF THIS CLAIMANT'S-SECURITY-EQUITY BY THESE VASSALEES.

~15. FOR THIS WITNESSING-JUDGE'S-KNOWLEDGE OF THESE WRITING-EVIDENCE **IS** WITH THESE CLAIMS OF THESE **SUMMARY-JUDGMENT-T.L.C.M.-CORRECTIONS** WITH ALL NOM-DE-GUERRE-NAME-DAMAGE BY THESE VASSALEES. [WHERE IS THE CLOSURE OF THE NOM-DE-GUERRE-NAMES?]

~16. FOR THIS USE OF THIS **CONTRACT-RULE IS** WITH THIS CLAIM OF THIS CLOSURE WITH THIS ONE-JURISDICTION-RULE OF THIS FICTION-AUTHORITY WITH THIS FACTUAL-EVIDENCE OF THIS WRITING-F.C.L.F. = **F.R.C.P.~9-b: FRAUD** BY THESE VASSALEES.

~17. FOR ALL KNOWN/FACTS OF THESE MODIFICATIONS **ARE** WITH THESE CLAIMS OF THESE ENGLISH-COMMUNICATIONS AND LANGUAGE-METHODS WITH THE **UNITED STATES FEDERAL STYLES MANUAL[sic]** BY THESE VASSALEES.


**FOR THIS SECTION OF THESE SUPPORT/FACT-TERMS IS WITH THIS CASE FOR THIS CLAIMS-CONTRACT OF THESE UNITY-STATES WITH OUR WORLD-FLAG.**

~1. **FOR THIS QUO-WARRANTO** IS WITH THIS CLAIM OF THIS USURP WITH THE POSITIONS IN THE USES OF ANY FORCE WITH THE BREACHES OF ANY LAWS AND WITNESSES WITH ANY USE OF ANY VERB-FICTION-OATH AND COVENANTS AND YELLOW-FRINGE-FLAGS WITH THIS STOP OF THE POSITIONS WITH THIS AUTHORIZATION BY THIS TREATY.

~2. **FOR THIS RAPE** IS WITH THIS CLAIM OF ANY SEIZING, PLUNDER AND CARRYING-OFF WITH A FORCE OF A CAUSE OF A CRIME BY THIS CLAIM.

~3. **FOR THIS SEA-PASS** IS WITH THIS CLAIM OF THIS LOCATION WITH THIS COMPLIANCE OF THIS LAW.

~4. **FOR THIS WRONG** IS WITH THIS CLAIM OF THIS VIOLATION OR DAMAGE WITH THIS CONVEYANCE OF THIS COMMUNICATION-KNOWLEDGE.

~5. **FOR THIS MALICE**: WITH THIS VOLITION-HATE/ILL-WILL OF THIS STATE OF THIS MIND **IS** WITH THIS RECKLESSNESS OF THIS LAW AND LEGAL-CLAIMS OF THIS PARTY-PERSON-VESSEL.

~6. **FOR THIS LARCENY**: BY THIS FRAUD AND CHEATING **ARE** WITH THIS FAILURE BY THIS CORRECTING OF THIS FALSE-CLAIM.

~7. **FOR THIS FIDUCIARY**: WITH THESE CLAIMS OF THIS PARTY OR PERSON WITH THIS KNOWLEDGE **IS** WITH THIS DUTY BY THIS CREATION FOR THESE CLAIMS OF AN ACT FOR THIS BENEFIT OF THIS OTHER-PARTY OR PERSON WITH THESE CLAIMS BY THIS PERSONAL-CONTRACT.

~8~a. **FOR THIS DURESS**: FOR AN ILLEGAL-PURPOSE/THREAT OF THIS PARTY, WITH THIS FORCE OF A COMPLIANCE WITH THIS THREAT, VIOLENCE, PAIN OR LOSS OF THIS FREEDOM BY THIS RAPE FOR THIS MENTAL OR FINANCIAL-HARM BY THIS COERCING: **TITLE~28: U.S.C.S.~1359** WITH THIS WILL OF THIS CHARTER-VESSEL BY THESE CLAIMS OF AN ACT-CONTRARY WITH THIS PARTY'S-VOLITION.

~8~b. FOR ANY LAWYER OR ATTORNEY WITH A CONTRACT OF ANY SERVICES **ARE** WITH A FAILURE OF A PRACTICE OR CONDUCT WITH A CLAIM BY A SKILLFUL-DEGREE OF THIS KNOWLEDGE FOR THIS CLAIMS WITH THIS LOSS OR DAMAGE WITH THIS PARTY/PERSON BY THIS SERVICES. FOR THESE PLEADINGS IN THESE FICTIONS **ARE** WITH THIS VIOLATION OF THIS MAIL-FRAUD-LAWS AND FICTITIOUS-CONVEYANCE-LAWS FOR THIS NEGLECT/WRONG OR SKILL WITH THESE PLEADINGS IN THIS:**T.L.C.M.** WITH THIS FIDELITY IN THESE FIDUCIARY-DUTIES.

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: JANUARY~30~2006 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.**

~9. **FOR THIS BIAS:** FOR THIS CONCEIVE/OPINION LEANING-TOWARDS ONE-SIDE OF THIS
CAUSE FOR THIS REASON-OTHER-THAN OF THIS CONVICTION OF THIS TRUTH.

~10. **:TITLE~42: U.S.C.S.~1986: FOR THE KNOWLEDGE OF THE LAW AND NEGLECT AGAINST
THE STOPPING AND CORRECTING OF THE WRONG.**
FOR THE CLAIM OF A PERSON'S-KNOWLEDGE OF A WRONG OR CONSPIRACY WITH THE **TITLE~42:
U.S.C.S.~1985~1 ARE** WITH THESE CLAIMS OF THE DAMAGE WITH THE commission OF THE
CRIME WITH THE NEGLECT/WRONG OF THE DUTY-BREACH WITH THE STOPPING OF THE WRONG OR
DAMAGE, OR WITH THE PARTY'S-LEGAL-COUNCIL.
FOR THESE DAMAGES BY THESE JOINDING-WRONGS **ARE** WITH THESE CLAIMS OF A GUILT WITH
THE NEGLECT/WRONG BY THE PERSON.

~11. **:TITLE~28: U.S.C.S.~1331: ORGINAL-JURISDICTION.**
FOR THE DI-STRICT-OPEN-MARKETS[COURTS] OF THE **U.S.W.C. ARE** WITH THESE CLAIMS OF
THIS ORGINAL-JURISDICTION WITH A CIVIL-ACTION OF A CONTRACT, LAWS, OR TREATIES OF
THE **U.S.W.C..**

~12. **:TITLE~18: U.S.C.S.~1001 AND~1002:** FOR THE FACTS AS THE PRONOUNS, VERBS AND
ADJECTIVES **ARE** WITH THESE CLAIMS OF THE FICTION-communications AND FRAUD WITH THE
LANGUAGE-OPERATIONS-METHODS OF THE STEALING, TORTION, BEZZLEMENT, RAPE OF THE
communications WITH THE FOLLOWING-LAWS

~13. **:TITLE~18: U.S.C.S.~1002:** FOR ANY PARTY'S-KNOWLEDGE AND VOLITION OF THESE
FRAUDS OR PERJURIES **IS** WITH THE CLAIM OF ANY FALSE, ALTERATION, FORGERY,
COUNTERFEIT-WRITING, OR WITH THE CONTRACT-SANCTION-GAIN BY A CONTRACT-VALUE [MAY
SEE PROCECUTION]

~14. **:TITLE~18: U.S.C.S.~1621:** FOR THIS FRAUD-FACT AND PERJURY OF AN OATH OF AN
OFFICE **IS** WITH THIS USE OF THIS COERCION IN THIS VIOLATION OF THIS **TITLE~28:
U.S.C.S.~1359** FOR THIS RAPE OF THIS TRUTH WITH THIS CITIZENS OF AN ACTION WITH
THIS **TITLE~18: U.S.C.S.~4**, FOR THIS PRISON OF THIS FICTION-FELON WITH THIS
**F.C.L.F.** AND FICTION-FACTS AND **TITLE~18: U.S.C.S.~3** IN AN PARTICIPATION WITH
THESE CRIMINAL-FICTION-FACTS.

~15. **:TITLE~42: U.S.C.S.~1989:** FOR THE STATE-PAYS-COSTS AND FEES WHEN THE CLAIMANT
OF THE DAMAGES **IS** WITH THE CLAIM OF THE DAMAGE WITH THE LACK OF AN OATH WITH THE
DUTY-OFFICER BY THE TRUTH-COMMUNICATIONS WITH THE "PERJURY OF THE OATH" BY THE
VASSALEE/JUDGE OR OFFICERS OF THE OPEN-MARKET[COURT]. FOR THE PARTY'S-KNOWLEDGE
OF THESE CONTRACT-FACTS **ARE** WITH THESE CLAIMS OF THESE DAMAGES WITH THE LACK OF A
COURT-CONTRACT FOR THE PAYMENT OF THE FEES.

~16. **:TITLE~28: U.S.C.S.~1359: COLLUSION:** FOR THESE DI-STRICT-OPEN-MARKET-[COURT]
OF THESE **U.S.W.C.** ARE WITH THESE CLAIMS OF A VOID WITH THE JURISDICTION OF A
CIVIL-ACTION WITH THE USE OF THE COLLUSION AGAINST A PERSON OF A CONTRACT WITH A
FORCE OF A JOINING WITH THE JURISDICTION OF THE DI-STRICT-OPEN-MARKET-[COURT].

~17. **:C.C.~9 = FOR THIS PLEADINGS-SPECIAL ~b** FOR THESE CLAIMS OF THESE FRAUDS **ARE**
WITH THIS CONDITION, WILL AND VOLITION OF THIS MIND.

~18. **:TITLE~18: U.S.C.S.~242:** "COLOR OF THE LAW" FOR THESE WRONGS BY A
PERSON/COURT/ATTORNEY/LAWYER/DUTY-CONTRACT **ARE** WITH THESE CLAIMS OF THE COLORING:
LAW-STATUTE, ORDINANCE, CLAIMS OR CUSTOMS WITH THE PERSONS OF THE TERRITORY/DI-
STRICT WITH A FICTIONAL-COMMUNICATION-CONTRACT-SECURITY, OR COMMUNICATION-
SAFEGUARD BY A FICTIONAL-CONSTITUTION OR LAWS WITH THE UNITY-STATES-PERSONS OF A
CONTRACT-NOW-TIME WITH A CONTRACT BETWEEN A COURT, LAWYER, ATTORNEY OR DUTY-PERSON
BY THE VIOLATIONS OF THE OATH: **TITLE~28: U.S.C.S.~1343:** WITH THE EQUAL-SAFEGUARD
OF THESE PERSONS.

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: JANUARY~30~2006 WITH THESE David-Wynn: Miller,
:LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

**~19~a. :MOTION = IS** IN THE **PARLIAMENTARY-LAW** FOR THE FORMAL-PLEADING-MODE IN THE CONSIDERATION OF AN ACTION IN THE JURISDICTION OF ANY MEETING, COURT, ARBITRATION, AND HEARING. FOR AN [AP]PLICATION/CLAIM-MADE FOR AN ENGLISH-ENGLAND-COURT OR JUDGE **IS** WITH THE PURPOSE OF THE OBTAINING OR CORPORATION OF A RULING OR ORDER FOR THE DIRECTION OF AN ACT, JUDGEMENT, ORDER, OR CAUSE OF THE ACTION; FOR THE CLAIM IN THE FAVOR OF THE APPLICANT, PARTY, VESSEL, OR WITH THE BAR-LICENSE OF THE ENGLISH-COURT.
FOR THE TERM OF THE **PARLIAMENTARY-LAW** FOR THE GENERAL-BODY OF THE **ENACTMENT-RULES (CONCLUSIONARY-LAW)**. [SUCH AS: **ROBERTS RULES OF THE ORDER**]---NOTE: ONLY THE PLEADINGS BEFORE THE PARLIAMENT CAN BE MADE BY A MEMBER OF THE PARLIAMENT SUCH AS **JUDGE, ESQUIRE, LAWYER, AND ATTORNEY.**
FOR THE PARTIES-PLEADINGS) **ARE** WITH THE PLEADINGS OF A **FRAUD. IN MOTION**(sic) (IN THE VERB-FICTION OF THE ENGLISH-PARLIAMENTARY-COURT)
**~19~b. :COMPLAINT/CLAIM =** FOR THE PARTY **IS** WITH THE CORPORATION OF THE CIVIL-CLAIMS **WITH THE OATH BY THE AFFIRMATION/CLAIM OF THE TRUTH** IN THE NOUN-FACT-TRUTH.
FOR THE COURT'S-DOCUMENTS FOR THE PARTIES **ARE** WITH THE FRAUDULANT-PLEADINGS OF THE FILING OF A **MOTION** FOR THE FICTION AND RULE-JURISDICTION OF THE ENGLISH-COURT WITH THE FICTION-FLAG FOR THE USE OF THE CONCLUSIONARY-LAW (FOR THE CASES OF THE RULINGS **IN LAW**(sic)(VERB-FICTION) **ARE** WITH THE VACATION OF THE FACTS IN THE **NOUNS OF THE TRUTH.**
FOR THE USE OF THE CIVIL-CLAIMS IN THE **MOTION IS** WITH THE **VERB** OF THE ENGLISH-FICTIONAL-COURT AND AGAINST THE UNITY-STATES OF THE WORLD.

FOR THIS CONCLUSION OF THIS CLAIM:
**~1.** FOR THE CLAIMANT'S-KNOWLEDGE OF THESE FACTS IS WITH THESE CLAIMS OF THESE RULES WITH THE CLOSURE/COVERY: C.C.~60-b, WITH THE CLAIMANT'S-KNOWLEDGE OF THESE FACTS ARE WITH THE CLAIMS OF THESE COMMUNICATION-LANGUAGE-METHOD WITH THE FICTONAL-LANGUAGE-METHOD-FRUAD BY THE C.C.~9-b.
FOR THIS PARTY'S-KNOWLEDGE OF THESE CONTRACT-COMPLAINTS ARE WITH THESE CLAIMS OF THESE OPEN-MARKET-FILINGS[COURT]. FOR THIS PERSON'S-KNOWLEDGE OF THESE FACTS ARE WITH THESE CLAIMS OF THE CLOSURE OF THE FACTS: C.C.~60-b. FOR A PERSON'S-KNOWLEDGE OF THESE FACTS ARE WITH THE CLAIM OF THE PORTING WITH THESE CORRECTIONS-AUTHORITY OF THE TITLE~42:U.S.C.S.~1986, FOR THE KNOWLEDGE OF THE WRITING-COMMUNICATION-LAW ARE WITH THESE CLAIMS OF THESE CORRECTIONS WITH THESE WRITING-FICTIONAL-MODIFICATION-WRONGS BY THESE PERSONS: OFFICERS OF THE COURT AND FIDUCIARY-POSITIONS.
FOR THE CORRECTION OF THE FICTITIOUS-LANGUAGE IS WITH THE ELECTION-DUTY OF THE SECURITY AS THE FIDUCIARY-OFFICER.
FOR THIS PERSON'S-KNOWLEDGE OF A TORT IS WITH THESE CLAIMS OF A JURISDICTION-MATTER WITH A VOLITION OF THE FALSIFICATION WITH THE CONCEALING OR COVERING-UP BY A TRICK, SCHEME OR BY A VICE OF THE MATERIAL-FACT, OR WITH THE MAKING OF THE FALSIFICATION-STATEMENT, BY THE FICTITIOUS-STATEMENT, OR FOR THE FRAUDLANT-STATEMENT OR WITH THESE CLAIMS OF THE FRAUDULANT-CLAIM-STATEMENT, OR WITH THE MAKING OF ANY FALSE-WRITINGS OR WITH THE USING OF ANY FALSE-WRITINGS OR BY THE FALSE-DOCUMENTS BY THE KNOWING THAT THE FALSE-DOCUMENTS ARE WITH THE CONTAINING WITH THESE FALSIFICATION-STATEMENTS, WITH THE FICITITIOUS-STATEMENTS OR WITH THE

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: JANUARY~30-2006 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

FRAUDULANT-STATEMENTS IS WITH THE FINE OF THE MONEY??? WITH THIS TITLE OR BY THE
PRISON OF THE~5 YEARS OR BOTH; AND:
~2. :TITLE~18: U.S.C.-SUB-SECTION~1002: FOR THE PERSON'S-KNOWLEDGE OF THESE FACTS
ARE WITH THESE VOLITION-CLAIMS OF THE FRAUDULANT-UNITY-STATES, OR WITH THESE
FALSE, ALTERATIONS, FORGERIES, COUNTERFEIT-WRITINGS, OR WITH THE DOCUMENTING OF
THE PURPOSE WITH THE VACATING-AN OTHER-PERSON BY THE CONTRACT OR BY THE FIDUCIARY
OR VASSAL-THEREOF. FOR A SUM OF THE MONEY???,
~3. FOR THE PERSON'S-KNOWLEDGE OF THE U.S.W.C.-CONTRACT-CLAIM-~7: FOR THE CLAIMS
OF THIS CHARTER-VESSEL IS WITH THESE CLAIMS OF THE WITNESS IN THE TRUTH-
COMMUNICATIONS-LANGUAGE WITH THE LIFE-PARTY OR LIFE-VESSEL BY THE TRUTHFUL-
LANGUAGE. FOR THE PERSON/WITNESS/CLAIMANT'S-KNOWLEDGE OF THESE FACTS ARE WITH
THESE DAMAGE-CLAIMS OF THE TITLE~42: U.S.C.S.~1986 FOR THE KNOWLEDGE OF THE LAW
IN THE TRUTH OF THE DUE-PROCESS/METHOD OF THE LAW WITH THE C.U.S.W.-CONTRACT OF
THE PARTY WITH THE CLOSURE: C.C.~60-b BY THE FRAUD: C.C.~9-b, WITH THE OPEN-
MARKET[COURT] WITH THE CLOSURE OF THE HEREIN-CLAIM WITH THE HEREIN-STATEMENTS.
FOR THIS VESSEL-DOCUMENT IS FOR THE ANSWERING BY THE UNITY-STATES-OPEN-MARKET
WITHIN THIS AMNESTY-TIME OR FOR THE VACATING OF THIS CASE/ORDER.


FOR THIS CLAIM OF THE *RELIEF*/HEALING:
~1~a. FOR THIS WITNESS WITH THIS KNOWLEDGE IS WITH THIS CLAIM OF THIS DAMAGE FOR
THE FICTITIOUS-CONVEYANCE OF THESE COMMUNICATIONS FOR THE CONTINOUS OF THE
EVIDENCE IN THE FICTION WITH THE COLOR OF THE LAW BY THESE VASSALEES:
Attorney-Andrew-L.: Markowitz, Attorney-Margaret: Gairo, :Timothy-R.: Eller AND
Laurence: Hirsch WITH THE ANSWERING OF THESE CHARGES OF THIS IN-THE-TRUTH-SERIVCE
BY THE CLERK OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.
~1~b. FOR THE SECURITY OF THIS MARKET[COURT] IS WITH THIS AMNESTY-TIME OF THESE
PEACEFUL-CORRECTIONS WITH THE CLAIM WITHIN THESE 45-DAYS OF THIS:T.I.C.M.-
CORRECTION WITH THIS SERVICE OF THIS SUMMARY-CORRECTION WITH THIS DI-STRICT-
MARKET[COURT] OF THESE UNITY-STATES OF OUR WORLD WITH THIS WITNESSING-CLAIMANT:
Kevin-Gregory-Hand: El.
~2. FOR THIS WITNESS OF THE OATH IS WITH THIS CLAIM OF THE ACTUAL-DAMAGES IN THIS
VALUE OF THE TROY-OUNCES-.999-FINE-SILVER (FIVE-MILLION-DOLLARS) AND :TREBLE-
DAMAGES WITH THE TRIAL BY THE JURY IN THE VALUE OF THE TROY-OUNCES-.999-FINE-
SILVER (FIFTEEN-MILLION-DOLLARS), BY EACH VASSSALEES.


FOR THE AUTHORIZE-TRUSTEE-WITNESS AS THE SOVEREIGN-WASHITA-MUUR /PARTY
/VESSEL IS WITH THIS OATH OF THE TRUTHFUL-LANGUAGE AND communications
CLAIMS WITH THE FIRSTHAND-KNOWLEDGE OF THESE FACTS.


:AUTOGRAPH: /S/ :Chief-Nanya-Zakur: El.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

*Chief-Consul-Kevin-Gregory-Hand:El.*

            :Chief-Consul-Kevin-Gregory-Hand: El.
            AUTOGRAPH/:COPYCLAIM/:COPYRIGHTS~2006.
                    :DATE~30/JANUARY~2006.

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: JANUARY~30~2006 WITH THESE David-Wynn: Miller,
:LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.
                    ~10 OF THE ~10

/ 2

LAW OFFICES
## McCABE, WEISBERG & CONWAY, P.C.

TERRENCE J. McCABE***
MARC S. WEISBERG**
EDWARD D. CONWAY
MARGARET GAIRO
RITA C. BUSCHER*‡
MONICA G. CHRISTIE +†
FRANK DUBIN
BRENDA L. BROGDON*
SEAN GARRETT*+
BETH L. THOMAS
BONNIE DAHL*
SVEN E. PFAHLERT*
SCOTT TAGGART*
MICHELE DELILLE^
CATANIA TRIGO^

SUITE 2080
123 SOUTH BROAD STREET
PHILADELPHIA, PA 19109
(215) 790-1010
FAX (215) 790-1274

SUITE 600
216 HADDON AVENUE
WESTMONT, NJ 08108
(856) 858-7080
FAX (856) 858-7020

SUITE 205
53 WEST 36TH STREET
NEW YORK, NY 10018
(917) 351-1188
FAX (917) 351-0363

JOSEPH F. RIGA*
Of Counsel

* Licensed in PA & NJ
** Licensed in PA & NY
*+ Licensed in PA & NM
*** Licensed in PA, NJ & NY
† Licensed in NY & CT
^ Licensed in NY
‡ Managing Attorney for NJ
+ Managing Attorney for NY

3   3   4                                December 5, 2005
Kevin Gregory Hand = Non-De-gu-re/Posideum
533 South 60th Street
Philadelphia, PA 19143

Re:

Kevin Gregory Hand v. Laurence Hirsch
United States District Court for the Eastern District of PA No. 05-CV-01321 LDD

Dear Mr. Hand:

Enclosed please find a true and correct copy of Motion of Defendant Laurence Hirsch For Sanctions which we intend to file with the Court on behalf of Defendant in the above matter in accordance with Rule 11 of the Federal Rules of Civil Procedure unless, within 21 days after service of the enclosed, you should withdraw your Complaint and various other pleadings filed in this matter and request the Court to mark this action as discontinued and ended.

If you should wish to discuss this matter, please do not hesitate to contact me.

Very truly yours,

ANDREW L. MARKOWITZ

ALM:bw
Enclosure

06 0239

FILED

FEB - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

For this showing of this claim of the Fact is with this Page A-1

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN GREGORY HAND *[handwritten: Pos Ideum]*

*[handwritten: VOID Maritime-Boxing-Rule.]*

Plaintiff

NO.   05-CV-01321 LDD

vs.

LAURENCE HIRSCH,
Chief Executive Officer of
Centex Home Equity

Defendant

## O R D E R

AND NOW, this         day of                     , 2006, upon due consideration of the

Motion of Defendant Laurence Hirsch For Sanctions,  and any response thereto,  it is hereby

ORDERED and DECREED that the Motion For Sanctions is GRANTED and sanctions are

entered against plaintiff Kevin Gregory Hand as follows: Plaintiff KEVIN GREGORY HAND

is hereby barred and precluded from filing any matter in this Court, whether a complaint, notice

of removal or otherwise, against Centex Home Equity Corporation or Centex Home Equity

Company LLC or any of its officers,  agents or employees, without prior leave of this Court.

It is further ORDERED and DECREED that the following additional sanctions are hereby

imposed:

BY THE COURT:

_____
                                                                                                J.

*[handwritten at bottom: or this sharing of this claim of the face is with this page :- B-1]*

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN GREGORY HAND = residuum

Plaintiff

NO. 05-CV-01321 LDD

vs.

: VOID, Maritime - Boxing Rule.

LAURENCE HIRSCH = Nom-De-guerre
Chief Executive Officer of
Centex Home Equity

Defendant

## CERTIFICATE OF SERVICE

I, Margaret Gairo, Esquire, attorney for Defendant, hereby certify that I served a true and

correct copy of the Motion of Defendant Laurence Hirsch for Sanctions, Memorandum of Law and

related documents by United States Mail, first class, postage prepaid, on the 5th day of December,

2005, upon the following persons:

Kevin Gregory Hand
533 South 60th Street
Philadelphia, PA 19143

Margaret Gairo, Esquire
Attorney for Plaintiff

```
:CORRECTION:
:[PRE]POSITIONAL-PHRASE-FACTS WITH THE QUANTUM-MATH-CLAIMS.
~1 = ADVERB = modification = no-contract = FICTION
~2 = VERB = action-thinking = IS = SINGULAR, ARE = PLURAL
~3 = ADJECTIVE = no-contract = :color of the fact.
~4 = PRONOUN = pro = no, no = no, un, = no, NO-FACT
~5 = PREPOSITION = pre = no, position = contract correction:
rules, vote, methods = POSITION-LODIEO-FACT = KNOWN
~6 = ARTICLE = no-contract = ailing-corruption
from the beginning, CORRECTION = LODIEO = OWNERSHIP FROM THE BEGINNING, ORIGINAL-
JURISDICTION.
~7 = NOUN = no-no, correction "FACT" = KNOWN
(WITH A LINE OVER THE "OW". = LODIEO
~8 = PAST-TENSE = FICTION-TIME
~9 = FUTURE-TENSE = FICTION-TIME
~0 = CONJUNCTION = AND, OR
```

## CERTIFICATE OF SERVICE

I, Margaret Gairo, Esquire, attorney for Defendant, hereby certify that I served a true and

correct copy of the Motion of Defendant Laurence Hirsch for Sanctions, Memorandum of Law and

related documents by United States Mail, first class, postage prepaid, on the 5th day of December,

2005, upon the following persons:


Kevin Gregory Hand
533 South 60th Street
Philadelphia, PA 19143



Margaret Gairo, Esquire
Attorney for Plaintiff


:CORRECTION:
:[PRE]POSITIONAL-PHRASE-FACTS WITH THE QUANTUM-MATH-CLAIMS.
~1 = ADVERB = modification = no-contract = FICTION
~2 = VERB = action-thinking = IS = SINGULAR, ARE = PLURAL
~3 = ADJECTIVE = no-contract = :color of the fact.
~4 = PRONOUN = pro = no, no = no, un, = no, NO-FACT
~5 = PREPOSITION = pre = no, position = contract correction:
rules, vote, methods = POSITION-LODIEO-FACT = KNOWN
~6 = ARTICLE = no-contract = ailing-corruption
from the beginning, CORRECTION = LODIEO = OWNERSHIP FROM THE BEGINNING, ORIGINAL-
JURISDICTION.
~7 = NOUN = no-no, correction "FACT" = KNOWN
(WITH A LINE OVER THE "OW". = LODIEO
~8 = PAST-TENSE = FICTION-TIME
~9 = FUTURE-TENSE = FICTION-TIME
~0 = CONJUNCTION = AND, OR

___ = UNDERLINE-PREFIX = NO = DE, RE, RES, AP, EN, SUB, AT, PRE, UN, DIS, AC,

FOR THE TERM OF THE BOXING = [ ] "" IS WITH THE CLAIM OF THE VOIDANCE WITH THE FACTS
INSIDE THIS BOX OR BRACKET =[ ] "".

FOR THE PRO SE = PRO = NO, SE = SPEEK, WITH THE VOID-WORDS BY THE ITALIC-SPELLING FOR
THE VACANT OF THE WORDS.

FOR THIS CORRECTION OF THE VERB-FICTION-NOICTE, ORDER AND CERTIFICATE OF SERVICE IS
WITH THIS KNOWLEDGE BY THE TRUTH-COMMUNICATION-METHOD.

:Date – 30/January~2006.    :Autograph: Chief~Kevin-Gregory~Hand: El.

For this showing of this claim of the fact is with this Page: C-1.

:WITNESS-CLAIMANT: Kevin-Gregory: Hand.   *UNITED STATES DISTRICT COURT*
~533: SOUTH~60th –STREET.   *EASTERN DISTRICT OF PENNSYLVANIA*
:PHILADELPHIA, :PENNSYLVANIA[~19143]   *Clerk of the Court-Michael-E.: Kunz.*
   ~601: MARKET-STREET: ROOM~2609
   :PHILADELPHIA, :PENNSYLVANIA~19106


FOR THIS CLAIM OF THIS CORPORATION **IS** WITH THIS **CASE-NUMBER: 05-cv-1321,**
FOR THIS **MAIL-NUMBER~R.R.~763~502~348: U.S.** AS THE CORPORATION-CASE-NUMBER.
FOR THIS FILING WITH THE CLERK OF THE COURT **ARE** WITH THESE CLAIMS WITH THE FORM
OF THIS SERVICE IN THIS TRUTH-LANGUAGE-FORMAT.
FOR THIS WITNESS'-KNOWLEDGE OF THIS CORPORATION-CONTRACT **IS** WITH THIS
CERTIFICATION OF THIS SERVICE ON THIS DATE OF THE **~12/JANUARY~2006** WITH THE
CORRECT-COPY OF THESE DOCUMENTS BY THE HAND-SHIPPING AND U.S.-MAIL.
**~1~a.** FOR THE CLERK OF THE COURT **IS** WITH THESE CERTIFICATION-DOCUMENTS:
**~1~b.** FOR THIS CERTIFICATION OF THE JUDGMENT **IS** WITH THIS STOPPAGE AND CORRECTING
OF THESE WRONGS BY THESE VASSALEES.
**~1~c.** FOR THE CONNECTION-DOCUMENTS[*ATTACHMENTS*]~A-3-THROUGH~W-3, AS THE CLAIM OF
THE FACTS [*EXHIBITS*].
**~1~d.** FOR THE CERTIFICATE OF THIS SERVICE.
**~2~a.** FOR THIS COPY OF THESE DOCUMENTS **ARE** WITH THESE VASSALEES:
**~2~b.** FOR THIS VASSALEE: Margaret: Gairo*, :MCCABE, WIESBERG AND CONWAY,P.C.* ~123:
SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA, :PENNSYLVANIA~19109, [:PHONE: 215-
790-1010] BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.
**~2~c.** FOR THIS VASSALEE: LAURENCE: HIRSCH, *:CENTEX HOME EQUITY.[SIC]* ~2728:
SOUTH-HARWOOD-STREET. :DALLAS, TEXAS~75201, [:PHONE: 214-981-6500] BY THE FIRST-
CLASS, POSTAGE-PAID, U.S.-MAIL.
**~2~d.** FOR THE CLERK OF THE COURT: *Michael-E.: Kunz: UNITED STATES COURTHOUSE*
~601: MARKET-STREET: ROOM~2609: PHILADELPHIA, :PENNSYLVANIA~19106, [:PHONE: 215-
597-7704] BY THE HAND-SHIPPING.


   WITH THIS AUTOGRAPH *Kevin – Gregory: Hand*
   :Kevin-Gregory: Hand,
   [:PHONE:215-472-1136]
   ~533: SOUTH~60th-STREET.
   :PHILADELPHIA, :PENNSYLVANIA[~19143]
   :DATE~12/JANUARY~2006


FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: ~12~JANUARYR-2006 WITH THESE David-Wynn: Miller, :LANGUAGE AND
COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.


~1 OF THE~1


*For this showing of this claim of the fact is with this Page: D-1.*

:WITNESS-CLAIMANT: Kevin-Gregory: Hand.      :Terrence-J.: Mc-Cabe, P.C.
~533: South~60th-Street.                         *ATTORNEYS AT LAW [SIC]*
:PHILADELPHIA, :PENNSYLVANIA~19143            ~123: SOUTH-BROAD-STREET, SUITE~2080.
                                             :PHILADELPHIA, :PENNSYLVANIA~19109

FOR THIS VASSALEE-Terrence-J.: Mc-Cabe, IN THE FIDUCIARY **IS** WITH THIS CLAIM OF
THE CORRECTION BY THE U.S.-MAIL-NUMBER~7004~1350~004~3631~9725.

### :UNIVERSAL-POSTAL-UNION TREATY: ~14-JUNE~2004
### :CORPORATION OF THE CASE-NUMBERS~R.R.~763~502~484: U.S.

~1 FOR THIS WITNESSING-CLAIMANT'S KNOWLEDGE OF THIS COMMUNICATION-SKILLS **ARE** WITH
THIS CLAIM OF THE TITLE~42: U.S.C.S.~1986  FOR THE KNOWLEDGE OF THE LAW, AND FOR
THE CORRECTION OF THE LANGUAGE AND COMMUNICATIONS BY THIS CLAIMANT.

~2 FOR THIS WITNESS WITH THIS KNOWLEDGE OF THE VOLITION **IS** WITH THIS CLAIM OF THE
DAMAGE WITH THE FICTIONAL-LANGUAGE BY THIS VASSALEE-Terrence-J.: Mc-Cabe.
~2-a FOR THIS C.C.~18~19: FOR THIS JOIN OF THESE PARTIES **IS** WITH THIS KNOWLEDGE
OF THESE FACTS IN THIS TRUTH AND WITH THESE CLAIMS OF THESE DAMAGES BY THESE
VASSALEE-Terrence-J.: Mc-Cabe AND VASSALEE-Andrew-L.: Markowitz.
~2-b FOR THIS C.C.~16-f: FOR THESE SANCTIONS: WHEN ANY PARTY WITH THIS VOLITION
FOR ANY ACT OF ANY WRONGS **ARE** WITH THIS JOINING WITH ANY FOREIGN-FICTION FOR ANY
DAMAGES AGAINST THIS CLAIMANT OF THESE UNITY-STATES OF OUR WORLD-CORPORATION WITH
THIS VIOLATION BY THIS OATH IN THESE T.L.C.-CLAIMS.
~2-c FOR THIS CLAIMANT BY THIS OATH **IS** WITH THE CLAIM OF THE SLANDER OF THE TITLE
BY THE VASSALEES.
~2-d FOR THIS CLAIMANT BY THIS OATH **IS** WITH THE VERB-FICTION: *COVER LETTER, COVER
SHEET, ORDER, PLAINTIFFS MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW,
VERIFICATION, CERTIFICATION OF SERVICE, DEED-POLL, COMPLAINT IN EJECTMENT,* AND
*REQUEST FOR ADMISSIONS IN EJECTMENT* OF THE VASSALEE BY THE UPPER-CASE-CAPITAL-
LETTER-SPELLING AND FOR THIS LACK OF THIS PUNCTUATION FOR THIS MAKING OF THIS
PARTY'S-NAME INTO AN ADJECTIVE-FOREIGN/FICTION OF THIS NAME IN THE BREACH OF THIS
C.U.S.W.F.-CONTRACT. FOR THIS DEAD-PERSON-NAME OF THIS PSEUDONYM/NOM-DE-GUERRE-
NAME **IS** WITH THIS CLAIM OF THIS VOID FOR ANY AUTHORITY WITH ANY CONTRACT.

~3 FOR THIS WITNESS-CLAIMANT WITH THIS KNOWLEDGE FOR THE SAFEGUARD OF THE MARKET
*[COURT]* **IS** WITH THIS CLAIM IN THE TRUTH WITH THE TRUTHFUL-COMMUNICATION-METHODS
WITH THE COMPARISON OF THE MOTION -VS- OF THE COMPLAINT AND :SOVEREIGN-CITIZEN IN
THE PARTY -VS- :FICTION-PARLIAMENTARY-COURT.
~3-a FOR THE VOID OF THE MODIFICATION-WORDS **ARE** WITH THESE CLAIMS OF THESE
COMMUNICATION-WRONGS ON THIS DATE~10-JUNE~2005 BY THE VERB-FICTION: *COVER LETTER,
COVER SHEET, ORDER, PLAINTIFFS, MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW,
VERIFICATION, CERTIFICATION OF SERVICE, DEED-POLL, COMPLAINT IN EJECTMENT,* AND
*REQUEST FOR ADMISSIONS IN EJECTMENT* OF THE Attorney-Terrence-J.: Mc-Cabe OF THE
*McCABE, WIESBERG, AND CONWAY, P.C.* [SIC].

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: ~14~JUNE~2005 WITH THESE David-Wynn: Miller, :LANGUAGE AND
COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

~1 OF THE~3

*For this showing of this claim of the fact is with this Page* E-1

~4 FOR THIS WITNESS-CLAIMANT WITH THIS KNOWLEDGE OF THE LAW **IS** WITH THIS ANSWER BY VERB-FICTION: *COVER LETTER, COVER SHEET, ORDER, PLAINTIFFS MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW, VERIFICATION, CERTIFICATION OF SERVICE, DEED-POLL, COMPLAINT IN EJECTMENT,* AND *REQUEST FOR ADMISSIONS IN EJECTMENT* AND AUTOGRAPH ON THIS DATE: JUNE~10~2004 OF THIS Esquire-Terrence-J.: Mc-Cabe FOR THE OPENING OF THIS CORPORATION-CROSS-CLAIM IN THE MARKET*[COURT]* OF THE DI-STRICT WITHIN THE CITY OF THE PHILADELPHIA IN THE STATE OF *PENNSYLVANIA* OF THESE *UNITED STATES OF AMERICA* WITH THESE PERPETUAL-CLAIMS OF THESE TERMS AND CONDITIONS OF THIS PARTY-VESSELS.

~4-a FOR THESE FICTIONAL-USES OF THESE WRITING-COMMUNICATIONS **ARE** WITH THE CLAIM OF THESE FACTS WITH THESE MODIFYING-ADVERBS FOR THE CREATION OF THE VERB-FICTION: *COVER LETTER, COVER SHEET, ORDER, PLAINTIFFS, MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW, VERIFICATION, CERTIFICATION OF SERVICE, DEED-POLL, COMPLAINT IN EJECTMENT,* AND *REQUEST FOR ADMISSIONS IN EJECTMENT* AND AUTOGRAPH.

~4-b FOR THE MODIFICATION OF THESE FACTS(KNOWN) **ARE** WITH THE BREACH OF THIS TRUTH-VESSEL-CONTRACT FOR THE CAUSE OF AN ACT WITH THE VOLITION OF A PERJURY: TITLE~18: U.S.C.S.~1621 IN THIS CASE.

~4-c FOR THE COLLECTION OF A MARITIME-MONEY-FEE WITH THE FICTIONAL-MODIFICATION-COMMUNICATIONS **ARE** WITH THE VIOLATION OF THIS TITLE~18: U.S.C.S.~1001 AND 1002 AND TITLE~18: U.S.C.S.~1341 FOR THIS FICTITIOUS-CONVEYANCE OF THESE COMMUNICATIONS WITH THE COLOR OF THE LAW IN THIS TITLE~18: U.S.C.S.~ 242 AND FOR ANY LOSS OF ANY RIGHTS WITH THIS CONTRACT WITH THE COLOR OF A FICTIONAL-LAW FOR THE TORT OF A FEE.

~5 FOR THESE FACTS OF THIS CLAIM **ARE** WITH THESE CONNECTIONS[ATTACHMENTS]~A-THROUGH ~U ON THIS DATE: JUNE~14~2005 WITH THE CERTIFICATE OF THIS SERVICES BY THIS WITNESS-CLAIMANT: Kevin-Gregory: Hand.

~6 FOR THIS WITNESS'-KNOWLEDGE OF THESE FACTS **ARE** WITH THIS CLAIM FOR AN ANSWER WITH THE CORRECT-COMMUNICATIONS-METHODS BY THE CORRECT-SENTENCE-STRUCTURES WITHIN THE 10-DAYS OR VACATE OF THE FICTITIOUS-COMMUNICATION AND LANGUAGE-CLAIMS BY THE VASSALEE-Terrence-J: Mc-Cabe.

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: ~14~JUNE~2005 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

~2 OF THE~3

For this showing of this claim of the fact is with this Page; I- 1.

**:TERM:**
**:C.C.** = FOR THIS <u>CIVIL-CLAIM</u>.
**:U.S.C.S.** = FOR THIS <u>UNITY-STATES-CLAIMS-SECTION</u> = CORRECTION OF THE [TITLES OF
THE *UNITED STATES CODES[SIC]* OF THE FICTION AND F.L.C..
**:F.L.C.** = FOR THIS <u>FICTION-LANGUAGE-CLAIM</u>
**:T.L.C.** = FOR THIS <u>TRUTH-LANGUAGE-CLAIM</u>
**:*ARTICLE*** = **AILING.** FOR THIS CORRECTION: **LODIO** = A, AN, THE, THIS, THESE,    OUR
**:UNITY-STATES** = WITH THIS CORPORATION OF THESE PARTIES WITH THIS <u>CONTRACT-CLAIM</u>.
**:STATE** = :PARTY OF THIS THINKING, :PARTY OF THIS LIFE, :CITIZEN OF THIS CONTRACT
**:C.U.S.W.F.**= FOR THE CONSTITUTION OF THE <u>UNITY-STATES</u> IN THIS <u>WORLD-FLAG</u>.
**:VASSALEE** = WITH THIS SERVANT OF THIS CONTRACT.
**:VESSEL** = WITH THIS MARITIME :<u>ORIGINAL-LOCATION</u>.
**:DI-STRICT-MARKET*[COURT]*** = :<u>ORIGINAL-AUTHORITY</u> :<u>AUTHORITY-JURISDICTIONAL-MARKET</u>*[-
COURT]* IN THE <u>T.L.C</u>
**:COURT** = :CLOSED IN A BOX FOR THE AILING, <u>FICTION-LANGUAGE</u>.
**:MARKET** = :<u>OPEN-COMMERCE</u> WITH THE CLOSURE BY THESE <u>TRUTH-COMMUNICATIONS</u>.


FOR THIS CLAIMANT AND VASSALEES WITH THIS KNOWLEDGE ARE WITH THESE CLAIMS OF
THESE THRUTHFUL-LANGUAGE-CLAIMS WITH THESE TRUTHS WITH THIS FIRSTHAND-KNOWLEDGE
OF THESE FACTS.

:AUTOGRAPHS/ :WITNESS'/ :COPYCLAIM~2005

*Kevin-Gregory; Hand*
*Milton-Nathaniel; Hand.*

:AUTOGRAPH *Kevin-Gregory; Hand.*
                    :Kevin-Gregory: Hand.
                    [:PHONE:215-472-1136]
                    ~533: South~60th-Street.
          :PHILADELPHIA, :PENNSYLVANIA[~19143]
                    :DATE~14/JUNE~2005

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: ~14~JUNE~2005 WITH THESE <u>David-Wynn: Miller</u>, :LANGUAGE AND
COMMUNICATIONS-CLAIMS OF THESE <u>UNITY-STATES</u> OF OUR <u>WORLD-CORPORATION</u>.

*For this showing of this claim of the fact is with this Page: G - 1*



**UNITED STATES POSTAL SERVICE**

# Track & Confirm

**Current Status**

You entered 7004 1350 0004 3631 9725

Your item was accepted at 8:37 am on June 18, 2005 in PHILADELPHIA, PA 19143. Information, if available, is updated every evening. Please check again later.

**Notification Options**

▸ Track & Confirm by email   What is this?   ( Go> )

**Track & Confirm**
Enter label number:

**Track & Confirm FAQs**

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | **A. Signature** <br> X _(signature)_   ☐ Agent   ☐ Addressee <br> **B. Received by (Printed Name)**  **C. Date of Delivery** _6-20_ |
| **1. Article Addressed to:** <br><br> TERRENCE J. McCABE, ESQUIRE <br> McCABE, WIESBERG AND CONWAY, P.C. <br> 123 SOUTH BROAD STREET SUITE 2080 <br> PHILADELPHIA, PA 19109 | **D. Is delivery address different from item 1?** ☐ Yes <br> If YES, enter delivery address below:   ☐ No |
|  | **3. Service Type** <br> ☐ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. |
|  | **4. Restricted Delivery? (Extra Fee)**   ☐ Yes |
| **2. Article Number** <br> (Transfer from service label) | 7004 1350 0004 3631 9725 |

PS Form **3811**, February 2004       Domestic Return Receipt       102595-02-M-1540

---

For this showing of this claim of the fact is with this Page; H-1.

:WITNESS-CLAIMANT: Kevin-Gregory: Hand.
~533: South~60th-Street.
:PHILADELPHIA, :PENNSYLVANIA~19143

:Andrew-L.: Markowitz, P.C.
*ATTORNEYS AT LAW [SIC]*
~123: SOUTH-BROAD-STREET, SUITE~2080.
:PHILADELPHIA, :PENNSYLVANIA~19109

FOR THIS VASSALEE-Andrew-L.: Markowitz, IN THE FIDUCIARY **IS** WITH THIS CLAIM OF
THE CORRECTION BY THE U.S.-MAIL-NUMBER~7004~1350~004~3631~9701.

### :UNIVERSAL-POSTAL-UNION TREATY: ~14~JUNE~2004
### :CORPORATION OF THE CASE-NUMBERS~R.R.~763~502~484: U.S.

~1 FOR THIS WITNESSING-CLAIMANT'S KNOWLEDGE OF THIS COMMUNICATION-SKILLS **ARE** WITH
THIS CLAIM OF THE TITLE~42: U.S.C.S.~1986 FOR THE KNOWLEDGE OF THE LAW, AND FOR
THE CORRECTION OF THE LANGUAGE AND COMMUNICATIONS BY THIS CLAIMANT.

~2 FOR THIS WITNESS WITH THIS KNOWLEDGE OF THE VOLITION **IS** WITH THIS CLAIM OF THE
DAMAGE WITH THE FICTIONAL-LANGUAGE BY THIS VASSALEE-Andrew-L.: Markowitz.
~2-a FOR THIS C.C.~18~19: FOR THIS JOIN OF THESE PARTIES **IS** WITH THIS KNOWLEDGE
OF THESE FACTS IN THIS TRUTH AND WITH THESE CLAIMS OF THESE DAMAGES BY THESE
VASSALEE-Andrew-L.: Markowitz AND VASSALEE-Terrence-J.: Mc-Cabe.
~2-b FOR THIS C.C.~16-f: FOR THESE SANCTIONS: WHEN ANY PARTY WITH THIS VOLITION
FOR ANY ACT OF ANY WRONGS **ARE** WITH THIS JOINING WITH ANY FOREIGN-FICTION FOR ANY
DAMAGES AGAINST THIS CLAIMANT OF THESE UNITY-STATES OF OUR WORLD-CORPORATION WITH
THIS VIOLATION BY THIS OATH IN THESE T.L.C.-CLAIMS.
~2-c FOR THIS CLAIMANT BY THIS OATH **IS** WITH THE CLAIM OF THE SLANDER OF THE TITLE
BY THE VASSALEES.
~2-d FOR THIS CLAIMANT BY THIS OATH **IS** WITH THE VERB-FICTION: *COVER LETTER, COVER
SHEET, ORDER, PLAINTIFFS MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW,
VERIFICATION, CERTIFICATION OF SERVICE, DEED-POLL, COMPLAINT IN EJECTMENT,* AND
*REQUEST FOR ADMISSIONS IN EJECTMENT* OF THE VASSALEE BY THE UPPER-CASE-CAPITAL-
LETTER-SPELLING AND FOR THIS LACK OF THIS PUNCTUATION FOR THIS MAKING OF THIS
PARTY'S-NAME INTO AN ADJECTIVE-FOREIGN/FICTION OF THIS NAME IN THE BREACH OF THIS
C.U.S.W.F.-CONTRACT. FOR THIS DEAD-PERSON-NAME OF THIS PSEUDONYM/NOM-DE-GUERRE-
NAME **IS** WITH THIS CLAIM OF THIS VOID FOR ANY AUTHORITY WITH ANY CONTRACT.

~3 FOR THIS WITNESS-CLAIMANT WITH THIS KNOWLEDGE FOR THE SAFEGUARD OF THE MARKET
[*COURT*] **IS** WITH THIS CLAIM IN THE TRUTH WITH THE TRUTHFUL-COMMUNICATION-METHODS
WITH THE COMPARISON OF THE MOTION -VS- OF THE COMPLAINT AND :SOVEREIGN-CITIZEN IN
THE PARTY -VS- :FICTION-PARLIAMENTARY-COURT.
~3-a FOR THE VOID OF THE MODIFICATION-WORDS **ARE** WITH THESE CLAIMS OF THESE
COMMUNICATION-WRONGS ON THIS DATE~10~JUNE~2005 BY THE VERB-FICTION: *COVER LETTER,
COVER SHEET, ORDER, PLAINTIFFS, MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW,
VERIFICATION, CERTIFICATION OF SERVICE, DEED-POLL, COMPLAINT IN EJECTMENT,* AND
*REQUEST FOR ADMISSIONS IN EJECTMENT* OF THE Attorney-Andrew-L.: Markowitz OF THE
*McCABE, WIESBERG, AND CONWAY, P.C.* [*SIC*].

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: ~14~JUNE~2005 WITH THESE David-Wynn: Miller, :LANGUAGE AND
COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

~1 OF THE~3

For this showing of this claim of the fact is with this Page: I-1

~4 FOR THIS WITNESS-CLAIMANT WITH THIS KNOWLEDGE OF THE LAW IS WITH THIS ANSWER BY VERB-FICTION: *COVER LETTER, COVER SHEET, ORDER, PLAINTIFFS MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW, VERIFICATION, CERTIFICATION OF SERVICE, DEED-POLL, COMPLAINT IN EJECTMENT,* AND *REQUEST FOR ADMISSIONS IN EJECTMENT* AND AUTOGRAPH ON THIS DATE: JUNE~10~2004 OF THIS Esquire- Andrew-L.: Markowitz FOR THE OPENING OF THIS CORPORATION-CROSS-CLAIM IN THE MARKET*[COURT]* OF THE DI-STRICT WITHIN THE CITY OF THE PHILADELPHIA IN THE STATE OF *PENNSYLVANIA* OF THESE *UNITED STATES OF AMERICA* WITH THESE PERPETUAL-CLAIMS OF THESE TERMS AND CONDITIONS OF THIS PARTY-VESSELS.

~4-a FOR THESE FICTIONAL-USES OF THESE WRITING-COMMUNICATIONS ARE WITH THE CLAIM OF THESE FACTS WITH THESE MODIFYING-ADVERBS FOR THE CREATION OF THE VERB-FICTION: *COVER LETTER, COVER SHEET, ORDER, PLAINTIFFS, MOTION FOR SUMMARY JUDGMENT, MEMORANDUM OF LAW, VERIFICATION, CERTIFICATION OF SERVICE, DEED-POLL, COMPLAINT IN EJECTMENT,* AND *REQUEST FOR ADMISSIONS IN EJECTMENT* AND AUTOGRAPH.

~4-b FOR THE MODIFICATION OF THESE FACTS(KNOWN) ARE WITH THE BREACH OF THIS TRUTH-VESSEL-CONTRACT FOR THE CAUSE OF AN ACT WITH THE VOLITION OF A PERJURY: TITLE~18: U.S.C.S.~1621 IN THIS CASE.

~4-c FOR THE COLLECTION OF A MARITIME-MONEY-FEE WITH THE FICTIONAL-MODIFICATION-COMMUNICATIONS ARE WITH THE VIOLATION OF THIS TITLE~18: U.S.C.S.~1001 AND 1002 AND TITLE~18: U.S.C.S.~1341 FOR THIS FICTITIOUS-CONVEYANCE OF THESE COMMUNICATIONS WITH THE COLOR OF THE LAW IN THIS TITLE~18: U.S.C.S.~ 242 AND FOR ANY LOSS OF ANY RIGHTS WITH THIS CONTRACT WITH THE COLOR OF A FICTIONAL-LAW FOR THE TORT OF A FEE.

~5 FOR THESE FACTS OF THIS CLAIM ARE WITH THESE CONNECTIONS[ATTACHMENTS]~A-THROUGH ~U ON THIS DATE: JUNE~14~2005 WITH THE CERTIFICATE OF THIS SERVICES BY THIS WITNESS-CLAIMANT: Kevin-Gregory: Hand.

~6 FOR THIS WITNESS'-KNOWLEDGE OF THESE FACTS ARE WITH THIS CLAIM FOR AN ANSWER WITH THE CORRECT-COMMUNICATIONS-METHODS BY THE CORRECT-SENTENCE-STRUCTURES WITHIN THE 10-DAYS OR VACATE OF THE FICTITIOUS-COMMUNICATION AND LANGUAGE-CLAIMS BY THE VASSALEE- Andrew-L.: Markowitz.

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: ~14~JUNE~2005 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

For this showing of this claim of the fact is with this Page: J-1.

:TERM:
:C.C. = FOR THIS CIVIL-CLAIM.
:U.S.C.S. = FOR THIS UNITY-STATES-CLAIMS-SECTION = CORRECTION OF THE [TITLES OF
THE *UNITED STATES CODES[SIC]* OF THE FICTION AND F.L.C..
:F.L.C. = FOR THIS FICTION-LANGUAGE-CLAIM
:T.L.C. = FOR THIS TRUTH-LANGUAGE-CLAIM
:*ARTICLE* = AILING. FOR THIS CORRECTION: **LODIO** = A, AN, THE, THIS, THESE,    OUR
:UNITY-STATES = WITH THIS CORPORATION OF THESE PARTIES WITH THIS CONTRACT-CLAIM.
:STATE = :PARTY OF THIS THINKING, :PARTY OF THIS LIFE, :CITIZEN OF THIS CONTRACT
:C.U.S.W.F.= FOR THE CONSTITUTION OF THE UNITY-STATES IN THIS WORLD-FLAG.
:VASSALEE = WITH THIS SERVANT OF THIS CONTRACT.
:VESSEL = WITH THIS MARITIME :ORIGINAL-LOCATION.
:DI-STRICT-MARKET*[COURT]* = :ORIGINAL-AUTHORITY :AUTHORITY-JURISDICTIONAL-MARKET*[-*
*COURT]* IN THE T.L.C
:COURT = :CLOSED IN A BOX FOR THE AILING, FICTION-LANGUAGE.
:MARKET = :OPEN-COMMERCE WITH THE CLOSURE BY THESE TRUTH-COMMUNICATIONS.


FOR THIS CLAIMANT AND VASSALEES WITH THIS KNOWLEDGE **ARE** WITH THESE CLAIMS OF
THESE THRUTHFUL-LANGUAGE-CLAIMS WITH THESE TRUTHS WITH THIS FIRSTHAND-KNOWLEDGE
OF THESE FACTS.

:AUTOGRAPHS/ :WITNESS'/ :COPYCLAIM~2005

: Milton-Nathaniel : Han

: Kevin-Gregory : Hard

:AUTOGRAPH: Kevin-Gregory : Hard
                        :Kevin-Gregory: Hand.
                        [:PHONE:215-472-1136]
                        ~533: South~60th-Street.
            :PHILADELPHIA, :PENNSYLVANIA[~19143]
                        :DATE~14/JUNE~2005


FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: ~14~JUNE~2005 WITH THESE David-Wynn: Miller, :LANGUAGE AND
COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

~3 OF THE~3

For this showing of this claim of the fact is with this Page: K-1.



**UNITED STATES POSTAL SERVICE**

# Track & Confirm

**Current Status**

You entered 7004 1350 0004 3631 9701

Your item was accepted at 8:36 am on June 18, 2005 in PHILADELPHIA, PA 19143. Information, if available, is updated every evening. Please check again later.

**Notification Options**

▸ Track & Confirm by email    What is this?    ( Go ▸ )

**Track & Confirm**

Enter label number:

**Track & Confirm FAQs**

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

ANDREW L. MARKOWITZ, ESQUIRE
McCABE, WIESBERG AND CONWAY, P.C.
123 SOUTH BROAD STREET SUITE 2080
PHILADELPHIA, PA 19109

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Mayes_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
6-20

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7004 1350 0004 3631 9701

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

; Date ~ 30/January ~ 2006

: Autograph; Cheig - Kevin - Gregory - Hadi

For this showing of this Claim of the fact. Is with this Page; L - 1




:TITLE~4: Section~1,~2,~3: COPYCLAIM~2006

### ~02~FEBRUARY~2006.
### IN THE UNITED STATES DISTRICT COURT /UNITY-STATES-MARKET IN THIS CITY OF PHILADELPHIA IN THIS TERRITORY OF THE PENNSYLVANIA.

### FOR THIS CERTIFICATE OF THIS SERVICE.

:WITNESS-CLAIMANT: Kevin-Gregory-Hand: El

:VERSUS:

:ESQUIRE: Andrew-L.: Markowitz, :MCCABE, WEISBERG AND CONWAY, P.C.
:VASSALEE IN THE FIDUCIARY.

:CHIEF EXECUTIVE OFFICE: Timothy-R.: Eller, :CENTEX HOME EQUITY.
:VASSALEE IN THE FIDUCIARY.

:ESQUIRE: Margaret: Gairo, :MCCABE, WIESBERG AND CONWAY,P.C.
:VASSALEE IN THE FIDUCIARY.

:CHAIRMAN: Laurence: Hirsch, :CENTEX HOME EQUITY.
:VASSALEE IN THE FIDUCIARY.

**FOR THIS CORPORATION OF THE TREATY-CASE-NUMBERS: R.R.~763~502~484: U.S.**
ON THIS DATE ~14-JUNE~2005.

FOR THIS WITNESS'S-KNOWLEDEGE OF THIS CORPORATION-CONTRACT FOR THIS CERTIFICATION
OF THIS SERVICE ON THIS DATE OF THE ~02/FEBRUARY~2006 ARE WITH THE CORRECT-COPY
OF THESE DOCUMENTS BY THE U.S.-MAIL.
FOR THE FILING WITH THE CLERK OF THE COURT ARE WITH THESE CLAIMS WITH THE FORM OF
THIS SERVICE IN THIS TRUTH-LANGUAGE-FORMAT.
~1. FOR THIS CHIEF EXCUTIVE OFFICER: TIMOTHY-R.: ELLER, CENTEX HOME EQUITY.
~2728: SOUTH-HARWOOD-STREET. :DALLAS, :TEXAS ~75201, OF THIS KNOWLEDGE ARE WITH
THESE DOCUMENTS: FOR THIS CLAIM OF THIS WRIT OF THE HABEAS-CORPUS: TITLE~42:
U.S.C.S.~1986 AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE U.S.-MAIL:
7005~1160~0001~6124~9364.
~2. FOR THIS VASSALEE: MARGARET: GAIRO, :MCCABE, WIESBERG AND CONWAY,P.C. ~123:
SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA, :PENNSYLVANIA-19109, [:PHONE: 215-
790-1010] OF THIS KNOWLEDGE ARE WITH THESE DOCUMENTS: FOR THIS CLAIM OF THIS WRIT
OF THE HABEAS-CORPUS: TITLE~42: U.S.C.S.~1986 AND FOR THIS CERTIFICATE OF THIS
SERVICE BY THE U.S.-MAIL: 7005~1160~0001~6124~9401.
~3. FOR THIS VASSALEE: LAURENCE: HIRSCH, :CENTEX HOME EQUITY. ~2728: SOUTH-
HARWOOD-STREET, :DALLAS, :TEXAS ~75201, [:PHONE: 214-981-6811] OF THIS KNOWLEDGE
ARE WITH THESE DOCUMENTS: FOR THIS CLAIM OF THIS WRIT OF THE HABEAS-CORPUS:
TITLE~42: U.S.C.S.~1986 AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE U.S.-
MAIL: 7005~1160~0001~6124~9395.

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: FEBRUARY~02~2006 WITH THESE David-Wynn: Miller,**
:LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

**~4.** FOR THIS VASSALEE: *Attorney-ANDREW-L.: MARKOWITZ, :MCCABE, WIESBERG AND CONWAY,P.C.* ~123: SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA, :PENNSYLVANIA~19109, [:PHONE: 215-790-1010] OF. THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THIS WRIT OF THE HABEAS-CORPUS: TITLE~42: U.S.C.S.~1986 AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE U.S.-MAIL: 7005~1160~0001~6124~9388.

**~5.** FOR THE CLERK OF THE COURT: Nancy: Mayer-Whittington, :*UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3000] OF THIS KNOWLEDGE **ARE** WITH THESE CERTIFICATION-DOCUMENTS: FOR THIS CLAIM OF THIS WRIT OF THE HABEAS-CORPUS: TITLE~42: U.S.C.S.~1986 WITH THESE CONNECTIONS *[ATTACHMENTS]*~A-1 – THROUGH~L-1, AS THE CLAIM OF THE FACTS *(EXHIBITS)*, FOR THE *CASE MANAGEMENT TRACK DESIGNATION FORM*, FOR THE CIVIL-COVER-SHEET, FOR THE $5.00-MONEY-ORDER ~08970271266: FILING-FEE AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE U.S.-MAIL: R.R.~763~502~820: U.S.

FOR THE **AUTHORIZE-TRUSTEE-WITNESS'** AS THE SOVEREIGN-WASHITA-MUUR /PARTY /VESSEL **IS** WITH THIS OATH OF THE TRUTHFUL-LANGUAGE AND communications CLAIMS WITH THE FIRSTHAND-KNOWLEDGE OF THESE FACTS.


:AUTOGRAPH: /S/ :Chief-Anthony-Lee-Wilson: Bey.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

:AUTOGRAPH: /S/ :Chief-Nanya-Zakuur: El.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.




:Chief-Kevin-Gregory-Hand: El.
AUTOGRAPH/:COPYCLAIM/:COPYRIGHTS~2006.
~533: SOUTH~60th-STREET.
:PHILADELPHIA, :PENNSYLVANIA[~19143]
[:PHONE: 215-472-1136]
:DATE~02/FEBRUARY~2006


FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: FEBRUARY~02~2006 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.