:WITNESS-CLAIMANT: Kevin-Gregory-Hand: El:    *UNITED STATES DISTRICT COURT*
~533: SOUTH~60th -STREET.    *DISTRICT OF COLUMBIA.* :CLERK OF THE
:PHILADELPHIA, :PENNSYLVANIA[~19143]    *COURT.* :*Nancy: Mayer-Whittington.*
    ~333: CONSTITUTION-AVENUE: N.W.
    :WASHINGTON, :DISTRICT-COLUMBIA~20001


FOR THIS CLAIM OF THIS <u>COVER-PAGE</u> **IS** WITH THIS **CASE-NUMBER: 06-cv-0239**
FOR THIS **MAIL-NUMBER~R.R.~763~502~484: U.S.** AS THE <u>CORPORATION-CASE-NUMBER.</u>
FOR THE FILING OF THIS CLAIM **IS** WITH THE CLERK OF THE COURT IN THIS <u>TRUTH-</u>
<u>LANGUAGE-FORMAT.</u>
FOR THIS WITNESS'-<u>KNOWLEDEGE</u> OF THIS CLAIM **IS** WITH THIS CERTIFICATION OF THIS
SERVICE ON THIS DATE**~13/FEBRUARY~2006** BY THE **U.S.-MAIL.**
**~1~a.** FOR THE CLERK OF THE COURT **IS** WITH THESE <u>CERTIFICATION-DOCUMENTS:</u>
**~1~b.** FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b,
C.C.~9-b, WITH THESE CONNECTIONS *[ATTACHMENTS]*-M-1-THROUGH~O-1, AS THE CLAIM OF
THE FACTS *(EXHIBITS)*.
**~1~c.** FOR THE CERTIFICATE OF THIS SERVICE.

**~2~a.** FOR THIS *CHIEF EXECUTIVE OFFICER:* TIMOTHY-R.: ELLER, *CENTEX HOME EQUITY.*
~2728: <u>SOUTH-HARWOOD-STREET.</u> :DALLAS, :TEXAS ~75201, BY THE <u>FIRST-CLASS, POSTAGE-</u>
<u>PAID,</u> U.S.-MAIL.
**~2~b.** FOR THIS VASSALEE: *Attorney-*MARGARET: GAIRO, *;MCCABE, WIESBERG AND*
*CONWAY,P.C.* ~123: <u>SOUTH-BROAD-STREET,</u> SUITE~2080 :PHILADELPHIA,
:PENNSYLVANIA~19109, [:PHONE: 215~790-1010] BY THE <u>FIRST-CLASS, POSTAGE-PAID,</u>
U.S.-MAIL.
**~2~c.** FOR THIS VASSALEE: LAURENCE: HIRSCH, *;CENTEX HOME EQUITY.* ~2728: <u>SOUTH-</u>
<u>HARWOOD-STREET,</u> :DALLAS, :TEXAS~75201, [:PHONE: 214-981-6811] BY THE <u>FIRST-CLASS,</u>
<u>POSTAGE-PAID,</u> U.S.-MAIL.
**~2~d.** FOR THIS VASSALEE: <u>*Attorney-*ANDREW-L.: MARKOWITZ,</u> *;MCCABE, WIESBERG AND*
*CONWAY,P.C.* ~123: <u>SOUTH-BROAD-STREET,</u> SUITE~2080 :PHILADELPHIA,
:PENNSYLVANIA~19109, [:PHONE: 215~790-1010] BY THE <u>FIRST-CLASS, POSTAGE-PAID,</u>
U.S.-MAIL.
**~2~e.** FOR THIS COPY OF THESE DOCUMENTS **ARE** WITH THESE VASSALEES
**~2~f.** FOR THIS <u>CHIEF-JUDGE:</u> THOMAS-F.: HOGAN :*UNITED STATES DISTRICT COURT*
*DISTRICT OF COLUMBIA* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-
COLUMBIA~20001, [:PHONE: 202-354-3420] BY THE <u>U.S.-MAIL: 7004~2510~0001~6345~3218</u>
**~2~g.** FOR THIS VASSALEE-JUDGE: ROSEMARY-H.: COLLYER, :*UNITED STATES DISTRICT*
*COURT DISTRICT OF COLUMBIA.* ~333: <u>CONSTITUTION-AVENUE: N.W.</u> :WASHINGTON
:DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3176] BY THE <u>U.S.-MAIL: 7005~1 160~</u>
<u>0001~6124~9371.</u>
**~2~h.** FOR THE CLERK OF THE COURT: NANCY: MAYER-WHITTINGTON, :*UNITED STATES*
*DISTRICT COURT DISTRICT OF COLUMBIA.* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON
:DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3000] BY THE <u>U.S.-MAIL:</u>
<u>R.R.~763~502~881: U.S.</u>


WITH THIS AUTOGRAPH: *Kevin Gregory~ Hand:El.*
:Kevin-Gregory-Hand: El
:DATE~13/FEBRUARY~2006.

**RECEIVED**

FEB 1 7 2006

**CHAMBERS OF**
**JUDGE COLLYER**

*Let this be 239 (RMC)*
*filed RM Collyer*
*2/17/06*





FOR THE TITLE~4: Section~1,~2,~3

~13~JANURY~2006.

## IN THE UNITED STATES DISTRICT COURT /UNITY-STATES-DI-STRICT-MARKET
## IN THE CITY OF THE WASHINGTON IN THE TERRITORY OF THE *DISTRICT OF COLUMBIA*

**FOR THE STOPPAGE AND CORRECTING OF THESE WRONGS IN THE TRUTHFUL-LANGUAGE OR WITH THE VACATING OF THE FICTITIOUS-CITATION/ORDER:** CORPORATION-CASE-NUMBER~ **06-cv-0239**

FOR THE CLAIM IN THE NATURE OF THE HABEAS-CORPUS **IS** WITH THIS: C.C.~60-b, C.C.~9- b, AND: TITLE~42:U.S.C.S.~1986.

:CLAIMANT-CHIEF: Kevin-Gregory-Hand: El.
~533: SOUTH~60TH-STREET.
:PHILADELPHIA, :PENNSYLVANIA[~19143]

:VERSUS:

:ESQUIRE: Andrew-L.: Markowitz, :*MCCABE, WEISBERG AND CONWAY, P.C.*
:VASSALEE IN THE FIDUCIARY.

:*CHIEF EXECUTIVE OFFICE*: Timothy-R.: Eller, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

:*ESQUIRE*: Margaret: Gairo, :*MCCABE, WIESBERG AND CONWAY, P.C.*
:VASSALEE IN THE FIDUCIARY.

:CHAIRMAN: Laurence: Hirsch, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

FOR THE TRUTH OF THIS OATH[AFFIDAVIT] **IS** WITH THIS CLAIM OF THIS CORPORATION- CASE-TREATY-NUMBERS: R.R.~763~502~484: U.S. ON THIS DATE ~14/JUNE ~2005.

FOR THIS VASSALEE OF THE *UNITED STATES DISTRICT COURT*/UNITY-STATES-DI-STRICT MARKET, JUDGE: ROSEMARY-M.: COLLYER/Rosemary-M.: Rosemary, IN THE FIDUCIARY **IS** WITH THIS CERTIFICATION-CLAIM BY THE U.S.-MAIL: ~7005~1160~0001~6124~9371.
FOR THE CLERK OF THE COURT **IS** WITH THESE CERTIFICATION-DOCUMENTS BY THE U.S.- MAIL: R.R.~763~502~881: U.S..
FOR THE CHIEF-JUDGE: THOMAS-F.: HOGAN/Thomas-F.: Hogan OF THE *UNITED STATES DISTRICT COURT* **IS** WITH THESE CERTIFICATION-DOCUMENTS BY THE U.S.-MAIL: ~7004~2510~0001~6345~3218.

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: ~13/FEBRUARY~2006 WITH THESE David-Wynn: Miller, LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

~1 OF THE ~5

~**A.** FOR THIS <u>WITNESS-CLAIMANT</u>: Kevin-Gregory-Hand: El's-KNOWLEDGE OF THE
<u>PEACEFUL-VOLITION</u> **IS** WITH THIS CLAIM OF THE DAMAGES BY THE <u>FICTITIOUS-CONVEYANCE</u>
OF THE LANGUAGE BY THIS <u>VASSALEE-JUDGE</u>: Rosemary-M.: Rosemary.
~**B.** FOR THIS CLAIM OF THIS OATH **IS** WITH THIS **C.C.~60-b:** FOR THESE <u>FRAUDULENT-</u>
<u>LANGUAGES</u> AND <u>FICTION-LANGUAGE-FRAUDS</u>: **C.C.~9-b** BY THE JUDGE:
~**C.** FOR THIS TRUTH OF THIS OATH[AFFIDAVIT] **IS** WITH THIS CLAIM FOR THE STOPPAGE
AND CORRECTING OF THESE <u>EVIDENCE-WRONGS</u> IN THE <u>TRUTHFUL-LANGUAGE</u> OR WITH THE
VACATING OF THESE FICTION-communication AND <u>LANGUAGE-FORMAT</u> BY THIS <u>VASSALEE-</u>
JUDGE: **Rosemary-M.: Rosemary.**
~**D.** FOR THIS <u>DI-STRICT-COURT</u> OF THIS U.S.A. **IS** WITH THIS <u>ORIGINAL-JURISDICTION</u>
WITH THIS <u>TITLE~28 U.S.C.S.~1331</u>, AND WITH THIS <u>TITLE~28: U~S.C.S~1343:</u> FOR THE
<u>EQUAL-SAFEGUARD-CLAUSE</u>, AND WITH THIS <u>TITLE~4: U.S.C. ~1 & ~2 &~3:</u> FLAG OF THIS
U.S.W. FOR THE **F.R.C.P.-CLAIMS: 38 a: FOR THIS CLAIM IS WITH THE TRIAL BY THE**
**JURY,** WITH THIS **C.U.S.W.F. BY THIS CONTRACT-DUTY: 9 FOR THIS CLAIM OF THE TRIAL**
**WITH THIS TRUTH.** FOR THIS FILING OF THIS CORPORATION OF THIS CASE **IS** WITH THIS
**TITLE~28: U.S.C.S.~1869,** AND WITH THIS **TITLE~28: U.S.C.S~1361:** FOR THIS
COMPLIANCE OF THIS OBLIGATION **IS** WITH THIS DUTY OF THE OFFICE OF THE CLERK. FOR
THE COURT/MARKET WITH THIS <u>SOVEREIGN-FREEDOMS-ACT</u> **IS** WITH THIS **TITLE~28:**
**U.S.C.S.~1605.**
FOR THIS CORPORATION OF THIS CASE **IS** WITH THESE <u>NOW-TENSE-TIME</u> OF THIS
C.U.S.W.F.-CONTRACT-VESSEL WITH THIS <u>CASE-NUMBER</u>.  FOR ALL PARTIES OF THIS UNITY
**ARE** WITH THESE <u>CORPORATION-CASE-NUMBER: 06-cv-0239 AND TREATY-NUMBERS:</u>
<u>R.R.~763~796~484: U.S.</u> **ARE** WITH THIS DUTY OF THIS <u>CONTRACT-CLAIM</u> OF THESE FACTS
AND JUDGMENT WITH THE TRIAL BY THE JURY WITH THIS <u>TRUTH-NOUN</u>
WITH THIS AUTOGRAPH:
~**E.** FOR THE TERRITORY OF THE <u>DI-STRICT-COURT</u> **IS** WITH THIS LAW OF THE <u>AMERICAN-</u>
<u>FLAG</u> WITH THIS <u>CORPORATION-CASE</u> BY THIS FILING WITH THE CLERK OF THE COURTS OF
THIS <u>CORPORATION-CASE</u>. FOR THE JURISDICTION OF THIS TRUTH **IS** WITH THE <u>CHARTER-</u>
VESSEL-CONTRACT FOR THIS UNITY OF THESE PARTIES OF THIS <u>CORPORATION-CASE</u>. FOR ANY
BREACH OF THIS C.U.S.W.F.-VESSEL-CONTRACT **ARE** WITH THESE **CLAIM-SANCTIONS** FOR THE
BREACH OF THESE CLAIMS OF THIS <u>CHARTER-VESSEL</u> WITH THIS <u>TITLE~42: U.S.C.~</u>
CH.~16~12182: FOR THIS BIAS/PARTIAL THROUGH THIS BREACH OF THIS <u>TITLE~29: U.S.C.-</u>
CH~16~701~C~2: FOR THIS POLICY OF THE <u>EQUAL-ACCESS/OPENING</u> **IS** WITH THIS CLAIM FOR
THE PERJURY OF THE OATH WITH THIS <u>TITLE~18: U.S.C.S.~1621</u> WITH THE 5~YEAR~PRISON-
SENTENCE OR $: 5,000: FINE; FOR ANY BREACH OF THESE TERMS OF THIS <u>C.U.S.W.F.-</u>
CONTRACT-VESSEL **IS** FOR THE CONSTRUCTIVE-TREASON AGAINST THIS <u>C.U.S.W.F.-CONTRACT-</u>
VESSEL WITH THE 5~YEARS~PRISON-SENTENCE OR $: 5,000. :FEE-FINE, FOR THE <u>FALSE-</u>
STATEMENTS OF AN OATH. FOR THIS CLAIM OF THESE FACTS AS THESE NOUNS **ARE** WITH THIS
CORPORATION OF THIS JURISDICTION WITH THIS COURT/MARKET OF THE <u>UNITY-STATES</u> WITH
THE <u>AMERICAN-FLAG</u>. FOR THIS USE OF THESE NOUNS AS THESE VERBS OR ADJECTIVES **IS**
WITH THE <u>MAIL~FRAUD</u> WITH THE USE OF THE <u>FICTIONAL-NAME</u>, WITH THIS <u>TITLE~18:</u>
<u>U.S.C.S.~1342</u> FOR THIS USE OF THIS <u>FICTION-NAME</u> FOR THIS FRAUD OF THE COLLECTION
OF A EQUITY OR VALUE OR MONEY.
FOR THE <u>FRAUDULENT-USE</u> OF THE LANGUAGE-PROCEDURE/METHOD **IS** WITH BREACH OF THIS
<u>TITLE~18: U.S.C.S.~1001</u> WITH THE 5~YEAR~PRISON-SENTENCE - $: 5,000-FINE FOR THIS
FICTION-USE, WITH THESE NOUNS AS THESE VERBS AND AS THESE ADJECTIVES, **ARE** FOR
THIS BREACH OF THIS C.U.S.W.F.-CONTRACT-VESSEL OF THESE CLAIMS OF THIS <u>SOVEREIGN-</u>
CHARTER-VESSEL.
~**F.** FOR THIS CLAIM OF THIS <u>CHARTER-VASSEL-CONTRACT</u> **IS** WITH THIS CLAIM [NOTICE] ON
THE **PRINCIPAL** WITH THE CLAIM [NOTICE] ON THE **AGENT**, FOR THIS CLAIM [NOTICE] ON
THE **AGENT IS** WITH THE CLAIM [NOTICE] ON THE **PRINCIPAL.**

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: ~13/FEBRUARY~2006 WITH THESE David-Wynn: Miller, LANGUAGE AND
COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

~1. FOR THIS WITNESS :**Kevin~Gregory~Hand: El'**~KNOWLEDGE of these facts is with this claim OF THE LIFE AND WITH THE OF THE TRUTH-communications and LANGUAGE CLAIMs with THE/BY THE *UNITED STATES DISTRICT COURT*(sic).

~2. FOR THIS NOTICE OF THIS LAW-SUIT **IS** WITH THE CORRECTIONS OF THE VIOLATION-CITATION-FICTITIOUS/**UNINTELLIGIBLE-ORDER** with THE closed-COURT of the open-market.

~3. FOR THE VESSELS of the WRONG- CITATION -communication-method is with this claim BY THE FICTITIOUS-CONVEYANCE OF THE communications and MAIL-FRAUD.

~4. FOR THIS WITNESS WITH THE KNOWLEDGE OF THE TRUTHFUL-LANGUAGE **IS** WITH THE FILING OF THE LAW-SUIT with THE PAYING OF THIS VIOLATION IN THE TRUTH-communication of THE LAW.

~5. FOR THE TITLE~42: u.s.c.s.~1986 of this vessel **IS** WITH THE TRUTH-communication-CORRECTIONS of the FACTS with This UNITY-STATES-market.

~6. FOR THIS FILING OF THIS CLAIM **IS** WITH THIS **TITLE~42: U.S.C.S.~1986** FOR THE KNOWLEDGE OF THE LAW IN THE TRUTH AND FOR THE CORRECTION OF THE WRONGS IN THIS TRUTH-LANGUAGE-CLAIMS OF THE UNITY-STATES OF OUR WORLD-CORPORATION.

~7. FOR THE CLERK WITH THIS DUTY **IS** WITH THE APPOINTMENT/POSITION OF A JUDGE WHEN NO JUDGE WITH THE CLAIM OF THIS CONTRACT IN THIS COURT/MARKET OF THE DI-STRICT WITH THE OATH IN THE TRUTH AS A NOUN IN THIS TRUTH-JURISDICTION.

~8. FOR THE POSTMASTER-CLERK OF THE COURT **IS** WITH THE KNOWLEDGE FOR THE CONVENIENCE OF THE PLEADING WITH THE CORRECT-COPY BY THIS CLAIMANT.

~9. FOR AN *EXPARTE*-ORDER OF ANY JUDGE **IS** WITH THIS FICTION-MODIFICATION OF THE PLEADINGS WITH THE POSTMASTER-CLERK FOR THE DAMAGE OF THE TRUTHFUL-PLEADINGS WITH THE FILING OF THE LAWSUIT.

~10. FOR THE CLERK OF THE COURT **IS** WITH THE CONSPIRACY-DAMAGE BY AN ORDERS FOR THE HINDER OF A FILE/CASE/CONTRACT BY A JUDGE.

~11. FOR THE CASE WITH THE CORPORATION **IS** WITH THE *CONTINUOUS*-CLAIM WITH THE MARKET [COURT] IN THE TRUTHFUL-LANGUAGE-CLAIMS AND CAN-NOT-BE-[DISMISS OR DISCHARGE] (FOR THE "DIS"= MEANS ="NOT" IN THIS **IS** FOR THE VACATION OF THE NEGATIVE-PERFORMANCE-LAW), BY ANY PARTY OF THE CORPORATION TILL ALL PARTIES **ARE** WITH THE CLAIM. FOR THE WORD: PERPETUAL **IS** FOR THE MEANING OF THE WORD: CORPORATION. FOR THESE CLAIMS OF THESE CLOSURE-CLAUSES OF THIS C.C.~60~b **ARE** WITH THIS AUTHORITY OF THIS **TITLE~42: U.S.C.S.~1986** FOR THIS KNOWLEDGE OF THESE LAWS IN THESE :T.L.C.M.(s) WITH THESE CLAIM-CORRECTIONS OF THIS LANGUAGE-FRAUD-WRONGS BY THIS DI-STRICT-MARKET-WITNESSING-JUDGE: Kevin~Gregory~Hand: El.

~12. FOR THIS CLAIMANT WITH THIS KNOWLEDGE **IS** WITH THIS DAMAGE BY THIS VIOLATION OF THESE C.U.S.C.-TITLE~28: U.S.C.S.~2072,~2073 AND~2074 WITH THIS :**F.C.L.F.** FOR ANY LEGAL-FORCE OR FORCEMENT BY ANY :**F.C.L.F.-UNINTELLIGIBLE-ORDER** OF ANY FICTION-COURT BY THIS VASSALEE-JUDGE: Rose-M.: Collyer AGAINST THIS WITNESSING-CLAIMANT.

~13. FOR THESE FACTS OF THIS CLAIM **ARE** WITH THESE EXHIBITS/FACTS~M-1-THROUGH~O-1, ON THIS DATE~13/FEBRUARY~2006, AS THE CLAIM OF THE EXHIBITS/FACTS FOR THE CORRECTION BY THE **UNITED STATES FEDERAL STYLES MANUAL[sic]**.

~14. FOR THESE CORRECTIONAL-WRONG **ARE** WITH THESE CASE-SITE OF THE *UNITED STATES DISTRICT COURT[SIC]* **[SANDERS vs. ENGLISH 950 FED 2**ⁿᵈ WITH THIS MARITIME-USERY IN THIS FICTION-LANGUAGE-CLAIM [STUDY IN THIS FICTION] ]WITH THE CROSS-SUPPORT OF OVER 1800-OTHER-CASES.]

~15. FOR THIS WITNESS'-KNOWLEDGE OF THESE FACTS **IS** WITH THE ASKING OF THE VASSALEE-JUDGE: Rosemary-M.: Rosemary OF THE market[COURT] FOR THE CORRECTIONS OF THIS CLAIM BY THIS DATE **~17/FEBRUARY ~2006 IN THE ~03 DAYS.**

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: ~13/FEBRUARY~2006 WITH THESE David~Wynn: Miller, LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY~STATES OF OUR WORLD-CORPORATION.

:**TERM**:
:**[SIC]** = FOR THIS COPY OF THIS <u>ORIGINAL-TEXT</u> **IS** FOR THIS CLAIM OF THE COMMUNICATION WITH THIS <u>OPINION/PRESUMPTION/ASSUMPTION/APARTHEID/ILLUSION/MYSTIC /PHANTOM/SPEC/FICTION/MODIFICATION</u>.
:**U.S.C.S.** = FOR THIS <u>UNITY-STATES-CLAIMS-SECTION</u> = :CORRECTION OF THE TITLES OF THE UNITED-STATES-CODES OF THE <u>FICTION-FORMAT</u>.
:**C.U.S.C.** = WITH THIS **C**ONSTITUTION OF THESE <u>UNITY-STATES-CLAIM</u>.
:**F.R.C.P.** = FEDERAL RULE OF CIVIL PROCEDURES. = <u>FICTION-FORMAT</u>.
:**COURT** = WITH THE VOID, CLOSED-AREA.
:**FICTION** = FOR THIS COMMUNICATION WITH THIS SPECT/MODIFICATION /OPINION /PRESUMPTION/ASSUMPTION/ILLUSION/MISTIC/GUESS/ LIE/ PERJURY/AND PHANTUM.
:**MARKET** = FOR AN **OPEN-AREA** OF THE COMMERCE, CONTRACT AND COMMUNICATIONS BY THE PUBLIC.
:**T.L.C.M.** = :**T**RUTH-LANGUAGE AND **C**OMMUNICATIONS-METHOD.
:**F.C.L.F.** = FOR THIS <u>FICTION-COMMUNICATION</u> AND <u>LANGUAGE-FORMAT</u>.
:**C.U.S.W.F.** = FOR THE **C**ONSTITUTION OF THE <u>UNITY-STATES</u> IN THIS <u>WORLD-FLAG</u>.
:**U.S.** = FOR THESE <u>UNITY-STATES</u>.
:**UNITY-STATES** = WITH THIS CORPORATION OF THESE PARTIES WITH THIS <u>CONTRACT-DUTY</u>.
:**STATE** = FOR THIS PARTY OF THIS CONTRACT **IS** WITHIN THE TERRITORY OF THE MARKET- [COURT] :PARTY OF THIS THINKING, :PARTY OF THIS LIFE, :CITIZEN OF THIS CONTRACT, :FOR THESE PEOPLE OF THIS CONSTITUTION WITH THESE **UNITY-STATES OF OUR WORLD-CORPORATION**.
:**C.C.** = FOR THIS **CIVIL CLAIM**.
:**VASSALEE** = FOR THIS EMPLOYEE AS THIS SERVANT.
:**VESSEL** = FOR THIS CLAIM OF THIS THINKING, THOUGHT, MINISTRATOR, BARRISTER, BILLS OF THESE LADINGS. CITIZEN, CLERK, COURT [SIC], CRIMINAL, CUSTODIAN, DEFENDANT [SIC], DOCUMENT, FILE, HARBOR, ITEM, JUDGE, MAGISTRATE, MAIL, MANAGER, MASTER, OFFICER [SIC], ORGANIZATION, OWNER, PAPER, PEOPLE, PERSON, PLAINTIFF [SIC], PLEADER, PLEADING, THING, PORT, SECRETARY, SOVEREIGN, STAFF, STATE, TENANT, STRAW-MAN, TERRITORY, WARRANT AND WITNESS.
:**CLAIMANT** = FOR THIS VESSEL-BODY-THINKING WITH A CONTRACT-CLAIM.
:**CONTRACT** = FOR THIS CLAIM OF THIS CORPORATION WITH ANY TWO OR MORE-VESSELS OF ANY JOINER WITH THIS TREATY OF THESE JOINT-TENANTS WITH THESE UNITY-STATES.
:**DI-STRICT-MARKET***[COURT]* = :ORIGINAL-AUTHORITY :<u>AUTHORITY-JURISDICTIONAL-MARKET*[-*</u> *COURT]* IN THE :**T.L.C.M.**
:**DI-STRICT-COURT-CLERK** = FOR THIS CLAIM OF THIS DI=ORIGINAL WITH THIS STRICT=AUTHORITY OF THIS COURT=LOCATION WITH THIS CLERK=KNOWLEDGE OF ALL METHODS WITH ALL COURT-FILINGS OF THIS AUTHORIZATION BY THIS <u>TREATY-TRUST</u>.
:**DI-STRICT-COURT-JUDGE** = FOR THIS CLAIM OF THIS DI=ORIGINAL WITH THIS STRICT=AUTHORITY OF THIS COURT=LOCATION WITH THIS JUDGE=KNOWLEDGE AND JUDGMENT-CLAIM-POSITIONS OF THIS AUTHORIZATION BY THIS TREATY-TRUST.
:**CHARTER-VESSEL** = WITH THIS THINKING BY THIS VOLITION WITH THIS KNOWLEDGE **IS** WITH THIS CLAIM OF THIS CONTRACT WITH THESE <u>PARTY'S-LIFEBIRTH/CITIZEN'S-LIFEBIRTH/ PERSON/CHARTER-VESSEL-CORPORATION</u> WITHIN THIS <u>CORPORATION-CASE-CLAIM</u>.

:*ARTICLE* = AILING. FOR THE VOWEL WITH THE <u>TWO-CONSONANTS-FOLLOWING</u> = <u>NO-CONTRACT</u>. FOR THE CORRECTION OF THE <u>ARTICLE-POSITION-METHOD-LOCATION</u> IS WITH THE CLAIM OF THE WORD: "LODIO".

:**LODIO** :SPECIFIC = **A, AN, THE, THIS, THESE, OUR**.

:**AILING** = :CORRUPTION OF THE <u>ORIGINAL-TITLE</u>, <u>VOID-OWNER</u>.

:<u>KNOWN</u> = **FACT (LINE OVER THE OW=COMPOND-VOWEL = ORIGINAL-<u>LODIO-JURISDICTION</u>), LODIO-ORIGIN-OWNER.**

NOUN = NO-NO, *ARTICLE* = VOWEL WITH 2 CONSONANTS = NO-CONTRACT = AILING.

:**PREPOSITION = PRE** = <u>NO-KNOWN-TIME-JURISDICTION</u> OF THE <u>POSITION</u>.

:**POSITION** = FOR THESE TERMS OF THE FACTS **ARE** WITH THESE CLAIMS OF THESE <u>VOTING-COMPLIANCES</u>-**LOCATION-METHOD OF THIS RULE OF THE COMMUNICATIONS (A"B,C,D,E,-ETC, OF THE SPELLING)**.

:<u>POSITION-LODIO-FACT</u> = FOR THIS <u>METHOD-CREATION</u> OF THE <u>EACH-KNOWN-WORD</u> **IS** WITH THIS CLAIM OF THE <u>ONE-VERB-THINKING</u> WITH THE <u>EACH-SENTENCE</u> BY THIS AUTHOR.

:**SENTENCE = FOR THE CAUSE OF THE KNOWLEDGE IS/ARE=THINKING-VERB WITH THE POSSESSION BY THE AUTHORTIY.**

:**COPY-CLAIM** = FOR THIS CLAIM OF THIS <u>COPY-PUBLICATION</u> WITH THIS AUTHORITY OF THE OWNERSHIP BY THIS AUTHOR.

:**VOLITION** = FOR THIS CLAIM OF THIS KNOWLEDGE WITH THIS USE BY THIS PERSON'S-WILL.

:<u>R.R.</u>= FOR THIS CLAIM OF THIS [RE]GISTRATION/LOG **IS** WITH THIS CLOSURE OF THIS [RE]GISTER/JOURNAL.

:<u>WRONG</u> = FOR THIS CLAIM OF THIS VIOLATION OR DAMAGE WITH THIS CONVEYANCE OF THIS COMMUNICATION-KNOWLEDGE.

:**Chief-Consul** = FOR THIS AMBASSADOR OF THE <u>SOVEREIGN-WASHITA-MUUR/PARTY/VESSEL</u> **IS** WITH THIS <u>PRIVATE-DIPLOMATIC-RIGHTS</u> BY THE <u>Unity-Washitaw-de-Dugdahmoundyah</u>.

:<u>SOVEREIGN-WASHITA-MUUR</u> = FOR THIS **DIGENOUS-ABORIGINAL-[DES]CENDANT** OF THIS LAND :<u>ANCIENT-MOUND-BUILDERS</u>, **Unity-Washitaw-de-Dugdahmoundyah**: <u>U.N.~215-93</u>.

:<u>PREPOSITIONAL-PHRASE</u> **WITH THE** <u>MATH-CLAIMS</u>

FOR THE VASSALEES WITH THIS KNOWLEDGE **ARE** WITH THESE CLAIMS OF THESE <u>TRUTHFUL-LANGUAGE-CLAIMS</u> WITH THESE TRUTHS WITH THIS <u>FIRSTHAND-KNOWLEDGE</u> OF THESE FACTS.

FOR THE **AUTHORIZE-TRUSTEE-WITNESS**' OF THE **K.G.H.-TRIBAL-TRUST** AS THE <u>SOVEREIGN-WASHITA-MUUR /PARTY /VESSEL</u> **IS** WITH THIS OATH OF THE <u>TRUTHFUL-LANGUAGE</u> AND communications-CLAIMS WITH THE <u>FIRSTHAND-KNOWLEDGE</u> OF THESE FACTS.

*Kevin-Gregory-Hand: El.*

:WITNESSING-CHIEF: Kevin-Gregory-Hand: El.
:AUTOGRAPH/:COPYCLAIM/:COPYRIGHTS~2006.
:DATE: 13/FEBRUARY~2006.

:AUTOGRAPH: /S/ :CHIEF: Anthony-Lee-Wilson: Bey, AS THE-<u>K.G.H.-TRIBAL-TRUSTEE</u>.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

:AUTOGRAPH: /S/ :CHIEF: Nanya-Zakur: El, AS THE <u>K.G.H.-TRIBAL-TRUSTEE</u>.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CHIEF-KEVIN-GREGORY-HAND: EL,  )
                               )
  Plaintiff,                   )
                               )
        v.                     )    Civil Action No. 06-239 (RMC)
                               )
ANDREW L. MARKOWITZ, *et al.*, )
                               )
  Defendants.                  )
                               )

## ORDER

On February 8, 2006, Plaintiff "Chief-Kevin-Gregory-Hand: El," proceeding *pro se*, filed a complaint styled partly as a petition for a writ of habeas corpus and partly as a claim under 42 U.S.C. § 1986 and various other sections of the U.S. Code. Named as Defendants are Andrew Markowitz and Margaret Gairo of the Philadelphia-based law firm McCabe, Weisberg & Conway, P.C., and Timothy Eller and Laurence Hirsch, the CEO and Chairman, respectively, of Centex Home Equity. Although the complaint itself is literally incomprehensible, the Court gathers from the documents appended thereto that the dispute is somehow related to a prior suit brought by Plaintiff in the Eastern District of Pennsylvania, in which the McCabe firm represented Centex Home Equity.

Plaintiff, who lists his address as 533 South 60th Street, Philadelphia, Pennsylvania 19143, does not appear to be in custody, and the Court is simply unable to decipher either the nature of his claims or the relief he requests. For example, the substance of his complaint begins:

"**CONTRACT-DUTY ~1**: FOR THESE <u>TRUTH-CLAIMS</u> OF THIS PARTY'S-KNOWLEDGE

ARE WITH THESE <u>LANGUAGE AND COMMUNICATION-CLAIMS</u> OF THESE <u>POSITION-

LODIO-FACT</u> [prepositional-phrase]-CONTRACT-DUTIES AND VERB-THINKING WITH THIS

CONVEYANCE OF THIS **T.L.C.M.-TREATY**." Complaint at 3 (emphasis and brackets in original). Likewise, in his prayer for relief, Plaintiff refers to "THE FICTITIOUS-CONVEYANCE OF THESE COMMUNICATIONS FOR THE CONTINOUS OF THE EVIDENCE IN THE FICTION WITH THE COLOR OF THE LAW BY THESE VASSALEES," and demands as damages twenty million dollars in 99.9% pure silver bullion. *Id.* at 10 (emphasis in original).

Federal Rule of Civil Procedure 8 requires that every complaint include "a short and plain statement of the claim showing that the pleader is entitled to relief" and that "each averment of a pleading be simple, concise, and direct." Fed. R. Civ. P. 8(a), (e)(1). Federal Rule of Civil Procedure 41(b) permits the Court to dismiss either a claim or an action because of the plaintiff's failure to comply with the Federal Rules "or any order of [the] court." Fed. R. Civ. P. 41(b); *Ciralski v. CIA*, 355 F.3d 661, 669 (D.C. Cir. 2004). Dismissal under Rule 8 " 'is usually reserved for those cases in which the complaint is so confused, ambiguous, vague, or otherwise unintelligible that its true substance, if any, is well disguised.' " *Ciralski*, 355 F.3d at 670 n.9 (quoting *Simmons v. Abruzzo*, 49 F.3d 83, 86 (2d Cir. 1995)). This is such a case. Plaintiff's complaint is insufficiently clear to put defendants on notice of the claims against them and, even under the liberal "notice pleading" standards of the Federal Rules, fails to articulate a comprehensible legal or factual basis for relief. *See Karim-Panahi v. U.S. Congress*, 105 Fed. Appx. 270, 274 (D.C. Cir. 2004) (unpublished). For these reasons, it is hereby

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 8 and 41, this action is *sua sponte* **DISMISSED** without prejudice; and it is

**FURTHER ORDERED** that Plaintiff shall have until **March 10, 2006**, to file an amended complaint that corrects the deficiencies addressed in this order. If Plaintiff fails to refile

2

*(handwritten annotations throughout, including: "Continuance - Broke (c-b)", "Continuance - Broke (-c-b)")*

*(handwritten at bottom)* For this showing of this claim of the fact is with this Page: ~ N-1.

a compliant pleading by that deadline, this action will be dismissed with prejudice.

**SO ORDERED.**


Date: February 10, 2006

_____ /s/ _____

ROSEMARY M. COLLYER
United States District Judge


Copies to:

Chief-Kevin-Gregory-Hand: El
533 South 60th Street
Philadelphia, PA 19143

Andrew L. Markowitz
McCabe, Weisberg & Conway, P.C.
Suite 2080
123 South Broad Street
Philadelphia, PA 19109


:CORRECTION:
:[PRE]POSITIONAL-PHRASE-FACTS WITH THE QUANTUM-MATH-CLAIMS.
:dpv = dangalin-participle-verb=fiction, for the void of the facts is with the claim
by the modification with the writing-communication and with the terms by the author.
~1 = ADVERB=modification=no-contract = FICTION
~2 = VERB=action-thinking=IS=SINGULAR, ARE=PLURAL
~3 = ADJECTIVE=no-contract= :color of the fact.
~4 = PRONOUN = pro=no, no=no, un=no, NO-FACT
~5 = PREPOSITION=pre = no, position=contract correction:
rules, vote, methods=POSITION-LODIEO-FACT = KNOWN
~6 = ARTICLE=no-contract=ailing-corruption
from the beginning, CORRECTION=LODIEO=OWNERSHIP FROM THE BEGINNING, ORIGINAL-
JURISDICTION.
~7 = NOUN = no-no, correction "FACT" =KNOWN
(WITH A LINE OVER THE "OW". =LODIEO
~8 = PAST-TENSE = FICTION-TIME
~9 = FUTURE-TENSE=FICTION-TIME
~0 = CONJUNCTION=AND, OR

___= UNDERLINE-PREFIX=NO=DE, DIS, RE, PRO IN, PRO, AP, PRE

FOR THE TERM OF THE BOXING=[ ] IS WITH THE CLAIM OF THE VOIDANCE WITH THE FACTS INSIDE
THIS BOX OR BRACKET=[ ].

FOR THE PRO SE=PRO=NO, SE=SSPEEK, WITH THE VOID-WORDS BY THE ITALIC-SPELLING FOR THE
VACANT OF THE WORDS.

FOR THIS CORRECTION OF THIS VERB-FICTION-ORDER IS WITH THIS
KNOWLEDGE BY THE TRUTH-COMMUNICATION-METHOD.

:Date = 13/February 2006.          3

:Kevin-Gregory-Hand: El.

For this showing of this claim of the fact is with this Page: ~ 0-1.




:TITLE~4: Section~1,~2,~3: COPYCLAIM~2006

~13~FEBRUARY~2006.
## IN THE UNITED STATES DISTRICT COURT /UNITY-STATES-DI-STRICT-MARKET
## IN THE CITY OF THE WASHINGTON IN THE TERRITORY OF THE *DISTRICT OF COLUMBIA*

### FOR THIS CERTIFICATE OF THIS SERVICE.
### :CORPORATION-CASE-NUMBER: 06-cv-0239:

:CLAIMANT-CHIEF: Kevin-Gregory-Hand: El.

:VERSUS:

:ESQUIRE: Andrew-L.: Markowitz, *:MCCABE, WEISBERG AND CONWAY, P.C.*
:VASSALEE IN THE FIDUCIARY.

*:CHIEF EXECUTIVE OFFICE:* Timothy-R.: Eller, *:CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

:ESQUIRE: Margaret: Gairo, *:MCCABE, WIESBERG AND CONWAY,P.C.*
:VASSALEE IN THE FIDUCIARY.

:CHAIRMAN: Laurence: Hirsch, *:CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

**FOR THIS CORPORATION OF THE TREATY-CASE-NUMBERS: R.R.~763~502~484: U.S.**
**ON THIS DATE ~14-JUNE~2005.**

FOR THIS WITNESS'S-KNOWLEDEGE OF THIS CORPORATION-CONTRACT FOR THIS CERTIFICATION
OF THIS SERVICE ON THIS DATE OF THE **~13/FEBRUARY~2006 ARE** WITH THE CORRECT-COPY
OF THESE DOCUMENTS BY THE U.S.-MAIL.
FOR THE FILING WITH THE CLERK OF THE COURT **ARE** WITH THESE CLAIMS WITH THE FORM OF
THIS SERVICE IN THIS TRUTH-LANGUAGE-FORMAT.
~1. FOR THIS *CHIEF EXCUTIVE OFFICER:* TIMOTHY-R.: ELLER, *CENTEX HOME EQUITY.*
~2728: SOUTH-HARWOOD-STREET. :DALLAS, :TEXAS ~75201, OF THIS KNOWLEDGE **ARE** WITH
THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE
C.C.~60-b, C.C.~9-b, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS,
POSTAGE-PAID, U.S.-MAIL.
~2. FOR THIS VASSALEE: *Attorney-*MARGARET: GAIRO, *:MCCABE, WIESBERG AND
CONWAY,P.C.* ~123: SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA,
:PENNSYLVANIA~19109, [:PHONE: 215-790-1010] OF THIS KNOWLEDGE **ARE** WITH THESE
DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b,
C.C.~9-b,  AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-
PAID, U.S.-MAIL.
~3. FOR THIS VASSALEE: LAURENCE: HIRSCH, *:CENTEX HOME EQUITY.* ~2728: SOUTH-
HARWOOD-STREET, :DALLAS, :TEXAS ~75201, [:PHONE: 214-981-6811] OF THIS KNOWLEDGE
**ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH
THESE C.C.~60-b, C.C.~9-b, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-
CLASS, POSTAGE-PAID, U.S.-MAIL.

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: FEBRUARY~13~2006 WITH THESE David-Wynn: Miller,
:LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

~4. FOR THIS VASSALEE: *Attorney*-ANDREW-L.: MARKOWITZ, :*MCCABE, WIESBERG AND CONWAY,P.C.* ~123: SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA, :PENNSYLVANIA~19109, [:PHONE: 215-790-1010] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.

~5. FOR THIS CHIEF-JUDGE: THOMAS-F.: HOGAN :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3420] OF THIS KNOWLEDGE **ARE** WITH THESE CERTIFICATION-DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, WITH THESE CONNECTIONS *[ATTACHMENTS]*~M-1 -THROUGH~O-1, AS THE CLAIM OF THE FACTS*(EXHIBITS)*, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE U.S.-MAIL: 7004~2510-0001~6345-3218.

~6. FOR THIS VASSALEE-JUDGE: ROSEMARY-H.: COLLYER, :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA.* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3176] OF THIS KNOWLEDGE **ARE** WITH THESE CERTIFICATION-DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, WITH THESE CONNECTIONS *[ATTACHMENTS]*~M-1 -THROUGH~O-1, AS THE CLAIM OF THE FACTS*(EXHIBITS)*, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE U.S.-MAIL: 7005~1160~0001~6124~9371.

~7. FOR THE CLERK OF THE COURT: NANCY: MAYER-WHITTINGTON, :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA.* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3000] OF THIS KNOWLEDGE **ARE** WITH THESE CERTIFICATION-DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, WITH THESE CONNECTIONS *[ATTACHMENTS]*~M-1 -THROUGH~O-1, AS THE CLAIM OF THE FACTS*(EXHIBITS)*, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE U.S.-MAIL: R.R.~763~502~881: U.S.

FOR THE **AUTHORIZE-TRUSTEE-WITNESS'** OF THE **K.G.H.-TRIBAL-TRUST** AS THE SOVEREIGN-WASHITA-MUUR /PARTY /VESSEL **IS** WITH THIS OATH OF THE TRUTHFUL-LANGUAGE AND communications-CLAIMS WITH THE FIRSTHAND-KNOWLEDGE OF THESE FACTS.

*in-Gregory-Hand:El*

:AUTOGRAPH: WITNESSING-CHIEF: Kevin-Gregory-Hand: El.
~333: SOUTH~60th-STREET.
:PHILADELPHIA, :PENNSYLVANIA[~19143]
[:PHONE: 215-472-1136]
:DATE~13/FEBRUARY~2006


:AUTOGRAPH: /S/ :WITNESSING-CHIEF: Anthony-Lee-Wilson: Bey.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

:AUTOGRAPH: /S/ :WITNESSING-CHIEF: Nanya-Zakur: El.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.


FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: FEBRUARY~13~2006 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.