UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CHIEF-KEVIN-GREGORY-HAND: EL, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 06-239 (RMC) |
| ANDREW L. MARKOWITZ, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

On February 10, 2006, the Court, pursuant to Federal Rules of Civil Procedure 8 and 41, *sua sponte* dismissed Plaintiff's complaint as "so confused, ambiguous, vague, or otherwise unintelligible that its true substance, if any, is well disguised." *See* 2/10/06 Order [Dkt. #2] at 2 (quoting *Ciralski v. CIA*, 355 F.3d 661, 670 n.9 (D.C. Cir. 2004)). That dismissal was without prejudice. The Court permitted Plaintiff to file an amended complaint to correct these deficiencies, but cautioned that the failure to file a compliant pleading would result in dismissal with prejudice. *See id.* at 3. Plaintiff promptly filed an amended complaint on February 17, 2006; however, the amended complaint is, unfortunately, no more comprehensible than the original one.

Accordingly, for the reasons set forth more fully in the Court's February 10, 2006, Order, it is hereby

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 8 and 41, this action is *sua sponte* **DISMISSED** with prejudice; and it is

**FURTHER ORDERED** that this case shall be closed and removed from the docket of this Court. This is a final, appealable order.

**SO ORDERED**.

Date: April 12, 2006                                          /s/
                                                      ROSEMARY M. COLLYER
                                                      United States District Judge

Copies to:

Chief-Kevin-Gregory-Hand: El
533 South 60th Street
Philadelphia, PA 19143

Andrew L. Markowitz
McCabe, Weisberg & Conway, P.C.
Suite 2080
123 South Broad Street
Philadelphia, PA 19109