


FOR THE TITLE~4: Section~1,~2,~3

~17~APRIL~2006.
IN THE UNITED STATES DISTRICT COURT /UNITY-STATES-DI-STRICT-MARKET
IN THE CITY OF THE WASHINGTON IN THE TERRITORY OF THE *DISTRICT OF COLUMBIA*

**FOR THE STOPPAGE AND CORRECTING OF THESE WRONGS IN THE TRUTHFUL-LANGUAGE OR WITH THE VACATING OF THE FICTITIOUS-CITATION/ORDER: CORPORATION-CASE-NUMBER~ 06-cv-0239**

FOR THE CLAIM IN THE NATURE OF THE HABEAS-CORPUS IS WITH THIS: C.C.~60-b, C.C.~9-b, AND: TITLE~42:U.S.C.S.~1986.

:CLAIMANT-CHIEF: Kevin-Gregory-Hand: El.
~533: SOUTH~60TH-STREET.
:PHILADELPHIA, :PENNSYLVANIA[~19143]

:VERSUS:

:ESQUIRE: Andrew-L.: Markowitz, :*MCCABE, WEISBERG AND CONWAY, P.C.*
:VASSALEE IN THE FIDUCIARY.

:*CHIEF EXECUTIVE OFFICE*: Timothy-R.: Eller, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

:ESQUIRE: Margaret: Gairo, :*MCCABE, WIESBERG AND CONWAY, P.C.*
:VASSALEE IN THE FIDUCIARY.

:CHAIRMAN: Laurence: Hirsch, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

**RECEIVED**
APR 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FOR THE TRUTH OF THIS OATH[AFFIDAVIT] IS WITH THIS CLAIM OF THIS CORPORATION-CASE-TREATY-NUMBERS: R.R.~763~502~484: U.S. ON THIS DATE ~14/JUNE ~2005.

FOR THESE CLAIMS OF THE TRIAL **ARE** WITH THESE CLAIMS OF THIS LOCATION OF THIS TWELVE-PARTY-JURY AND MARITIME-COMMISSION WITH THIS COMPLIANCE OF THIS KMOWLEDGE WITH THESE T.L.C.?S WITH THESE AUTHORIZATIONS BY THESE TREATIES

FOR THIS VASSALEE OF THE *UNITED STATES DISTRICT COURT*/UNITY-STATES-DI-STRICT MARKET, JUDGE: ROSEMARY-M.: COLLYER/Rosemary-M.: Collyer, IN THE FIDUCIARY **IS** WITH THIS CERTIFICATION-CLAIM BY THE U.S.-MAIL:~0304~0370~0000~7530~7454.
FOR THE CLERK OF THE COURT **IS** WITH THESE CERTIFICATION-DOCUMENTS BY THE U.S.-MAIL: R.R.~763~503~184: U.S.: U.S..
FOR THE CHIEF-JUDGE: THOMAS-F.: HOGAN/Thomas-F.: Hogan OF THE *UNITED STATES DISTRICT COURT* **IS** WITH THESE CERTIFICATION-DOCUMENTS BY THE U.S.-MAIL: ~0305~2710~0001~3252~9826.

:TERM:
:[SIC] = FOR THIS COPY OF THIS ORIGINAL-TEXT IS FOR THIS CLAIM OF THE COMMUNICATION WITH THIS *OPINION/PRESUMPTION/ASSUMPTION/APARTHEID/ILLUSION/MYSTIC /PHANTOM/SPEC/FICTION/MODIFICATION*.
:CONTRACT-CLAIM~9: FOR THESE CLAIMS OF THIS TRIAL IS WITH THE-TWELVE-12 PARTY-JURY WITH THIS KNOWLEDGE OF THIS T.L.C.-CLAIM.
:U.S.C.S. = FOR THIS UNITY-STATES-CLAIMS-SECTION = :CORRECTION OF THE TITLES OF THE UNITED-STATES-CODES OF THE FICTION-FORMAT.
:C.U.S.C. = WITH THIS CONSTITUTION OF THESE UNITY-STATES-CLAIM.
:F.R.C.P. = FEDERAL RULE OF CIVIL PROCEDURES. = FICTION-FORMAT.
:COURT = WITH THE VOID, CLOSED-AREA.
:FICTION = FOR THIS COMMUNICATION WITH THIS SPECT/MODIFICATION /OPINION /PRESUMPTION/ASSUMPTION/ILLUSION/MISTIC/GUESS/ LIE/ PERJURY/AND PHANTOM.
:MARKET = FOR AN OPEN-AREA OF THE COMMERCE, CONTRACT AND COMMUNICATIONS BY THE PUBLIC.
:T.L.C.M. = :TRUTH-LANGUAGE AND COMMUNICATIONS-METHOD.
:F.C.L.F. = FOR THIS FICTION-COMMUNICATION AND LANGUAGE-FORMAT.
:C.U.S.W.F. = FOR THE CONSTITUTION OF THE UNITY-STATES IN THIS WORLD-FLAG.
:U.S. = FOR THESE UNITY-STATES.
:UNITY-STATES = WITH THIS CORPORATION OF THESE PARTIES WITH THIS CONTRACT-DUTY.
:STATE = FOR THIS PARTY OF THIS CONTRACT IS WITHIN THE TERRITORY OF THE MARKET-[COURT] :PARTY OF THIS THINKING, :PARTY OF THIS LIFE, :CITIZEN OF THIS CONTRACT, :FOR THESE PEOPLE OF THIS CONSTITUTION WITH THESE UNITY-STATES OF OUR WORLD-CORPORATION.
:C.C. = FOR THIS CIVIL CLAIM.
:VASSALEE = FOR THIS EMPLOYEE AS THIS SERVANT.
:VESSEL = FOR THIS CLAIM OF THIS THINKING, THOUGHT, MINISTRATOR, BARRISTER, BILLS OF THESE LADINGS. CITIZEN, CLERK, COURT [SIC], CRIMINAL, CUSTODIAN, DEFENDANT [SIC], DOCUMENT, FILE, HARBOR, ITEM, JUDGE, MAGISTRATE, MAIL, MANAGER, MASTER, OFFICER [SIC], ORGANIZATION, OWNER, PAPER, PEOPLE, PERSON, PLAINTIFF [SIC], PLEADER, PLEADING, THING, PORT, SECRETARY, SOVEREIGN, STAFF, STATE, TENANT, STRAW-MAN, TERRITORY, WARRANT AND WITNESS.
:CLAIMANT = FOR THIS VESSEL-BODY-THINKING WITH A CONTRACT-CLAIM.
:CONTRACT = FOR THIS CLAIM OF THIS CORPORATION WITH ANY TWO OR MORE-VESSELS OF ANY JOINER WITH THIS TREATY OF THESE JOINT-TENANTS WITH THESE UNITY-STATES.
:DI-STRICT-MARKET*[COURT]* = :ORIGINAL-AUTHORITY :AUTHORITY-JURISDICTIONAL-MARKET*[-COURT]* IN THE :T.L.C.M.
:DI-STRICT-COURT-CLERK = FOR THIS CLAIM OF THIS DI=ORIGINAL WITH THIS STRICT=AUTHORITY OF THIS COURT=LOCATION WITH THIS CLERK=KNOWLEDGE OF ALL METHODS WITH ALL COURT-FILINGS OF THIS AUTHORIZATION BY THIS TREATY-TRUST.
:DI-STRICT-COURT-JUDGE = FOR THIS CLAIM OF THIS DI=ORIGINAL WITH THIS STRICT=AUTHORITY OF THIS COURT=LOCATION WITH THIS JUDGE=KNOWLEDGE AND JUDGMENT-CLAIM-POSITIONS OF THIS AUTHORIZATION BY THIS TREATY-TRUST.
:CHARTER-VESSEL = WITH THIS THINKING BY THIS VOLITION WITH THIS KNOWLEDGE IS WITH THIS CLAIM OF THIS CONTRACT WITH THESE PARTY'S-LIFEBIRTH/CITIZEN'S-LIFEBIRTH/ PERSON/CHARTER-VESSEL-CORPORATION WITHIN THIS CORPORATION-CASE-CLAIM.
:COPY-CLAIM = FOR THIS CLAIM OF THIS COPY-PUBLICATION WITH THIS AUTHORITY OF THE OWNERSHIP BY THIS AUTHOR.
:VOLITION = FOR THIS CLAIM OF THIS KNOWLEDGE WITH THIS USE BY THIS PERSON'S-WILL.
:R.R.= FOR THIS CLAIM OF THIS [RE]GISTRATION/LOG IS WITH THIS CLOSURE OF THIS [RE]GISTER/JOURNAL.

:**WRONG** = FOR THIS CLAIM OF THIS VIOLATION OR DAMAGE WITH THIS CONVEYANCE OF THIS COMMUNICATION-KNOWLEDGE.
:**Chief-Consul** = FOR THIS AMBASSADOR OF THE SOVEREIGN-WASHITA-MUUR/PARTY/VESSEL **IS** WITH THIS PRIVATE-DIPLOMATIC-RIGHTS BY THE Unity-Washitaw-de-Dugdahmoundyah.
:**SOVEREIGN-WASHITA-MUUR** = FOR THIS **DIGENOUS-ABORIGINAL-[DES]CENDANT** OF THIS LAND
:ANCIENT-MOUND-BUILDERS, **Unity-Washitaw-de-Dugdahmoundyah**: U.N.~215-93.
:**PREPOSITIONAL-PHRASE WITH THE MATH-CLAIMS**

~A. FOR THIS WITNESS-CLAIMANT: Kevin-Gregory-Hand: El's-KNOWLEDGE OF THE PEACEFUL-VOLITION **IS** WITH THIS CLAIM OF THE DAMAGES BY THE FICTITIOUS-CONVEYANCE OF THE LANGUAGE BY THIS VASSALEE-JUDGE: Rosemary-M.: Rosemary.
~B. FOR THIS CLAIM OF THIS OATH IS WITH THIS **C.C.~60-b**: FOR THESE FRAUDULENT-LANGUAGES AND FICTION-LANGUAGE-FRAUDS: C.C.~9-b BY THESE VASSALEE-JUDGE: Rosemary-M.: Rosemary.
~C. FOR THIS TRUTH OF THIS OATH[AFFIDAVIT] IS WITH THIS CLAIM FOR THE STOPPAGE AND CORRECTING OF THESE EVIDENCE-WRONGS IN THE TRUTHFUL-LANGUAGE OR WITH THE VACATING OF THESE FICTION-COMMUNICATION AND LANGUAGE-FORMAT BY THIS VASSALEE-JUDGE: Rosemary-M.: Rosemary.
~D. FOR THIS CLAIM OF THIS OATH **IS** WITH THIS **SUPERVISORY-CONTROL** OF THE REVIEWING/CERTIORARI OF THE FICTITIOUS-ORDERS AND FOR THE **WILLFUL-DISREGET** OF THE LAW BY THE OFFICER/VASSALEES OF THE (COURT)-MARKET/PORT.
~E. FOR THIS TRUTH OF THIS OATH[AFFIDAVIT] **IS** WITH THIS NOTICE/CLAIM OF THE CORRECTION OF THIS CLAIMANT-IDENTIFICATION BY THIS **TITLE~42: U.S.C.S.~1986**.
~F. FOR THIS CLAIM OF THIS CHARTER-VASSEL-CONTRACT **IS** WITH THIS CLAIM[NOTICE] ON THE **AGENT** AND ON THE **PRINCIPAL**.
~1. FOR THIS CORRECTION OF THE KNOWN-IDENTIFICATION: Kevin-Gregory: Hand IS WITH THIS CHANGE OF THE KNOWN-IDENTIFICATION WITH THIS TRIBAL-KNOWN-IDENTIFICATION: Kevin-Gregory-Hand: El BY THE NATIONALITY-CHARTER-VASSEL-CONTRACT, K.G.H. TRIBAL-TRUST.
~2. FOR THIS NOTICE OF THIS LAW-SUIT **IS** WITH THE CORRECTIONS OF THE VIOLATION-FICTITIOUS/**UNINTELLIGIBLE-ORDER** with THE closed-COURT of the open-market.
~3. FOR THE VESSELS of the WRONG-CITATION -communication-method is with this claim BY THE FICTITIOUS-CONVEYANCE OF THE communications and MAIL-FRAUD.
~4. FOR THE MODIFICATION OF THESE FACTS(KNOWN) **ARE** WITH THE BREACH OF THIS TRUTH-VESSEL-CONTRACT FOR THE CAUSE OF AN ACT WITH THE VOLITION OF A PERJURY: TITLE~18: U.S.C.S.~1621 IN THIS CASE.
~5. FOR THIS CLAIMANT BY THIS OATH **IS** WITH THIS F.R.C.P~38~a FOR THE SUPPORT OF THE JURISDICTION OF THE TRUTH-NOUN, IN AN ACTION BY **THE SCHEDULING OF THE TRIAL BY JURY** WITH THE C.C.~38~a AND THE :**C.U.S.W.F.**-CONTRACT :CONTRACT-CLAIM-NINE FOR THE TRIAL BY THE JURY. FOR THE TRUTH-NOUN BY THE CLAIMANT FOR THE CLAIM WITH **C.C.~26~e-2** OF THE OBSTRUCTION OF THE JUSTICE WITH THE TITLE~18: U.S.C.S.~1512, BEFORE THE COURT.
~6. FOR THIS WITNESS WITH THE KNOWLEDGE OF THE TRUTHFUL-LANGUAGE **IS** WITH THE FILING OF THE LAW-SUIT with THE PAYING OF THIS VIOLATION IN THE TRUTH-communication of THE LAW.
~7. FOR THE TITLE~42: u.s.c.s.~1986 of this vessel **IS** WITH THE TRUTH-communication-CORRECTIONS of the FACTS with This UNITY-STATES-market.
~8. FOR THIS FILING OF THIS CLAIM **IS** WITH THIS **TITLE~42: U.S.C.S.~1986** FOR THE KNOWLEDGE OF THE LAW IN THE TRUTH AND FOR THE CORRECTION OF THE WRONGS IN THIS TRUTH-LANGUAGE-CLAIMS OF THE UNITY-STATES OF OUR WORLD-CORPORATION.
~9. FOR THE CLERK WITH THIS DUTY **IS** WITH THE APPOINTMENT/POSITION OF A JUDGE WHEN NO JUDGE WITH THE CLAIM OF THIS CONTRACT IN THIS COURT/MARKET OF THE DI-

STRICT WITH THE OATH IN THE TRUTH AS A NOUN IN THIS TRUTH-JURISDICTION.
~10. FOR THE POSTMASTER-CLERK OF THE COURT IS WITH THE KNOWLEDGE FOR THE CONVENIENCE OF THE PLEADING WITH THE CORRECT-COPY BY THIS CLAIMANT.
~11. FOR AN *EXPARTE*-ORDER OF ANY JUDGE IS WITH THIS FICTION-MODIFICATION OF THE PLEADINGS WITH THE POSTMASTER-CLERK FOR THE DAMAGE OF THE TRUTHFUL-PLEADINGS WITH THE FILING OF THE LAWSUIT.
~12. FOR THE CLERK OF THE COURT IS WITH THE CONSPIRACY-DAMAGE BY AN ORDER FOR THE HINDER OF A FILE/CASE/CONTRACT BY A JUDGE.
~13. FOR THE CASE WITH THE CORPORATION IS WITH THE *CONTINUOUS*-CLAIM WITH THE MARKET [COURT] IN THE TRUTHFUL-LANGUAGE-CLAIMS AND CAN-NOT-BE-[DISMISS OR DISCHARGE] (FOR THE "DIS"= MEANS ="NOT" IN THIS IS FOR THE VACATION OF THE NEGATIVE-PERFORMANCE-LAW), BY ANY PARTY OF THE CORPORATION TILL ALL PARTIES ARE WITH THE CLAIM. FOR THE WORD: PERPETUAL IS FOR THE MEANING OF THE WORD: CORPORATION. FOR THESE CLAIMS OF THESE CLOSURE-CLAUSES OF THIS C.C.~60~b ARE WITH THIS AUTHORITY OF THIS TITLE~42: U.S.C.S.~1986 FOR THIS KNOWLEDGE OF THESE LAWS IN THESE :T.L.C.M.(s) WITH THESE CLAIM-CORRECTIONS OF THIS LANGUAGE-FRAUD-WRONGS BY THIS DI-STRICT-MARKET-WITNESSING-JUDGE: Kevin-Gregory-Hand: El.
~14. FOR THIS CLAIMANT WITH THIS KNOWLEDGE IS WITH THIS DAMAGE BY THIS VIOLATION OF THESE C.U.S.C.-TITLE~28: U.S.C.S.~2072,~2073 AND~2074 WITH THIS :F.C.L.F. FOR ANY LEGAL-FORCE OR FORCEMENT BY ANY :F.C.L.F.-UNINTELLIGIBLE-ORDER OF ANY FICTION-COURT BY THIS VASSALEE-JUDGE: Rose-M.: Collyer AGAINST THIS WITNESSING-CLAIMANT.
~15. FOR THESE FACTS OF THIS CLAIM ARE WITH THESE EXHIBITS/FACTS~M-1-THROUGH~O-1, ON THIS DATE~13/FEBRUARY~2006, WITH THESE EXHIBITS/FACTS~P-1-THROUGH~U-1, ON THIS DATE~19/FEBRUARY~2006, WITH THESE EXHIBITS/FACTS~V-1-THROUGH~I-2, ON THIS DATE~17/APRIL~2006, WITH THESE EXHIBITS/FACTS~J-2-THROUGH~L-2, ON THIS DATE~24/APRIL~2006, AS THE CLAIM OF THE EXHIBITS/FACTS FOR THE CORRECTION BY THE UNITED STATES FEDERAL STYLES MANUAL[sic].
~16. FOR THESE CORRECTIONAL-WRONG ARE WITH THESE CASE-SITE OF THE *UNITED STATES DISTRICT COURT[SIC]* [SANDERS vs. ENGLISH 950 FED 2nd WITH THIS MARITIME-USERY IN THIS FICTION-LANGUAGE-CLAIM [STUDY IN THIS FICTION] ]WITH THE CROSS-SUPPORT OF OVER 1800-OTHER-CASES.]
~17. FOR THIS WITNESS'-KNOWLEDGE OF THESE FACTS IS WITH THE ASKING OF THE VASSALEE-JUDGE: Rosemary-M.: Collyer OF THE market[COURT] FOR THE CORRECTIONS OF THIS CLAIM BY THIS DATE ~01/MAY~2006 IN THE ~03 DAYS.

FOR THE VASSALEES WITH THIS KNOWLEDGE ARE WITH THESE CLAIMS OF THESE TRUTHFUL-LANGUAGE-CLAIMS WITH THESE TRUTHS WITH THIS FIRSTHAND-KNOWLEDGE OF THESE FACTS.

FOR THE AUTHORIZE-TRUSTEE-WITNESS' OF THE K.G.H.-TRIBAL-TRUST AS THE SOVEREIGN-WASHITA-MUUR /PARTY /VESSEL IS WITH THIS OATH OF THE TRUTHFUL-LANGUAGE AND communications-CLAIMS WITH THE FIRSTHAND-KNOWLEDGE OF THESE FACTS.

*Kevin-Gregory-Hand:E*
:WITNESSING-CHIEF: Kevin-Gregory-Hand: El.
AUTOGRAPH/:COPYCLAIM/:COPYRIGHT~2006.
:DATE: 13/FEBRUARY~2006.

:AUTOGRAPH: /S/ :CHIEF: Anthony-Lee-Wilson: Bey, AS THE-K.G.H.-TRIBAL-TRUSTEE.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

:AUTOGRAPH: /S/ :CHIEF: Nanya-Zakur: El, AS THE K.G.H.-TRIBAL-TRUSTEE.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

:WITNESS-CLAIMANT: Kevin-Gregory-Hand: El.
~533: SOUTH~60`th` -STREET.
:PHILADELPHIA, :PENNSYLVANIA[~19143]

*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA.* :CLERK OF THE COURT. :Nancy: Mayer-Whittington.
~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON, :DISTRICT-COLUMBIA~20001

FOR THIS 2`ND`-NOTICE/CORRECTION OF THIS COVER-PAGE IS WITH THIS **CASE-NUMBER: 06-cv-0239**
FOR THIS **MAIL-NUMBER~R.R.~763~502~484: U.S.** AS THE CORPORATION-CASE-NUMBER.
FOR THE FILING OF THIS CLAIM IS WITH THE CLERK OF THE COURT IN THIS TRUTH-LANGUAGE-FORMAT.
FOR THIS WITNESS'-KNOWLEDEGE OF THIS CLAIM IS WITH THIS CERTIFICATION OF THIS SERVICE ON THIS DATE~**25/APRIL~2006** BY THE **U.S.-MAIL**.
~1~a. FOR THE CLERK OF THE COURT IS WITH THESE CERTIFICATION-DOCUMENTS:
~1~b. FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING IS WITH THESE C.C.~60-b, C.C.~9-b, WITH THESE CONNECTIONS [ATTACHMENTS]~V-1-THROUGH~M-2, AS THE CLAIM OF THE FACTS *(EXHIBITS)*.
~1~c. FOR THE CERTIFICATE OF THIS SERVICE.

~2~a. FOR THIS *CHIEF EXECUTIVE OFFICER:* TIMOTHY-R.: ELLER, *CENTEX HOME EQUITY.* ~2728: SOUTH-HARWOOD-STREET. :DALLAS, :TEXAS ~75201, BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.
~2~b. FOR THIS VASSALEE: *Attorney-*MARGARET: GAIRO, :*MCCABE, WIESBERG AND CONWAY,P.C.* ~123: SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA, :PENNSYLVANIA~19109, [:PHONE: 215-790-1010] BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.
~2~c. FOR THIS VASSALEE: LAURENCE: HIRSCH, :*CENTEX HOME EQUITY.* ~2728: SOUTH-HARWOOD-STREET, :DALLAS, :TEXAS~75201, [:PHONE: 214-981-6811] BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.
~2~d. FOR THIS VASSALEE: *Attorney-*ANDREW-L.: MARKOWITZ, :*MCCABE, WIESBERG AND CONWAY,P.C.* ~123: SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA, :PENNSYLVANIA~19109, [:PHONE: 215-790-1010] BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.
~2~e. FOR THIS COPY OF THESE DOCUMENTS ARE WITH THESE VASSALEES
~2~f. FOR THIS CHIEF-JUDGE: THOMAS-F.: HOGAN :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3420] BY THE U.S.-MAIL:~0305~2710~0001~3252~9826
~2~g. FOR THIS VASSALEE-JUDGE: ROSEMARY-H.: COLLYER, :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA.* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3176] BY THE U.S.-MAIL:~0304~0370~0000~7530~7454.
~2~h. FOR THE CLERK OF THE COURT: NANCY: MAYER-WHITTINGTON, :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA.* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3000] BY THE U.S.-MAIL: R.R.~763~503~184: U.S.

WITH THIS AUTOGRAPH: *[signature: Kevin-Gregory-Hand:El]*
:Kevin-Gregory-Hand: El
:DATE~25/APRIL~2006.

**RECEIVED**
APR 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



:TITLE~4: Section~1,~2,~3: COPYCLAIM~2006

~25~APRIL~2006.
IN THE UNITED STATES DISTRICT COURT /UNITY-STATES-DI-STRICT-MARKET
IN THE CITY OF THE WASHINGTON IN THE TERRITORY OF THE *DISTRICT OF COLUMBIA*

**FOR THIS CERTIFICATE OF THIS SERVICE.**
**:CORPORATION-CASE-NUMBER: 06-cv-0239:**

:CLAIMANT-CHIEF: Kevin-Gregory-Hand: El.

:VERSUS:

:ESQUIRE: Andrew-L.: Markowitz, :*MCCABE, WEISBERG AND CONWAY, P.C.*
:VASSALEE IN THE FIDUCIARY.

:*CHIEF EXECUTIVE OFFICE*: Timothy-R.: Eller, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

:ESQUIRE: Margaret: Gairo, :*MCCABE, WIESBERG AND CONWAY,P.C.*
:VASSALEE IN THE FIDUCIARY.

:CHAIRMAN: Laurence: Hirsch, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

**FOR THIS CORPORATION OF THE TREATY-CASE-NUMBERS: R.R.~763~502~484: U.S.**
**ON THIS DATE ~14-JUNE~2005.**

FOR THIS WITNESS'S-KNOWLEDEGE OF THIS CORPORATION-CONTRACT FOR THIS CERTIFICATION OF THIS SERVICE ON THIS DATE OF THE ~25/APRIL~2006 **ARE** WITH THE CORRECT-COPY OF THESE DOCUMENTS BY THE U.S.-MAIL.
FOR THE FILING WITH THE CLERK OF THE COURT **ARE** WITH THESE CLAIMS WITH THE FORM OF THIS SERVICE IN THIS TRUTH-LANGUAGE-FORMAT.
~1. FOR THIS *CHIEF EXCUTIVE OFFICER*: TIMOTHY-R.: ELLER, *CENTEX HOME EQUITY.*
~2728: SOUTH-HARWOOD-STREET. :DALLAS, :TEXAS ~75201, OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.
~2. FOR THIS VASSALEE: *Attorney*-MARGARET: GAIRO, :*MCCABE, WIESBERG AND CONWAY,P.C.* ~123: SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA, :PENNSYLVANIA~19109, [:PHONE: 215-790-1010] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.
~3. FOR THIS VASSALEE: LAURENCE: HIRSCH, :*CENTEX HOME EQUITY.* ~2728: SOUTH-HARWOOD-STREET, :DALLAS, :TEXAS ~75201, [:PHONE: 214-981-6811] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: APRIL~25~2006 WITH THESE David-Wynn: Miller,**
**:LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.**

~4. FOR THIS VASSALEE: Attorney-ANDREW-L.: MARKOWITZ, :MCCABE, WIESBERG AND CONWAY,P.C. ~123: SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA, :PENNSYLVANIA~19109, [:PHONE: 215-790-1010] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.

~5. FOR THIS CHIEF-JUDGE: THOMAS-F.: HOGAN :UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3420] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, WITH THESE CONNECTIONS [ATTACHMENTS]~V-1 -THROUGH~M-2, AS THE CLAIM OF THE FACTS(EXHIBITS), AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE U.S.-MAIL:~0305~2710~0001~3252~9826.

~6. FOR THIS VASSALEE-JUDGE: ROSEMARY-H.: COLLYER, :UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA. ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3176] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, WITH THESE CONNECTIONS [ATTACHMENTS]~V-1-THROUGH~M-2, AS THE CLAIM OF THE FACTS(EXHIBITS), AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE U.S.-MAIL:~0304~0370~0000~7530~7454.

~7. FOR THE CLERK OF THE COURT: NANCY: MAYER-WHITTINGTON, :UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA. ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3000] OF THIS KNOWLEDGE **ARE** WITH THESE CERTIFICATION-DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, WITH THESE CONNECTIONS [ATTACHMENTS]~V-1 -THROUGH~M-2, AS THE CLAIM OF THE FACTS(EXHIBITS), AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE U.S.-MAIL: R.R.~763~503~184: U.S..

FOR THE **AUTHORIZE-TRUSTEE-WITNESS'** OF THE **K.G.H.-TRIBAL-TRUST** AS THE SOVEREIGN-WASHITA-MUUR /PARTY /VESSEL **IS** WITH THIS OATH OF THE TRUTHFUL-LANGUAGE AND communications-CLAIMS WITH THE FIRSTHAND-KNOWLEDGE OF THESE FACTS.

:Kevin-Gregory-Hand:El
:AUTOGRAPH: WITNESSING-CHIEF: Kevin-Gregory-Hand: El.
~533: SOUTH~60th-STREET.
:PHILADELPHIA, :PENNSYLVANIA[~19143]
[:PHONE: 215-472-1136]
:DATE~25/APRIL~2006


:AUTOGRAPH: /S/ :WITNESSING-CHIEF: Anthony-Lee-Wilson: Bey.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

:AUTOGRAPH: /S/ :WITNESSING-CHIEF: Nanya-Zakur: El.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.


**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: APRIL~25~2006 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.**