

FOR THE TITLE~4: Section~1,~2,~3

~13~JANURY~2006.
**IN THE UNITED STATES DISTRICT COURT /UNITY-STATES-DI-STRICT-MARKET
IN THE CITY OF THE WASHINGTON IN THE TERRITORY OF THE *DISTRICT OF COLUMBIA***

**FOR THE STOPPAGE AND CORRECTING OF THESE WRONGS IN THE TRUTHFUL-LANGUAGE OR WITH THE VACATING OF THE FICTITIOUS-CITATION/ORDER: CORPORATION-CASE-NUMBER~ 06-cv-0239**

FOR THE CLAIM IN THE NATURE OF THE HABEAS-CORPUS IS WITH THIS: C.C.~60-b, C.C.~9-b, AND: TITLE~42:U.S.C.S.~1986.

:CLAIMANT-CHIEF: Kevin-Gregory-Hand: El.
~533: SOUTH~60TH-STREET.
:PHILADELPHIA, :PENNSYLVANIA[~19143]

:VERSUS:

:ESQUIRE: Andrew-L.: Markowitz, :*MCCABE, WEISBERG AND CONWAY, P.C.*
:VASSALEE IN THE FIDUCIARY.

:*CHIEF EXECUTIVE OFFICE*: Timothy-R.: Eller, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

:ESQUIRE: Margaret: Gairo, :*MCCABE, WIESBERG AND CONWAY, P.C.*
:VASSALEE IN THE FIDUCIARY.

:CHAIRMAN: Laurence: Hirsch, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

FOR THE TRUTH OF THIS OATH[AFFIDAVIT] **IS** WITH THIS CLAIM OF THIS CORPORATION-CASE-TREATY-NUMBERS: R.R.~763~502~484: U.S. ON THIS DATE ~14/JUNE ~2005.

FOR THIS VASSALEE OF THE *UNITED STATES DISTRICT COURT/UNITY-STATES-DI-STRICT MARKET*, JUDGE: ROSEMARY-M.: COLLYER/Rosemary-M.: Collyer, IN THE FIDUCIARY **IS** WITH THIS CERTIFICATION-CLAIM BY THE U.S.-MAIL: ~7005~1160~0001~6124~9371.
FOR THE CLERK OF THE COURT **IS** WITH THESE CERTIFICATION-DOCUMENTS BY THE U.S.-MAIL: R.R.~763~502~881: U.S..
FOR THE CHIEF-JUDGE: THOMAS-F.: HOGAN/Thomas-F.: Hogan OF THE *UNITED STATES DISTRICT COURT* **IS** WITH THESE CERTIFICATION-DOCUMENTS BY THE U.S.-MAIL: ~7004~2510~0001~6345~3218.

**RECEIVED**
APR 2 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: ~13/FEBRUARY~2006 WITH THESE David-Wynn: Miller, LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.**

~1 OF THE ~5

*or this showing of this claim of the fact is with this Page: ~ w-1.*

~A. FOR THIS <u>WITNESS-CLAIMANT</u>: Kevin-Gregory-Hand: El's-KNOWLEDGE OF THE <u>PEACEFUL-VOLITION</u> **IS** WITH THIS CLAIM OF THE DAMAGES BY THE <u>FICTITIOUS-CONVEYANCE</u> OF THE LANGUAGE BY THIS <u>VASSALEE-JUDGE</u>: Rosemary-M.: Rosemary.
~B. FOR THIS CLAIM OF THIS OATH **IS** WITH THIS <u>C.C.~60-b</u>: FOR THESE <u>FRAUDULENT-LANGUAGES</u> AND <u>FICTION-LANGUAGE-FRAUDS</u>: <u>C.C.~9-b</u> BY THE JUDGE:
~C. FOR THIS TRUTH OF THIS OATH[AFFIDAVIT] **IS** WITH THIS CLAIM FOR THE STOPPAGE AND CORRECTING OF THESE <u>EVIDENCE-WRONGS</u> IN THE <u>TRUTHFUL-LANGUAGE</u> OR WITH THE VACATING OF THESE <u>FICTION-communication</u> AND <u>LANGUAGE-FORMAT</u> BY THIS <u>VASSALEE-JUDGE</u>: **Rosemary-M.: Collyer**.
~D. FOR THIS <u>DI-STRICT-COURT</u> OF THIS U.S.A. **IS** WITH THIS <u>ORIGINAL-JURISDICTION</u> WITH THIS <u>TITLE~28</u> <u>U.S.C.S.~1331</u>, AND WITH THIS <u>TITLE-28: U~S.C.S~1343</u>: FOR THE <u>EQUAL-SAFEGUARD-CLAUSE</u>, AND WITH THIS <u>TITLE~4: U.S.C.S. ~1 & ~2 &~3</u>: FLAG OF THIS U.S.W. FOR THE <u>F.R.C.P.-CLAIMS: 38 a</u>: **FOR THIS CLAIM IS WITH THE TRIAL BY THE JURY**, WITH THIS <u>C.U.S.W.F.</u> **BY THIS** <u>CONTRACT-DUTY: 9</u> **FOR THIS CLAIM OF THE TRIAL WITH THIS TRUTH**. FOR THIS FILING OF THIS CORPORATION OF THIS CASE **IS** WITH THIS <u>TITLE~28: U.S.C.S.~1869</u>, AND WITH THIS <u>TITLE~28: U.S.C.S~1361</u>: FOR THIS COMPLIANCE OF THIS OBLIGATION **IS** WITH THIS DUTY OF THE OFFICE OF THE CLERK. FOR THE COURT/MARKET WITH THIS <u>SOVEREIGN-FREEDOMS-ACT</u> **IS** WITH THIS <u>TITLE~28: U.S.C.S.~1605</u>.
FOR THIS CORPORATION OF THIS CASE **IS** WITH THESE <u>NOW-TENSE-TIME</u> OF THIS <u>C.U.S.W.F.-CONTRACT-VESSEL</u> WITH THIS <u>CASE-NUMBER</u>. FOR ALL PARTIES OF THIS UNITY **ARE** WITH THESE <u>CORPORATION-CASE-NUMBER</u>: 06-cv-0239 AND TREATY-NUMBERS: <u>R.R.~763~796~484: U.S.</u> **ARE** WITH THIS DUTY OF THIS <u>CONTRACT-CLAIM</u> OF THESE FACTS AND JUDGMENT WITH THE TRIAL BY THE JURY WITH THIS <u>TRUTH-NOUN</u> WITH THIS AUTOGRAPH:
~E. FOR THE TERRITORY OF THE <u>DI-STRICT-COURT</u> **IS** WITH THIS LAW OF THE <u>AMERICAN-FLAG</u> WITH THIS <u>CORPORATION-CASE</u> BY THIS FILING WITH THE CLERK OF THE COURTS OF THIS <u>CORPORATION-CASE</u>. FOR THE JURISDICTION OF THIS TRUTH **IS** WITH THE <u>CHARTER-VESSEL-CONTRACT</u> FOR THIS UNITY OF THESE PARTIES OF THIS <u>CORPORATION-CASE</u>. FOR ANY BREACH OF <u>THIS C.U.S.W.F.-VESSEL-CONTRACT</u> **ARE** WITH THESE **CLAIM-SANCTIONS** FOR THE BREACH OF THESE CLAIMS OF THIS <u>CHARTER-VESSEL</u> WITH THIS <u>TITLE~42: U.S.C.-CH.~16~12182</u>: FOR THIS BIAS/PARTIAL THROUGH THIS BREACH OF THIS <u>TITLE~29: U.S.C.-CH~16~701~C~2</u>: FOR THIS POLICY OF THE <u>EQUAL-ACCESS/OPENING</u> **IS** WITH THIS CLAIM FOR THE PERJURY OF THE OATH WITH THIS <u>TITLE~18: U.S.C.S.~1621</u> WITH THE <u>5-YEAR-PRISON-SENTENCE</u> OR $: 5,000: FINE; FOR ANY BREACH OF THESE TERMS OF THIS <u>C.U.S.W.F.-CONTRACT-VESSEL</u> **IS** FOR THE <u>CONSTRUCTIVE-TREASON</u> AGAINST THIS <u>C.U.S.W.F.-CONTRACT-VESSEL</u> WITH THE <u>5-YEARS-PRISON-SENTENCE</u> OR $: 5,000. :FEE-FINE, FOR THE <u>FALSE-STATEMENTS</u> OF AN OATH. FOR THIS CLAIM OF THESE FACTS AS THESE NOUNS **ARE** WITH THIS CORPORATION OF THIS JURISDICTION WITH THIS COURT/MARKET OF THE <u>UNITY-STATES</u> WITH THE <u>AMERICAN-FLAG</u>. FOR THIS USE OF THESE NOUNS AS THESE VERBS OR ADJECTIVES **IS** WITH THE <u>MAIL-FRAUD</u> WITH THE USE OF THE <u>FICTIONAL-NAME</u>, WITH THIS <u>TITLE~18: U.S.C.S.~1342</u> FOR THIS USE OF THIS <u>FICTION-NAME</u> FOR THIS FRAUD OF THE COLLECTION OF A EQUITY OR VALUE OR MONEY.
FOR THE <u>FRAUDULENT-USE</u> OF THE LANGUAGE-PROCEDURE/METHOD **IS** WITH BREACH OF THIS <u>TITLE~18: U.S.C.S.~1001</u> WITH THE <u>5-YEAR-PRISON-SENTENCE</u> - $: 5,000-FINE FOR THIS <u>FICTION-USE</u>, WITH THESE NOUNS AS THESE VERBS AND AS THESE ADJECTIVES, **ARE** FOR THIS BREACH OF THIS <u>C.U.S.W.F.-CONTRACT-VESSEL</u> OF THESE CLAIMS OF THIS <u>SOVEREIGN-CHARTER-VESSEL</u>.
~F. FOR THIS CLAIM OF THIS <u>CHARTER-VASSEL-CONTRACT</u> **IS** WITH THIS CLAIM [NOTICE] ON THE **PRINCIPAL** WITH THE CLAIM [NOTICE] ON THE **AGENT**, FOR THIS CLAIM [NOTICE] ON THE **AGENT IS** WITH THE CLAIM [NOTICE] ON THE **PRINCIPAL**.

For this showing of this claim of the facts is with this Page :- X-1.

~1. FOR THIS WITNESS :Kevin-Gregory-Hand: El'-KNOWLEDGE of these facts is with this claim OF THE LIFE AND WITH THE OF THE TRUTH-communications and LANGUAGE CLAIMs with THE BY THE UNITED STATES DISTRICT COURT(sic).
~2. FOR THIS NOTICE OF THIS LAW-SUIT IS WITH THE CORRECTIONS OF THE VIOLATION-CITATION-FICTITIOUS/UNINTELLIGIBLE-ORDER with THE closed-COURT of the open-market.
~3. FOR THE VESSELS of the WRONG- CITATION -communication-method is with this claim BY THE FICTITIOUS-CONVEYANCE OF THE communications and MAIL-FRAUD.
~4. FOR THIS WITNESS WITH THE KNOWLEDGE OF THE TRUTHFUL-LANGUAGE IS WITH THE FILING OF THE LAW-SUIT with THE PAYING OF THIS VIOLATION IN THE TRUTH-communication of THE LAW.
~5. FOR THE TITLE~42: u.s.c.s.~1986 of this vessel IS WITH THE TRUTH-communication-CORRECTIONS of the FACTS with This UNITY-STATES-market.
~6. FOR THIS FILING OF THIS CLAIM IS WITH THIS TITLE~42: U.S.C.S.~1986 FOR THE KNOWLEDGE OF THE LAW IN THE TRUTH AND FOR THE CORRECTION OF THE WRONGS IN THIS TRUTH-LANGUAGE-CLAIMS OF THE UNITY-STATES OF OUR WORLD-CORPORATION.
~7. FOR THE CLERK WITH THIS DUTY IS WITH THE APPOINTMENT/POSITION OF A JUDGE WHEN NO JUDGE WITH THE CLAIM OF THIS CONTRACT IN THIS COURT/MARKET OF THE DI-STRICT WITH THE OATH IN THE TRUTH AS A NOUN IN THIS TRUTH-JURISDICTION.
~8. FOR THE POSTMASTER-CLERK OF THE COURT IS WITH THE KNOWLEDGE FOR THE CONVENIENCE OF THE PLEADING WITH THE CORRECT-COPY BY THIS CLAIMANT.
~9. FOR AN EXPARTE-ORDER OF ANY JUDGE IS WITH THIS FICTION-MODIFICATION OF THE PLEADINGS WITH THE POSTMASTER-CLERK FOR THE DAMAGE OF THE TRUTHFUL-PLEADINGS WITH THE FILING OF THE LAWSUIT.
~10. FOR THE CLERK OF THE COURT IS WITH THE CONSPIRACY-DAMAGE BY AN ORDERS FOR THE HINDER OF A FILE/CASE/CONTRACT BY A JUDGE.
~11. FOR THE CASE WITH THE CORPORATION IS WITH THE CONTINUOUS-CLAIM WITH THE MARKET [COURT] IN THE TRUTHFUL-LANGUAGE-CLAIMS AND CAN-NOT-BE-[DISMISS OR DISCHARGE] (FOR THE "DIS"= MEANS ="NOT" IN THIS IS FOR THE VACATION OF THE NEGATIVE-PERFORMANCE-LAW), BY ANY PARTY OF THE CORPORATION TILL ALL PARTIES ARE WITH THE CLAIM. FOR THE WORD: PERPETUAL IS FOR THE MEANING OF THE WORD: CORPORATION. FOR THESE CLAIMS OF THESE CLOSURE-CLAUSES OF THIS C.C.~60~b ARE WITH THIS AUTHORITY OF THIS TITLE~42: U.S.C.S.~1986 FOR THIS KNOWLEDGE OF THESE LAWS IN THESE :T.L.C.M.(s) WITH THESE CLAIM-CORRECTIONS OF THIS LANGUAGE-FRAUD-WRONGS BY THIS DI-STRICT-MARKET-WITNESSING-JUDGE: Kevin-Gregory-Hand: El.
~12. FOR THIS CLAIMANT WITH THIS KNOWLEDGE IS WITH THIS DAMAGE BY THIS VIOLATION OF THESE C.U.S.C.-TITLE~28: U.S.C.S.~2072,~2073 AND~2074 WITH THIS :F.C.L.F. FOR ANY LEGAL-FORCE OR FORCEMENT BY ANY :F.C.L.F.-UNINTELLIGIBLE-ORDER OF ANY FICTION-COURT BY THIS VASSALEE-JUDGE: Rose-M.: Collyer AGAINST THIS WITNESSING-CLAIMANT.
~13. FOR THESE FACTS OF THIS CLAIM ARE WITH THESE EXHIBITS/FACTS~M-1-THROUGH~O-1, ON THIS DATE~13/FEBRUARY~2006, AS THE CLAIM OF THE EXHIBITS/FACTS FOR THE CORRECTION BY THE UNITED STATES FEDERAL STYLES MANUAL[sic].
~14. FOR THESE CORRECTIONAL-WRONG ARE WITH THESE CASE-SITE OF THE UNITED STATES DISTRICT COURT[SIC] [SANDERS vs. ENGLISH 950 FED 2nd WITH THIS MARITIME-USERY IN THIS FICTION-LANGUAGE-CLAIM [STUDY IN THIS FICTION] ]WITH THE CROSS-SUPPORT OF OVER 1800-OTHER-CASES.]
~15. FOR THIS WITNESS'-KNOWLEDGE OF THESE FACTS IS WITH THE ASKING OF THE VASSALEE-JUDGE: Rosemary-M.: Collyer OF THE market[COURT] FOR THE CORRECTIONS OF THIS CLAIM BY THIS DATE ~17/FEBRUARY ~2006 IN THE ~03 DAYS.

*or this showing of this claim of the fact is with this Paper y-1*

:TERM:
:[SIC] = FOR THIS COPY OF THIS ORIGINAL-TEXT IS FOR THIS CLAIM OF THE COMMUNICATION WITH THIS OPINION/PRESUMPTION/ASSUMPTION/APARTHEID/ILLUSION/MYSTIC/PHANTOM/SPEC/FICTION/MODIFICATION.
:U.S.C.S. = FOR THIS UNITY-STATES-CLAIMS-SECTION = :CORRECTION OF THE TITLES OF THE UNITED-STATES-CODES OF THE FICTION-FORMAT.
:C.U.S.C. = WITH THIS CONSTITUTION OF THESE UNITY-STATES-CLAIM.
:F.R.C.P. = FEDERAL RULE OF CIVIL PROCEDURES. = FICTION-FORMAT.
:COURT = WITH THE VOID, CLOSED-AREA.
:FICTION = FOR THIS COMMUNICATION WITH THIS SPECT/MODIFICATION /PRESUMPTION/ASSUMPTION/ILLUSION/MISTIC/GUESS/ LIE/ PERJURY/AND PHANTUM.
:MARKET = FOR AN OPEN-AREA OF THE COMMERCE, CONTRACT AND COMMUNICATIONS BY THE PUBLIC.
:T.L.C.M. = :TRUTH-LANGUAGE AND COMMUNICATIONS-METHOD.
:F.C.L.F. = FOR THIS FICTION-COMMUNICATION AND LANGUAGE-FORMAT.
:C.U.S.W.F. = FOR THE CONSTITUTION OF THE UNITY-STATES IN THIS WORLD-FLAG.
:U.S. = FOR THESE UNITY-STATES.
:UNITY-STATES = WITH THIS CORPORATION OF THESE PARTIES WITH THIS CONTRACT-DUTY.
:STATE = FOR THIS PARTY OF THIS CONTRACT IS WITHIN THE TERRITORY OF THE MARKET-[COURT] :PARTY OF THIS THINKING, :PARTY OF THIS LIFE, :CITIZEN OF THIS CONTRACT, :FOR THESE PEOPLE OF THIS CONSTITUTION WITH THESE UNITY-STATES OF OUR WORLD-CORPORATION.
:C.C. = FOR THIS CIVIL CLAIM.
:VASSALEE = FOR THIS EMPLOYEE AS THIS SERVANT.
:VESSEL = FOR THIS CLAIM OF THIS THINKING, THOUGHT, MINISTRATOR, BARRISTER, BILLS OF THESE LADINGS. CITIZEN, CLERK, COURT [SIC], CRIMINAL, CUSTODIAN, DEFENDANT [SIC], DOCUMENT, FILE, HARBOR, ITEM, JUDGE, MAGISTRATE, MAIL, MANAGER, MASTER, OFFICER [SIC], ORGANIZATION, OWNER, PAPER, PEOPLE, PERSON, PLAINTIFF [SIC], PLEADER, PLEADING, THING, PORT, SECRETARY, SOVEREIGN, STAFF, STATE, TENANT, STRAW-MAN, TERRITORY, WARRANT AND WITNESS.
:CLAIMANT = FOR THIS VESSEL-BODY-THINKING WITH A CONTRACT-CLAIM.
:CONTRACT = FOR THIS CLAIM OF THIS CORPORATION WITH ANY TWO OR MORE-VESSELS OF ANY JOINER WITH THIS TREATY OF THESE JOINT-TENANTS WITH THESE UNITY-STATES.
:DI-STRICT-MARKET[COURT] = :ORIGINAL-AUTHORITY :AUTHORITY-JURISDICTIONAL-MARKET[-COURT] IN THE :T.L.C.M.
:DI-STRICT-COURT-CLERK = FOR THIS CLAIM OF THIS DI=ORIGINAL WITH THIS STRICT=AUTHORITY OF THIS COURT=LOCATION WITH THIS CLERK=KNOWLEDGE OF ALL METHODS WITH ALL COURT-FILINGS OF THIS AUTHORIZATION BY THIS TREATY-TRUST.
:DI-STRICT-COURT-JUDGE = FOR THIS CLAIM OF THIS DI=ORIGINAL WITH THIS STRICT=AUTHORITY OF THIS COURT=LOCATION WITH THIS JUDGE=KNOWLEDGE AND JUDGMENT-CLAIM-POSITIONS OF THIS AUTHORIZATION BY THIS TREATY-TRUST.
:CHARTER-VESSEL = WITH THIS THINKING BY THIS VOLITION WITH THIS KNOWLEDGE IS WITH THIS CLAIM OF THIS CONTRACT WITH THESE PARTY'S-LIFEBIRTH/CITIZEN'S-LIFEBIRTH/PERSON/CHARTER-VESSEL-CORPORATION WITHIN THIS CORPORATION-CASE-CLAIM.

of this showing of this claim of the fact is with this Paper ~Z-1.

:**ARTICLE** = AILING. FOR THE VOWEL WITH THE TWO-CONSONANTS-FOLLOWING = NO-CONTRACT. FOR THE CORRECTION OF THE ARTICLE-POSITION-METHOD-LOCATION IS WITH THE CLAIM OF THE WORD: "LODIO".
:**LODIO** :SPECIFIC = **A, AN, THE, THIS, THESE, OUR.**
:**AILING** = :CORRUPTION OF THE ORIGINAL-TITLE, VOID-OWNER.
:**KNOWN** = FACT (LINE OVER THE OW=COMPOND-VOWEL = ORIGINAL-LODIO-JURISDICTION), LODIO-ORIGIN-OWNER.
NOUN = NO-NO, ARTICLE = VOWEL WITH 2 CONSONANTS = NO-CONTRACT = AILING.
:**PREPOSITION** = PRE = NO-KNOWN-TIME-JURISDICTION OF THE **POSITION**.
:**POSITION** = FOR THESE TERMS OF THE FACTS **ARE** WITH THESE CLAIMS OF THESE VOTING-COMPLIANCES-**LOCATION-METHOD OF THIS RULE OF THE COMMUNICATIONS (A"B,C,D,E,-ETC, OF THE SPELLING).**
:**POSITION-LODIO-FACT** = FOR THIS METHOD-CREATION OF THE EACH-KNOWN-WORD IS WITH THIS CLAIM OF THE ONE-VERB-THINKING WITH THE EACH-SENTENCE BY THIS AUTHOR.
:**SENTENCE** = **FOR THE CAUSE OF THE KNOWLEDGE IS/ARE=THINKING-VERB WITH THE POSSESSION BY THE AUTHORTIY.**
:**COPY-CLAIM** = FOR THIS CLAIM OF THIS COPY-PUBLICATION WITH THIS AUTHORITY OF THE OWNERSHIP BY THIS AUTHOR.
:**VOLITION** = FOR THIS CLAIM OF THIS KNOWLEDGE WITH THIS USE BY THIS PERSON'S-WILL.
:**R.R.**= FOR THIS CLAIM OF THIS [RE]GISTRATION/LOG IS WITH THIS CLOSURE OF THIS [RE]GISTER/JOURNAL.
:**WRONG** = FOR THIS CLAIM OF THIS VIOLATION OR DAMAGE WITH THIS CONVEYANCE OF THIS COMMUNICATION-KNOWLEDGE.
:**Chief-Consul** = FOR THIS AMBASSADOR OF THE SOVEREIGN-WASHITA-MUUR/PARTY/VESSEL IS WITH THIS PRIVATE-DIPLOMATIC-RIGHTS BY THE Unity-Washitaw-de-Dugdahmoundyah.
:**SOVEREIGN-WASHITA-MUUR** = FOR THIS **DIGENOUS-ABORIGINAL-[DES]CENDANT** OF THIS LAND :**ANCIENT-MOUND-BUILDERS**, Unity-Washitaw-de-Dugdahmoundyah: U.N.~215-93.
:**PREPOSITIONAL-PHRASE WITH THE MATH-CLAIMS**

FOR THE VASSALEES WITH THIS KNOWLEDGE **ARE** WITH THESE CLAIMS OF THESE TRUTHFUL-LANGUAGE-CLAIMS WITH THESE TRUTHS WITH THIS FIRSTHAND-KNOWLEDGE OF THESE FACTS.

FOR THE **AUTHORIZE-TRUSTEE-WITNESS'** OF THE **K.G.H.-TRIBAL-TRUST** AS THE SOVEREIGN-WASHITA-MUUR /PARTY /VESSEL **IS** WITH THIS OATH OF THE TRUTHFUL-LANGUAGE AND communications-CLAIMS WITH THE FIRSTHAND-KNOWLEDGE OF THESE FACTS.

*[fingerprint] Kevin-Gregory-Hand: El.*
:WITNESSING-CHIEF: Kevin-Gregory-Hand: El.
:AUTOGRAPH/:COPYCLAIM/:COPYRIGHTS~2006.
:DATE: 13/FEBRUARY~2006.

:AUTOGRAPH: /S/ :CHIEF: Anthony-Lee-Wilson: Bey, AS THE-K.G.H.-TRIBAL-TRUSTEE.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

:AUTOGRAPH: /S/ :CHIEF: Nanya-Zakur: El, AS THE K.G.H.-TRIBAL-TRUSTEE.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

*[handwritten: or this showing of this Claim of the fact is with this Paper: A-2]*



:TITLE~4: Section~1,~2,~3: COPYCLAIM~2006

~19~FEBRUARY~2006.
IN THE UNITED STATES DISTRICT COURT /UNITY-STATES-DI-STRICT-MARKET
IN THE CITY OF THE WASHINGTON IN THE TERRITORY OF THE *DISTRICT OF COLUMBIA*

FOR THIS CERTIFICATE OF THIS SERVICE.
:CORPORATION-CASE-NUMBER: 06-cv-0239:

:CLAIMANT-CHIEF: Kevin-Gregory-Hand: El.

:VERSUS:

:ESQUIRE: Andrew-L.: Markowitz, :*MCCABE, WEISBERG AND CONWAY, P.C.*
:VASSALEE IN THE FIDUCIARY.

:*CHIEF EXECUTIVE OFFICE*: Timothy-R.: Eller, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

:ESQUIRE: Margaret: Gairo, :*MCCABE, WIESBERG AND CONWAY,P.C.*
:VASSALEE IN THE FIDUCIARY.

:CHAIRMAN: Laurence: Hirsch, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

**FOR THIS CORPORATION OF THE TREATY-CASE-NUMBERS: R.R.~763~502~484: U.S.
ON THIS DATE ~14-JUNE~2005.**

FOR THIS WITNESS'S-KNOWLEDEGE OF THIS CORPORATION-CONTRACT FOR THIS CERTIFICATION OF THIS SERVICE ON THIS DATE OF THE ~19/FEBRUARY~2006 **ARE** WITH THE CORRECT-COPY OF THESE DOCUMENTS BY THE U.S.-MAIL.
FOR THE FILING WITH THE CLERK OF THE COURT **ARE** WITH THESE CLAIMS WITH THE FORM OF THIS SERVICE IN THIS TRUTH-LANGUAGE-FORMAT.
~1. FOR THIS *CHIEF EXCUTIVE OFFICER*: TIMOTHY-R.: ELLER, *CENTEX HOME EQUITY.*
~2728: SOUTH-HARWOOD-STREET. :DALLAS, :TEXAS ~75201, OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.
~2. FOR THIS VASSALEE: *Attorney*-MARGARET: GAIRO, :*MCCABE, WIESBERG AND CONWAY,P.C.* ~123: SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA,
:PENNSYLVANIA~19109, [:PHONE: 215-790-1010] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.
~3. FOR THIS VASSALEE: LAURENCE: HIRSCH, :*CENTEX HOME EQUITY.* ~2728: SOUTH-HARWOOD-STREET, :DALLAS, :TEXAS ~75201, [:PHONE: 214-981-6811] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: FEBRUARY~19~2006 WITH THESE David-Wynn: Miller,
:LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.**

~1 OF THE~2

For this showing of this claim of the fact is with this Page:~B-2.

~4. FOR THIS VASSALEE: <u>Attorney</u>-ANDREW-L.: MARKOWITZ, :<u>MCCABE, WIESBERG AND CONWAY</u>,P.C. ~123: <u>SOUTH-BROAD-STREET</u>, SUITE~2080 :PHILADELPHIA, :PENNSYLVANIA~19109, [:PHONE: 215-790-1010] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE <u>FIRST-CLASS</u>, <u>POSTAGE-PAID</u>, <u>U.S.-MAIL</u>.

~5. FOR THIS CHIEF-JUDGE: THOMAS-F.: HOGAN :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3420] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, WITH THESE CONNECTIONS *[ATTACHMENTS]*~M-1 -THROUGH~U-1, AS THE CLAIM OF THE FACTS*(EXHIBITS)*, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE <u>FIRST-CLASS</u>, <u>POSTAGE-PAID</u>, <u>U.S.-MAIL</u>.

~6. FOR THIS VASSALEE-JUDGE: ROSEMARY-H.: COLLYER, :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA.* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3176] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b, WITH THESE CONNECTIONS *[ATTACHMENTS]*~M-1 -THROUGH~U-1, AS THE CLAIM OF THE FACTS*(EXHIBITS)*, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE <u>FIRST-CLASS</u>, <u>POSTAGE-PAID</u>, <u>U.S.-MAIL</u>.

~7. FOR THE CLERK OF THE COURT: NANCY: MAYER-WHITTINGTON, :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA.* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3000] OF THIS KNOWLEDGE **ARE** WITH THESE CERTIFICATION-DOCUMENTS: <u>FOR THIS CLAIM OF THE STOPPAGE AND CORRECTING **IS** WITH THESE C.C.~60-b, C.C.~9-b</u>, WITH THESE CONNECTIONS *[ATTACHMENTS]*~M-1 -THROUGH~U-1, AS THE CLAIM OF THE FACTS*(EXHIBITS)*, AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE <u>U.S.-MAIL</u>: 0301~0120~0005~1448~9222.

FOR THE **AUTHORIZE-TRUSTEE-WITNESS'** OF THE **K.G.H.-TRIBAL-TRUST** AS THE <u>SOVEREIGN-WASHITA-MUUR</u> /PARTY /VESSEL **IS** WITH THIS OATH OF THE <u>TRUTHFUL-LANGUAGE</u> AND communications-CLAIMS WITH THE <u>FIRSTHAND-KNOWLEDGE</u> OF THESE FACTS.

*:Kevin-Gregory-Hand*

:AUTOGRAPH: WITNESSING-CHIEF: <u>Kevin-Gregory-Hand: El</u>.
~533: <u>SOUTH~60th-STREET</u>.
:PHILADELPHIA, :PENNSYLVANIA[~19143].
[:PHONE: 215-472-1136]
:DATE~19/FEBRUARY~2006


:AUTOGRAPH: /S/ :WITNESSING-CHIEF: <u>Anthony-Lee-Wilson: Bey</u>.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

:AUTOGRAPH: /S/ :WITNESSING-CHIEF: <u>Nanya-Zakur: El</u>.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.


**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: FEBRUARY~19~2006 WITH THESE <u>David-Wynn: Miller</u>, :<u>LANGUAGE AND COMMUNICATIONS-CLAIMS</u> OF THESE <u>UNITY-STATES</u> OF OUR <u>WORLD-CORPORATION</u>.**

*or this showing of this claim of the fact is with this Page:~C-2*



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **0301 0120 0005 1448 9222**
Status: **Delivered**

Your item was delivered at 10:56 am on February 22, 2006 in WASHINGTON, DC 20001.

Additional information for this item is stored in files offline.

( Restore Offline Details > ) (?)   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

---

POSTAL INSPECTORS   site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust   Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

For this showing of this claim of the fact is with this Page :~ D-2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHIEF-KEVIN-GREGORY-HAND: EL, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-239 (RMC) |
| ) | |
| ANDREW L. MARKOWITZ, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On February 10, 2006, the Court, pursuant to Federal Rules of Civil Procedure 8 and 41, *sua sponte* dismissed Plaintiff's complaint as "so confused, ambiguous, vague, or otherwise unintelligible that its true substance, if any, is well disguised." *See* 2/10/06 Order [Dkt. #2] at 2 (quoting *Ciralski v. CIA*, 355 F.3d 661, 670 n.9 (D.C. Cir. 2004)). That dismissal was without prejudice. The Court permitted Plaintiff to file an amended complaint to correct these deficiencies, but cautioned that the failure to file a compliant pleading would result in dismissal with prejudice. *See id.* at 3. Plaintiff promptly filed an amended complaint on February 17, 2006; however, the amended complaint is, unfortunately, no more comprehensible than the original one.

Accordingly, for the reasons set forth more fully in the Court's February 10, 2006, Order, it is hereby

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 8 and 41, this action is *sua sponte* **DISMISSED** with prejudice; and it is

*[handwritten at top: Con Amergue Broker (C-3)]*

> **FURTHER ORDERED** that this case shall be closed and removed from the docket of this Court. This is a final, appealable order.
>
> **SO ORDERED.**

Date: April 12, 2006

_____/s/_____
ROSEMARY M. COLLYER   *= Non De[?]*
United States District Judge

Copies to:

Chief-Kevin-Gregory-Hand: El   *→ Non De[?]*
533 South 60th Street
Philadelphia, PA 19143

Andrew L. Markowitz
McCabe, Weisberg & Conway, P.C.
Suite 2080
123 South Broad Street
Philadelphia, PA 19109

*[handwritten at bottom: for the showing of this claim of the fact is with the Paper F-2.]*

CLOSED, HABEAS, JURY, PROSE-NP, TYPE-G

# U.S. District Court
## District of Columbia (Washington, DC)
### CIVIL DOCKET FOR CASE #: 1:06-cv-00239-RMC

HAND v. MARKOWITZ et al
Assigned to: Judge Rosemary M. Collyer
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 02/08/2006
Jury Demand: Plaintiff
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**
**KEVIN GREGORY HAND**
*Chief*

represented by **KEVIN GREGORY HAND**
533 South 60th Street
Philadelphia, PA 19143
US
(215) 472-1136
PRO SE  *= Pro = No; SE = speak*

V.

**Respondent**
**ANDREW L. MARKOWITZ**
*Esquire*

**Respondent**
**TIMOTHY R. ELLER**
*Chief Executive Officer, Centex Home Equity*

**Respondent**
**MARGARET GAIRO**
*Esquire*

*For this showing of this claim of the fact is with this Page :~ G-2.*

**Respondent**
**LAURENCE HIRSCH**
*Chairman, Centex Home Equity*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/12/2006 | 4 | ORDER DISMISSING CASE WITH PREJUDICE. See attached Order for further details. Signed by Judge Rosemary M. Collyer on 4/12/06. (ebb) (Entered: 04/12/2006) |
| 02/17/2006 | 3 | AMENDED COMPLAINT against ANDREW L. MARKOWITZ, TIMOTHY R. ELLER, MARGARET GAIRO, LAURENCE HIRSCH filed by KEVIN GREGORY HAND. (fiat) JUDGE COLLYER(jf, ) (Entered: 02/23/2006) |
| 02/10/2006 | 2 | ORDER DISMISSING CASE. See attached Order for further details. Signed by Judge Rosemary M. Collyer on 2/10/06. (ebb) (Entered: 02/10/2006) |
| 02/08/2006 | 1 | PETITION for Writ of Habeas Corpus (Filing fee $ 5.) filed by KEVIN GREGORY |

| | | HAND.(tg, ) (Entered: 02/10/2006) | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/17/2006 20:25:16 | | | |
| PACER Login: | tt0639 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:06-cv-00239-RMC |
| Billable Pages: | 1 | Cost: | 0.08 |

```
:CORRECTION:
:[PRE]POSITIONAL-PHRASE-FACTS WITH THE QUANTUM-MATH-CLAIMS.
:dpv = dangalin-participle-verb=fiction, for the void of the facts is with the claim
by the modification with the writing-communication and with the terms by the author.
~1 = ADVERB=modification=no-contract = FICTION
~2 = VERB=action-thinking=IS=SINGULAR, ARE=PLURAL
~3 = ADJECTIVE=no-contract= :color of the fact.
~4 = PRONOUN = pro=no, no=no, un=no, NO-FACT
~5 = PREPOSITION=pre = no, position=contract correction:
rules, vote, methods=POSITION-LODIEO-FACT = KNOWN
~6 = ARTICLE=no-contract=ailing-corruption
from the beginning, CORRECTION=LODIEO=OWNERSHIP FROM THE BEGINNING, ORIGINAL-
JURISDICTION.
~7 = NOUN = no-no, correction "FACT" =KNOWN
(WITH A LINE OVER THE "OW". =LODIEO
~8 = PAST-TENSE = FICTION-TIME
~9 = FUTURE-TENSE=FICTION-TIME
~0 = CONJUNCTION=AND, OR

__ = UNDERLINE-PREFIX=NO=DE, DIS, RE, PRO IN, PRO, AP, PRE
```

**FOR THE TERM OF THE BOXING**=[ ] IS WITH THE CLAIM OF THE VOIDANCE WITH THE FACTS INSIDE THIS BOX OR BRACKET=[ ].

**FOR THE PRO SE**=PRO=NO, SE=SPEEK, WITH THE VOID-WORDS BY THE ITALIC-SPELLING FOR THE VACANT OF THE WORDS.

FOR THIS CORRECTION OF THIS **VERB-FICTION-ORDER** IS WITH THIS KNOWLEDGE BY THE TRUTH-COMMUNICATION-METHOD.

:Date~ 17/April~2006

:*graph* : Kevin-Gregory-Hand:El.

for this showing of this claim of the fact is with this Paper~ H-2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHIEF-KEVIN-GREGORY-HAND: EL, ) *3 3 3 4864* = *Nom-De guette*
)
Plaintiff, )
)
v. ) Civil Action No. 06-239 (RMC)
)
ANDREW L. MARKOWITZ, *et al.*, )
)
Defendants. )
*Void, Maritim Boxing Rule* )

## ORDER

On February 10, 2006, the Court, pursuant to Federal Rules of Civil Procedure 8 and 41, *sua sponte* dismissed Plaintiff's complaint as "so confused, ambiguous, vague, or otherwise unintelligible that its true substance, if any, is well disguised." *See* 2/10/06 Order [Dkt. #2] at 2 (quoting *Ciralski v. CIA*, 355 F.3d 661, 670 n.9 (D.C. Cir. 2004)). That dismissal was without prejudice. The Court permitted Plaintiff to file an amended complaint to correct these deficiencies, but cautioned that the failure to file a compliant pleading would result in dismissal with prejudice. *See id.* at 3. Plaintiff promptly filed an amended complaint on February 17, 2006; however, the amended complaint is, unfortunately, no more comprehensible than the original one.

Accordingly, for the reasons set forth more fully in the Court's February 10, 2006, Order, it is hereby

**ORDERED** that, pursuant to Federal Rules of Civil Procedure 8 and 41, this action is *sua sponte* **DISMISSED** with prejudice; and it is

*in this showing of this claim of the fact is with this Page : I-2*

**FURTHER ORDERED** that this case shall be closed and removed from the docket of this Court. This is a final, appealable order.

**SO ORDERED**.

Date: April 12, 2006

/s/
ROSEMARY M. COLLYER
United States District Judge

Copies to:

Chief-Kevin-Gregory-Hand: El
533 South 60th Street
Philadelphia, PA 19143

Andrew L. Markowitz
McCabe, Weisberg & Conway, P.C.
Suite 2080
123 South Broad Street
Philadelphia, PA 19109

*[handwritten note:]* on this showing of this claim of the fact is with this Page: ~ J-2.



| | | |
|---|---|---|
| DCD_ECFNotice@dcd.uscourts.gov<br>04/12/2006 06:08 PM | To | DCD_ECFNotice@dcd.uscourts.gov |
| | cc | |
| | bcc | |
| | Subject | Activity in Case 1:06-cv-00239-RMC HAND v. MARKOWITZ et al "Order" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

U.S. District Court

District of Columbia

Notice of Electronic Filing

The following transaction was received from lcrmc1, entered on 4/12/2006 at 6:08 PM and filed on 4/12/2006
**Case Name:**                    HAND v. MARKOWITZ et al
**Case Number:**                  1:06-cv-239
**Filer:**
**WARNING: CASE CLOSED on 02/10/2006**
**Document Number:**              4

**Docket Text:**
ORDER DISMISSING CASE WITH PREJUDICE. See attached Order for further details. Signed by Judge Rosemary M. Collyer on 4/12/06. (ebb)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** O:\2006 Civil\06-239 Chief-Kevin-Gregory-Hand El v. Markowitz et al\06-239 Order Dismissing Case w Prejudice 4-12-06.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=4/12/2006] [FileNumber=1076840-0]
[772547c8076dbec9c4f3bbc2b0b2773501997221fe53151f79ef372a83f79aa7636e
dd4b46f270cb2e5c6812ea164976ee18583a8a4d77a7a1ecdc3f0e0dba2f]]

**1:06-cv-239 Notice will be electronically mailed to:**

**1:06-cv-239 Notice will be delivered by other means to:**

KEVIN GREGORY HAND = *Nom - De guerre*

*For this showing of this Claim of the fact is with this Page : X-2*

Date ~ 24/April~2006
(autograph:
-Gregory-Hadidi)

↳ this showing of this claim of this fact is with this Raisin 1 ~ ⟩

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
U.S. COURTHOUSE
333 CONSTITUTION AVENUE, N.W.
WASHINGTON, DC 20001

OFFICIAL BUSINESS

19143+1144 C011

:CORRECTION:
: [PRE]POSITIONAL-PHRASE-FACTS WITH THE QUANTUM-MATH-CLAIMS.
:dpv = dangalin-participle-verb=fiction, for the void of the facts is with the claim
by the modification with the writing-communication and with the terms by the author.
~1 = ADVERB=modification=no-contract = FICTION
~2 = VERB=action-thinking=IS=SINGULAR, ARE=PLURAL
~3 = ADJECTIVE=no-contract= :color of the fact.
~4 = PRONOUN = pro=no, no=no, un=no, NO-FACT
~5 = PREPOSITION=pre = no, position=contract correction:
rules, vote, methods=POSITION-LODIEO-FACT = KNOWN
~6 = ARTICLE=no-contract=ailing-corruption
from the beginning, CORRECTION=LODIEO=OWNERSHIP FROM THE BEGINNING, ORIGINAL-
JURISDICTION.
~7 = NOUN = no-no, correction "FACT" =KNOWN
(WITH A LINE OVER THE "ON". =LODIEO
~8 = PAST-TENSE = FICTION-TIME
~9 = FUTURE-TENSE=FICTION-TIME
~0 = CONJUNCTION=AND, OR

_ = UNDERLINE-PREFIX=NO=DE, DIS, RE, PRO IN, PRO, AP, PRE

FOR THE TERM OF THE BOXING=[ ] IS WITH THE CLAIM OF THE VOIDANCE WITH THE FACTS INSIDE
THIS BOX OR BRACKET=[ ].

FOR THE PRO SE=PRO=NO, SE= SPEEK, WITH THE VOID-WORDS BY THE ITALIC-SPELLING FOR THE
VACANT OF THE WORDS.

FOR THIS CORRECTION OF THIS VERB-FICTION-ORDER IS WITH THIS
KNOWLEDGE BY THE TRUTH-COMMUNICATION-METHOD.

Kevin Gregory Hand - Nom De Guerre
533 South 60th Street
Philadelphia, PA 19143