*Handwritten annotations: "Let this be Filed as a notice of appeal — Kevin — RMColly 5/5/06"; "Hand:El" (x2)*

:TITLE~4 :SECTION~1,~2,~3 :COPYCLAIM~2006.

26~APRIL~2006.
IN THE UNITED STATES DISTRICT COURT /UNITY-STATES-DI-STRICT-MARKET
IN THE CITY OF THE WASHINGTON IN THE TERRITORY OF THE *DISTRICT OF COLUMBIA*

FOR THIS NOTICE OF THIS SUMMARY-APPEAL/CLAIM IS IN THE NATURE OF THE WRIT OF THE SUPERVISORY-CONTROL WITH THIS RULE~20 :SUPREME-COURT/MARKET OF THE UNITY-STATES OF THE AMERICA :TITLE~28: U.S.C.S.~2074 AND WITH THESE TITLE 28: U.S.C.S.~1651-a, 2101-b.
:CORPORATION-CASE-NUMBER:06-cv-0239 BY THIS Judge: Rosemary-M.: Collyer.

:CLAIMANT-CHIEF: Kevin-Gregory-Hand: El.

:VERSUS:

:ESQUIRE: Andrew-L.: Markowitz, :MCCABE, WEISBERG AND CONWAY, P.C.
:VASSALEE IN THE FIDUCIARY.

:CHIEF EXECUTIVE OFFICE: Timothy-R.: Eller, :CENTEX HOME EQUITY.
:VASSALEE IN THE FIDUCIARY.

:ESQUIRE: Margaret: Gairo, :MCCABE, WIESBERG AND CONWAY,P.C.
:VASSALEE IN THE FIDUCIARY.

:CHAIRMAN: Laurence: Hirsch, :CENTEX HOME EQUITY.
:VASSALEE IN THE FIDUCIARY.

FOR THIS CORPORATION OF THE TREATY-CASE-NUMBERS: R.R.~763~502~484: U.S. ON THIS DATE ~14-JUNE~2005.

FOR THIS CLAIMANT-Kevin-Gregory-Hand: El BY THIS OATH **IS** WITH THIS CLAIM OF THIS NOTICE OF THIS SUMMARY-APPEAL/CLAIM ON THIS DATE~26/APRIL~2006 IN THE SUPREME-COURT/MARKET OF THE UNITY-STATES OF THE FINAL-COURT-ORDER IN THIS ACTION ON THIS DATE~12/APRIL~2006 IN THE FAVOR OF THE DEFENDANTS/VASSALEES AGAINST THIS WITNESS-CLAIMANT: Kevin-Gregory-Hand: El.

:AUTOGRAPH: *Kevin-Gregory-Hand:El*
:Kevin-Gregory-Hand: El.
 [:PHONE:215-472-1136]
~533: SOUTH~60th-STREET.
:PHILADELPHIA, :PENNSYLVANIA[~19143]
:DATE ~26/APRIL~2006.

**RECEIVED**

MAY 1 - 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: APRIL~26~2006 WITH THESE David-Wynn: Miller, :LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.

~1 OF THE~1

:WITNESS-CLAIMANT: Kevin-Gregory-Hand: El.
~533: SOUTH~60th -STREET.
:PHILADELPHIA, :PENNSYLVANIA[~19143]

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA. :CLERK OF THE
COURT. :Nancy: Mayer-Whittington.
~333: CONSTITUTION-AVENUE: N.W.
:WASHINGTON, :DISTRICT-COLUMBIA~20001

FOR THIS NOTICE/CLAIM OF THIS COVER-PAGE IS WITH THIS CASE-NUMBER: 06-cv-0239 RMC
FOR THIS MAIL-NUMBER~R.R.~763~502~484: U.S. AS THE TREATY-CORPORATION-CASE-
NUMBER.
FOR THE FILING OF THIS CLAIM IS WITH THE CLERK OF THE COURT IN THIS TRUTH-
LANGUAGE-FORMAT.
FOR THIS WITNESS'-KNOWLEDEGE OF THIS CLAIM IS WITH THIS CERTIFICATION OF THIS
SERVICE ON THIS DATE~26/APRIL~2006 BY THE U.S.-MAIL.
~1~a. FOR THE CLERK OF THE COURT IS WITH THESE CERTIFICATION-DOCUMENTS:
~1~b. FOR THIS NOTICE/CLAIM OF THIS SUMMARY-APPEALS/CLAIM.
~1~c. FOR THE CERTIFICATE OF THIS SERVICE.
~2~a. FOR THIS COPY OF THESE DOCUMENTS ARE WITH THESE VASSALEES:
~2~b. FOR THIS CHIEF EXECUTIVE OFFICER: TIMOTHY-R.: ELLER, CENTEX HOME EQUITY.
~2728: SOUTH-HARWOOD-STREET. :DALLAS, :TEXAS ~75201, BY THE FIRST-CLASS, POSTAGE-
PAID, U.S.-MAIL.
~2~c. FOR THIS VASSALEE: Attorney-MARGARET: GAIRO, :MCCABE, WIESBERG AND
CONWAY,P.C. ~123: SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA,
:PENNSYLVANIA~19109, [:PHONE: 215-790-1010] BY THE FIRST-CLASS, POSTAGE-PAID,
U.S.-MAIL.
~2~d. FOR THIS VASSALEE: LAURENCE: HIRSCH, :CENTEX HOME EQUITY. ~2728: SOUTH-
HARWOOD-STREET, :DALLAS, :TEXAS~75201, [:PHONE: 214-981-6811] BY THE FIRST-CLASS,
POSTAGE-PAID, U.S.-MAIL.
~2~e. FOR THIS VASSALEE: Attorney-ANDREW-L.: MARKOWITZ, :MCCABE, WIESBERG AND
CONWAY,P.C. ~123: SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA,
:PENNSYLVANIA~19109, [:PHONE: 215-790-1010] BY THE FIRST-CLASS, POSTAGE-PAID,
U.S.-MAIL.
~2~f. FOR THIS CHIEF-JUDGE: THOMAS-F.: HOGAN :UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-
COLUMBIA~20001, [:PHONE: 202-354-3420] BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-
MAIL.
~2~g. FOR THIS VASSALEE-JUDGE: ROSEMARY-H.: COLLYER, :UNITED STATES DISTRICT
COURT DISTRICT OF COLUMBIA. ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON
:DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3176] BY THE FIRST-CLASS, POSTAGE-
PAID, U.S.-MAIL.
~2~h. FOR THE CLERK OF THE COURT: NANCY: MAYER-WHITTINGTON, :UNITED STATES
DISTRICT COURT DISTRICT OF COLUMBIA. ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON
:DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3000] BY THE U.S.-MAIL:
R.R.~763~503~198: U.S.

WITH THIS AUTOGRAPH: _Kevin-Gregory-Hand:El_
:Kevin-Gregory-Hand: El.
:DATE~26/APRIL~2006.




:TITLE~4: Section~1,~2,~3: COPYCLAIM~2006

~26~APRIL~2006.
IN THE UNITED STATES DISTRICT COURT /UNITY-STATES-DI-STRICT-MARKET
IN THE CITY OF THE WASHINGTON IN THE TERRITORY OF THE *DISTRICT OF COLUMBIA*

**FOR THIS CERTIFICATE OF THIS SERVICE.:CORPORATION-CASE-NUMBER: 06-cv-0239:**

:CLAIMANT-CHIEF: Kevin-Gregory-Hand: El.

:VERSUS:

:ESQUIRE: Andrew-L.: Markowitz, :*MCCABE, WEISBERG AND CONWAY, P.C.*
:VASSALEE IN THE FIDUCIARY.

:*CHIEF EXECUTIVE OFFICE*: Timothy-R.: Eller, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

:ESQUIRE: Margaret: Gairo, :*MCCABE, WIESBERG AND CONWAY,P.C.*
:VASSALEE IN THE FIDUCIARY.

:CHAIRMAN: Laurence: Hirsch, :*CENTEX HOME EQUITY.*
:VASSALEE IN THE FIDUCIARY.

**FOR THIS CORPORATION OF THE TREATY-CASE-NUMBERS: R.R.~763~502~484: U.S.
ON THIS DATE ~14-JUNE~2005.**

FOR THIS WITNESS'S-KNOWLEDEGE OF THIS CORPORATION-CONTRACT FOR THIS CERTIFICATION
OF THIS SERVICE ON THIS DATE OF THE **~26/APRIL~2006 ARE** WITH THE CORRECT-COPY OF
THESE DOCUMENTS BY THE U.S.-MAIL.
FOR THE FILING WITH THE CLERK OF THE COURT **ARE** WITH THESE CLAIMS WITH THE FORM OF
THIS SERVICE IN THIS TRUTH-LANGUAGE-FORMAT.
~1. FOR THIS *CHIEF EXCUTIVE OFFICER:* TIMOTHY-R.: ELLER, *CENTEX HOME EQUITY.*
~2728: SOUTH-HARWOOD-STREET. :DALLAS, :TEXAS~75201, OF THIS KNOWLEDGE **ARE** WITH
THESE DOCUMENTS: FOR THIS NOTICE/CLAIM OF THIS SUMMARY-APPEALS/CLAIM AND FOR THIS
CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.
~2. FOR THIS VASSALEE: *Attorney*-MARGARET: GAIRO, :*MCCABE, WIESBERG AND
CONWAY,P.C.* ~123: SOUTH-BROAD-STREET, SUITE~2080 :PHILADELPHIA,
:PENNSYLVANIA~19109, [:PHONE: 215-790-1010] OF THIS KNOWLEDGE **ARE** WITH THESE
DOCUMENTS: FOR THIS NOTICE/CLAIM OF THIS SUMMARY-APPEALS/CLAIM AND FOR THIS
CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.
~3. FOR THIS VASSALEE: LAURENCE: HIRSCH, :*CENTEX HOME EQUITY.* ~2728: SOUTH-
HARWOOD-STREET, :DALLAS, :TEXAS~75201, [:PHONE: 214-981-6811] OF THIS KNOWLEDGE
**ARE** WITH THESE DOCUMENTS: FOR THIS NOTICE/CLAIM OF THIS SUMMARY-APPEALS/CLAIM AND
FOR THIS CERTIFICATE OF THIS SERVICE BY THE FIRST-CLASS, POSTAGE-PAID, U.S.-MAIL.

**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: APRIL~26~2006 WITH THESE David-Wynn: Miller,
:LANGUAGE AND COMMUNICATIONS-CLAIMS OF THESE UNITY-STATES OF OUR WORLD-CORPORATION.**

~4. FOR THIS VASSALEE: <u>Attorney-ANDREW-L.</u>: <u>MARKOWITZ</u>, :MCCABE, WIESBERG AND CONWAY,P.C. ~123: <u>SOUTH-BROAD-STREET</u>, SUITE~2080 :PHILADELPHIA, :PENNSYLVANIA~19109, [:PHONE: 215-790-1010] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS NOTICE/CLAIM OF THIS SUMMARY-APPEALS/CLAIM AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE <u>FIRST-CLASS</u>, <u>POSTAGE-PAID</u>, <u>U.S.-MAIL</u>.
~5. FOR THIS CHIEF-JUDGE: THOMAS-F.: HOGAN :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3420] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS NOTICE/CLAIM OF THIS SUMMARY-APPEALS/CLAIM AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE <u>FIRST-CLASS</u>, <u>POSTAGE-PAID</u>, <u>U.S.-MAIL</u>.
~6. FOR THIS VASSALEE-JUDGE: ROSEMARY-H.: COLLYER, :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA.* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3176] OF THIS KNOWLEDGE **ARE** WITH THESE DOCUMENTS: FOR THIS NOTICE/CLAIM OF THIS SUMMARY-APPEALS/CLAIM AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE <u>FIRST-CLASS</u>, <u>POSTAGE-PAID</u>, <u>U.S.-MAIL</u>.
~7. FOR THE CLERK OF THE COURT: NANCY: MAYER-WHITTINGTON, :*UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA.* ~333: CONSTITUTION-AVENUE: N.W. :WASHINGTON :DISTRICT-COLUMBIA~20001, [:PHONE: 202-354-3000] OF THIS KNOWLEDGE **ARE** WITH THESE CERTIFICATION-DOCUMENTS: FOR THIS NOTICE/CLAIM OF THIS SUMMARY-APPEALS/CLAIM AND FOR THIS CERTIFICATE OF THIS SERVICE BY THE <u>U.S.-MAIL: R.R.~763~503~198: U.S.</u>.

FOR THE **AUTHORIZE-TRUSTEE-WITNESS'** OF THE **K.G.H.-TRIBAL-TRUST** AS THE <u>SOVEREIGN-WASHITA-MUUR/PARTY /VESSEL</u> **IS** WITH THIS OATH OF THE <u>TRUTHFUL-LANGUAGE</u> AND communications-CLAIMS WITH THE <u>FIRSTHAND-KNOWLEDGE</u> OF THESE FACTS.

*Kevin-Gregory-Hand:El*

:AUTOGRAPH: WITNESSING-CHIEF: <u>Kevin-Gregory-Hand: El</u>.
~533: SOUTH~60th-STREET.
:PHILADELPHIA, :PENNSYLVANIA[~19143]
[:PHONE: 215-472-1136]
:DATE~25/APRIL~2006


:AUTOGRAPH: /S/ :WITNESSING-CHIEF: <u>Anthony-Lee-Wilson: Bey</u>.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.

:AUTOGRAPH: /S/ :WITNESSING-CHIEF: <u>Nanya-Zakur: El</u>.
:WITNESS: AUTOGRAPH/:COPYCLAIM~2006.


**FOR THIS COPYCLAIM/COPYRIGHTS ON THIS DATE: APRIL~26~2006 WITH THESE <u>David-Wynn: Miller</u>,
:<u>LANGUAGE AND COMMUNICATIONS-CLAIMS</u> OF THESE <u>UNITY-STATES</u> OF OUR <u>WORLD-CORPORATION</u>.**