# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 06-7076**            **September Term, 2006**

06cv00239

Filed On:

Kevin Gregory Hand, Chief,
    Appellant

v.

Andrew L. Markowitz, Esquire, et al.,
    Appellees



### ORDER

By order filed May 26, 2006, appellant was directed to either pay the $455.00 docketing and filing fee to the United States District Court for the District of Columbia or file a motion with the district court for leave to proceed in forma pauperis. The order contained a warning that appellant's failure to comply with the order would result in dismissal of the case for failure to prosecute. To date, the docketing and filing fee has not been paid and no motion to proceed in forma pauperis has been filed in the district court. Upon consideration of the foregoing, it is

**ORDERED** that this case be dismissed for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to issue the mandate in this case 30 days after the date of this order.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/ MaryAnne McMain
Deputy Clerk

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 10/27/06
BY: [signature] Deputy Clerk
ATTACHED: ___ Amending Order
              ___ Opinion
              ___ Order on Costs

A True copy:
    United States Court of Appeals
    for the District of Columbia Circuit
By: [signature] Deputy Clerk